IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER AMAEFULE**<br><br>Plaintiff,<br><br>v.<br><br>**EXXONMOBIL OIL CORPORATION**<br>3225 Gallows Road<br>Fairfax, VA  22037<br><br>Defendant. | Civil Action No. 1:06-cv-02087 |

## NOTICE OF APPEARANCE

Notice is hereby given that Brian A. Howie, of Howrey LLP, 1299 Pennsylvania Ave., N.W., Washington, D.C., 20004, is appearing as counsel on behalf of defendant ExxonMobil Oil Corporation.

Mr. Howie is a member in good standing of the bar of the United States District Court for the District of Columbia.

Dated:  December 11, 2006

Respectfully submitted,

_____s/Brian A. Howie_____
Brian A. Howie
Bar No.:  459329
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610

**Attorney for Defendant ExxonMobil Oil Corporation**

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

> Peter C. Ibe
> 1717 K St., N.W., Suite 600
> Washington, D.C. 20036
>
> Victor Mba-Jonas
> 8020 New Hampshire Ave., Suite 130
> Adelphi, MD 20783

s/Brian A. Howie
_____
BRIAN A. HOWIE
