UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER AMAEFULE | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 1:06-cv-02087-RWR |
| | ) |
| EXXONMOBIL OIL CORPORATION | ) |
| | ) |
|       Defendant. | ) |
| | ) |

## ORDER FOR PRELIMINARY INJUNCTION

Upon consideration of the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, and the Defendant's response thereto, and it appearing that irreparable injury will result to the Plaintiff through the loss of a valuable petroleum marketing franchise and business, and the Defendant having appeared at the hearing on the motion, and the Court being satisfied that the Plaintiff's franchise has been terminated or is about to be terminated, that there exist sufficiently serious questions going to the merits to make such questions a fair ground for litigation under the Petroleum Marketing Practices Act (PMPA), 15 U.S.C. § 2801, *et seq.*, and it appearing further that the balance of hardships favors the Plaintiff, it is this _____ day of December, 2006,

**ORDERED** and **DECREED**, that the Defendant is preliminarily enjoined from terminating the Plaintiff's franchise during the pendency of this action; and it is further

**ORDERED** and **DECREED**, that the parties' Franchise Agreement shall remain in full force and effect until further order of this Court; and, as a result the parties will continue to comply with their obligations under the Franchise Agreement; and it is further

2

**ORDERED** and **DECREED**, that Plaintiff will post bond in the amount of $6,000.00 (six thousand dollars).

_____
Hon. Richard W. Roberts,
United States District Judge.