IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER AMAEFULE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXXONMOBIL OIL CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06-cv-02087-RWR |

**JOINT STATUS REPORT**

Plaintiff Peter Amaefule ("Plaintiff") and Defendant ExxonMobil Oil Corporation ("ExxonMobil") (together "the parties") hereby jointly file this Joint Status Report, as ordered by this Court at the hearing on Wednesday, December 13, 2006.

The parties agree with the Court's suggestion that it would be appropriate in this case, in accordance with Fed. R. Civ. P. 65(a)(2), to order that the trial of the action on the merits be advanced and consolidated with the hearing on plaintiff's application for preliminary injunction. The parties also agree that dispositive (summary judgment) motions may dispose of the need for a trial. Thus, the parties jointly propose the following schedule:

**January 29, 2007** – Parties to file any motion(s) for summary judgment;

**February 12, 2007** – Parties to file any summary judgment opposition(s);

**February 15, 2007** – Parties to file any summary judgment reply memoranda.

In the event that a trial is necessary, the parties propose the following dates for a trial:

**February 20 – 23, 2007**

**February 26 – 28, 2007**

The parties anticipate that a trial of this action would last 1-2 days.

WHEREFORE the parties respectfully request that the Court enter an Order setting a schedule for dispositive motions as set forth above and if necessary, a trial to begin on one of the aforementioned dates. A proposed form of Order is attached.

Dated: December 18, 2006                                Respectfully submitted,

| | |
|---|---|
| s/Peter C. Ibe | s/Brian A. Howie |
| Peter C. Ibe | Brian A. Howie |
| Bar No.: 481265 | Bar No.: 459329 |
| 1717 K Street, NW | HOWREY LLP |
| Suite 600 | 1299 Pennsylvania Ave., N.W. |
| Washington, D.C. 20036 | Washington, D.C. 20004 |
| Telephone: (202) 276-7662 | Telephone: (202) 783-0800 |
| | Facsimile: (202) 383-6610 |
| **Attorney for Peter Amaefule** | **Attorney for Defendant ExxonMobil Oil Corporation** |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER AMAEFULE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-02087-RWR |
| ) | |
| EXXONMOBIL OIL CORPORATION ) | [Proposed] ORDER |
| ) | |
| Defendant. ) | |

**ORDER ON JOINT STATUS REPORT**

Upon consideration of Plaintiff Peter Amaefule and Defendant Exxon Mobil Corporation's Joint Status Report, the Court hereby GRANTS the parties' proposed schedule.

Motions for Summary Judgment will be due on **January 29, 2007**

Oppositions to Motions for Summary Judgment will be due on **February 12, 2007**.

Reply Memoranda in Further Support of Motions for Summary Judgment will be due on **February 15, 2007**.

In the event a trial is necessary, it will begin on _____ at _____. Two (2) days are reserved.

_____
Hon. Richard W. Roberts
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

> Peter C. Ibe
> 1717 K Street, NW
> Suite 600
> Washington, D.C. 20036
>
> Victor Mba-Jonas
> 8020 New Hampshire Ave., Suite 130
> Adelphi, MD  20783

                                                         _____s/Brian A. Howie_____
                                                         BRIAN A. HOWIE