IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER AMAEFULE** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**EXXONMOBIL OIL CORPORATION** )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06-cv-02087-RWR |

**DEFENDANT EXXON MOBIL OIL CORPORATION'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for defendant ExxonMobil Oil Corporation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ExxonMobil Oil Corporation which have any outstanding securities in the hands of the public:

    Esso Malaysia Berhad
    Esso Societe Anonyme Francaise
    Exxon Mobil Corporation
    Imperial Oil Limited
    Mobil Oil Ghana Limited
    Mobil Oil Nigeria Public Limited Company
    Societe Francaise ExxonMobil Chemical SCA
    Tonen General Sekiyu K.K.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: December 18, 2006                              Respectfully submitted,

                                                      _____s/Brian A. Howie_____
                                                      Brian A. Howie
                                                      Bar No.: 459329
                                                      HOWREY LLP
                                                      1299 Pennsylvania Ave., N.W.
                                                      Washington, D.C. 20004
                                                      Telephone: (202) 783-0800
                                                      Facsimile: (202) 383-6610

                                                      **Attorney for Defendant ExxonMobil Oil Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

>Peter C. Ibe
>1717 K St., N.W., Suite 600
>Washington, D.C. 20036
>
>Victor Mba-Jonas
>8020 New Hampshire Ave., Suite 130
>Adelphi, MD 20783

>_____s/Brian A. Howie_____
>BRIAN A. HOWIE