### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER AMAEFULE** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **EXXONMOBIL OIL CORPORATION** ) <br> ) <br> Defendant. ) <br> ) | **Civil Action No. 1:06-cv-02087-RWR** |

### DEFENDANT EXXONMOBIL OIL CORPORATION'S UNOPPOSED MOTION AND INCORPORATED MEMORANDUM OF LAW TO EXTEND DEADLINE FOR FILING ANSWER TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant ExxonMobil Oil Corporation ("ExxonMobil") hereby moves for a one-week extension of the deadline for filing its answer to plaintiff Peter Amaefule's ("plaintiff") complaint until Tuesday, January 9. As grounds, ExxonMobil states as follows:

1. Plaintiff filed his complaint in this action on December 7, 2006, alleging an improper termination in violation of the Petroleum Marketing Practices Act ("PMPA"). (*See* Dkt. 1).

2. The complaint was served on ExxonMobil's registered agent on December 12, 2006. Thus, ExxonMobil's answer is due Tuesday, January 2, 2007.

3. ExxonMobil requests a brief, one-week extension of the deadline for filing its answer from Tuesday, January 2 to Tuesday, January 9. Due to the intervening holidays, ExxonMobil needs additional time to prepare its answer. Additionally, a brief extension of the deadline will not prejudice plaintiff. The parties already have submitted a joint proposed schedule for briefing summary judgment motions and conducting an accelerated trial on the

merits, pursuant to Fed. R. Civ. P. 65(a)(2). (*See* Dkt. 7). The proposed extension will not interfere with this proposed schedule.

5.     Pursuant to Local Rule 7(m), undersigned counsel certifies that plaintiff's counsel, Peter C. Ibe, Esq., does not oppose extending the deadline for filing ExxonMobil's answer from Tuesday, January 2 until Tuesday, January 9.

## MEMORANDUM OF LAW

This Court has the authority to grant the requested enlargement pursuant to Fed. R. Civ. P. 6(b). Based on the reasons set forth above, ExxonMobil has established good cause for the one-week extension. Thus, ExxonMobil respectfully requests that this Court grant the motion.

## CONCLUSION

For the foregoing reasons, ExxonMobil respectfully requests the Court to extend the deadline for filing ExxonMobil's answer from Tuesday, January 2 until Tuesday, January 9. A proposed form of order is attached.

Dated: January 2, 2007                                        Respectfully submitted,

                                                                                   s/Brian A. Howie
                                                                Brian A. Howie
                                                                Bar No.: 459329
                                                                HOWREY LLP
                                                                1299 Pennsylvania Ave., N.W.
                                                                Washington, D.C. 20004
                                                                Telephone: (202) 783-0800
                                                                Facsimile: (202) 383-6610

                                                                **Attorney for Defendant ExxonMobil Oil Corporation**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER AMAEFULE**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**EXXONMOBIL OIL CORPORATION**, )<br>)<br>Defendant. )<br>) | **Civil Action No. 1:06-cv-02087-RWR**<br><br>**[Proposed] ORDER** |

## ORDER ON DEFENDANT EXXONMOBIL OIL CORPORATION'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING ANSWER TO PLAINTIFF'S COMPLAINT

Upon consideration of defendant ExxonMobil Oil Corporation's Unopposed Motion and Incorporated Memorandum of Law for Extension of Deadline for Filing Answer to Plaintiff's Complaint, the Court hereby GRANTS the motion. Defendant ExxonMobil Oil Corporation shall file and serve its answer to plaintiff's complaint no later than Tuesday, January 9, 2007.

_____
Hon. Richard W. Roberts
UNITED STATES DISTRICT JUDGE

DM_US\8425071.v1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

>Peter C. Ibe
>1717 K St., N.W., Suite 600
>Washington, D.C. 20036
>
>Victor Mba-Jonas
>8020 New Hampshire Ave., Suite 130
>Adelphi, MD 20783

>    s/Brian A. Howie
>    BRIAN A. HOWIE