IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER AMAEFULE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXXONMOBIL OIL CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06-cv-02087-RWR |

**JOINT MOTION FOR LEAVE TO FILE AMENDED JOINT STATUS REPORT**

Plaintiff Peter Amaefule ("Plaintiff") and Defendant ExxonMobil Oil Corporation ("ExxonMobil") (together "the parties") hereby jointly request leave to file an amended Joint Status Report to amend the Joint Status Report filed by the parties on December 18, 2006. The parties state as follows:

1. Plaintiff filed his complaint in this action on December 7, 2006, alleging an improper termination in violation of the Petroleum Marketing Practices Act ("PMPA"). (*See* Dkt. 1).

2. At the hearing on plaintiff's application for a preliminary injunction on December 13, the Court requested that the parties file a Joint Status Report.

3. On December 18, the parties filed a Joint Status Report, setting forth a proposed schedule for the filing of dispositive (summary judgment) motions and proposed dates for a trial, if necessary. The parties proposed filing summary judgment motions on January 29, 2007.

4. On January 5, plaintiff's counsel (Peter Ibe) contacted counsel for ExxonMobil and informed him that, due to changes in his and co-counsel's schedule, it would not be possible to schedule a deposition of plaintiff prior to January 29. (ExxonMobil wishes to depose plaintiff prior to filing any summary judgment motion). Plaintiff's counsel asked whether ExxonMobil

would oppose a brief enlargement of the proposed schedule previously submitted to the Court in the Joint Status Report. Counsel for ExxonMobil does not oppose the enlargement.

5. The parties discussed and agreed to new proposed dates, as follows: Summary judgment motions to be filed by February 8, oppositions to be filed by February 22 and replies to be filed by February 28. The new proposed trial dates are March 5-8, 12-14 and 16. Additionally, the Amended Joint Status Report makes clear that the parties will conduct whatever informal discovery is necessary prior to February 8.[1]

6. The parties therefore respectfully request leave of Court to file an Amended Joint Status Report, with this new proposed schedule. The Amended Joint Status Report is attached as Exhibit A to this motion.

WHEREFORE the parties respectfully request that the Court enter an Order granting leave to file an Amended Joint Status Report as indicated above. A proposed form of Order is attached.

Dated: January 10, 2007                          Respectfully submitted,


s/Peter C. Ibe                                    s/Brian A. Howie
Peter C. Ibe                                      Brian A. Howie
Bar No.: 481265                                   Bar No.: 459329
1717 K Street, NW                                 HOWREY LLP
Suite 600                                         1299 Pennsylvania Ave., N.W.
Washington, D.C. 20036                            Washington, D.C. 20004
Telephone: (202) 276-7662                         Telephone: (202) 783-0800
                                                  Facsimile: (202) 383-6610

**Attorney for Peter Amaefule**                   **Attorney for Defendant ExxonMobil Oil Corporation**

---

[1] Although the Joint Status Report previously filed did not specifically mention discovery, the parties had agreed that they would conduct whatever informal discovery was necessary prior to filing summary judgment motions.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER AMAEFULE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXXONMOBIL OIL CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06-cv-02087-RWR<br>[Proposed] ORDER |

**ORDER ON JOINT MOTION FOR LEAVE TO FILE
AMENDED JOINT STATUS REPORT**

Upon consideration of Plaintiff Peter Amaefule and Defendant ExxonMobil Oil Corporation's Motion for Leave to File Amended Joint Status Report, the Court hereby GRANTS the parties' Motion. The Clerk is directed to file the Amended Joint Status Report attached as Exhibit A.

_____
Hon. Richard W. Roberts
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Peter C. Ibe
1717 K Street, NW
Suite 600
Washington, D.C. 20036

Victor Mba-Jonas
8020 New Hampshire Ave., Suite 130
Adelphi, MD  20783

      s/Brian A. Howie     
BRIAN A. HOWIE

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER AMAEFULE**            )<br>                                                     )<br>        Plaintiff,                       )<br>                                                     )<br>    v.                                         )<br>                                                     )<br>**EXXONMOBIL OIL CORPORATION**  )<br>                                                     )<br>        Defendant.                  )<br>                                                     ) | **Civil Action No.** 1:06-cv-02087-RWR |

## AMENDED JOINT STATUS REPORT

Plaintiff Peter Amaefule ("Plaintiff") and Defendant ExxonMobil Oil Corporation ("ExxonMobil") (together "the parties") hereby jointly file this Amended Joint Status Report.

The parties agree with the Court's suggestion that it would be appropriate in this case, in accordance with Fed. R. Civ. P. 65(a)(2), to order that the trial of the action on the merits be advanced and consolidated with the hearing on plaintiff's application for preliminary injunction. The parties also agree that dispositive (summary judgment) motions may dispose of the need for a trial. Thus, the parties propose amending the proposed schedule set forth in the Joint Status Report, filed on December 18, 2006, as follows:

**February 8, 2007** – Parties to file any motion(s) for summary judgment;

**February 22, 2007** – Parties to file any summary judgment opposition(s);

**February 28, 2007** – Parties to file any summary judgment reply memoranda.

In the event that a trial is necessary, the parties propose the following dates for a trial:

**March 5 – 8, 2007**

**March 12 – 14 & 16, 2007**

The parties anticipate that a trial of this action would last 1-2 days.

- 2 -

WHEREFORE the parties respectfully request that the Court enter an Order setting a schedule for dispositive motions as set forth above and if necessary, a trial to begin on one of the aforementioned dates. A proposed form of Order is attached.

Dated: January 10, 2007                              Respectfully submitted,

| | |
|---|---|
| s/Peter C. Ibe | s/Brian A. Howie |
| Peter C. Ibe | Brian A. Howie |
| Bar No.: 481265 | Bar No.: 459329 |
| 1717 K Street, NW | HOWREY LLP |
| Suite 600 | 1299 Pennsylvania Ave., N.W. |
| Washington, D.C. 20036 | Washington, D.C. 20004 |
| Telephone: (202) 276-7662 | Telephone: (202) 783-0800 |
| | Facsimile: (202) 383-6610 |
| **Attorney for Peter Amaefule** | **Attorney for Defendant ExxonMobil Oil Corporation** |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER AMAEFULE** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No.** 1:06-cv-02087-RWR |
| ) | |
| **EXXONMOBIL OIL CORPORATION** ) | **[Proposed] ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER ON JOINT STATUS REPORT

Upon consideration of Plaintiff Peter Amaefule and Defendant Exxon Mobil Corporation's Amended Joint Status Report, the Court hereby GRANTS the parties' proposed schedule.

Motions for Summary Judgment will be due on **February 8, 2007**

Oppositions to Motions for Summary Judgment will be due on **February 22, 2007**.

Reply Memoranda in Further Support of Motions for Summary Judgment will be due on **February 28, 2007**.

In the event a trial is necessary, it will begin on _____ at _____. Two (2) days are reserved.

_____
Hon. Richard W. Roberts
UNITED STATES DISTRICT JUDGE