IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER AMAEFULE

    Plaintiff,

v.

EXXONMOBIL OIL CORPORATION

    Defendant.

FILED
JAN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 1:06-cv-02087-RWR

[Proposed] ORDER

## ORDER ON JOINT STATUS REPORT

Upon consideration of Plaintiff Peter Amaefule and Defendant Exxon Mobil Corporation's Joint Status Report, the Court hereby GRANTS the parties' proposed schedule.

Motions for Summary Judgment will be due on **January 29, 2007**

Oppositions to Motions for Summary Judgment will be due on **February 12, 2007**.

Reply Memoranda in Further Support of Motions for Summary Judgment will be due on **February 15, 2007**.

~~In the event a trial is necessary, it will begin on _____ at _____ Two (2) days are reserved.~~

Dated: 1/5/07

_____
Hon. Richard W. Roberts
UNITED STATES DISTRICT JUDGE