IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER AMAEFULE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-02087- |
| ) | RWR |
| EXXONMOBIL OIL CORPORATION ) | [Proposed] ORDER |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER ON JOINT STATUS REPORT

Upon consideration of Plaintiff Peter Amaefule and Defendant Exxon Mobil Corporation's Amended Joint Status Report, the Court hereby GRANTS the parties' proposed schedule.

Motions for Summary Judgment will be due on **February 8, 2007**

Oppositions to Motions for Summary Judgment will be due on **February 22, 2007.**

Reply Memoranda in Further Support of Motions for Summary Judgment will be due on **February 28, 2007**.

In the event a trial is necessary, it will begin on _____ at _____. Two (2) days are reserved.

Dated: 1/12/07

_____
Hon. Richard W. Roberts
UNITED STATES DISTRICT JUDGE