IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER AMAEFULE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-02087-RWR |
| ) | [Proposed] ORDER |
| EXXONMOBIL OIL CORPORATION ) | |
| ) | |
| Defendant. ) | |

**ORDER ON JOINT MOTION FOR LEAVE TO FILE
AMENDED JOINT STATUS REPORT**

Upon consideration of Plaintiff Peter Amaefule and Defendant ExxonMobil Oil Corporation's Motion for Leave to File Amended Joint Status Report, the Court hereby GRANTS the parties' Motion. The Clerk is directed to file the Amended Joint Status Report attached as Exhibit A.

*/s/ Richard W. Roberts*

Hon. Richard W. Roberts
UNITED STATES DISTRICT JUDGE

DM_US\8421522.v2