IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER AMAEFULE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No.** 1:06-cv-02087-RWR |
| ) | |
| EXXONMOBIL OIL CORPORATION ) | |
| ) | |
| Defendant. ) | |

## AMENDED JOINT STATUS REPORT

Plaintiff Peter Amaefule ("Plaintiff") and Defendant ExxonMobil Oil Corporation ("ExxonMobil") (together "the parties") hereby jointly file this Amended Joint Status Report.

The parties agree with the Court's suggestion that it would be appropriate in this case, in accordance with Fed. R. Civ. P. 65(a)(2), to order that the trial of the action on the merits be advanced and consolidated with the hearing on plaintiff's application for preliminary injunction. The parties also agree that dispositive (summary judgment) motions may dispose of the need for a trial. Thus, the parties propose amending the proposed schedule set forth in the Joint Status Report, filed on December 18, 2006, as follows:

**February 8, 2007** – Parties to file any motion(s) for summary judgment;

**February 22, 2007** – Parties to file any summary judgment opposition(s);

**February 28, 2007** – Parties to file any summary judgment reply memoranda.

In the event that a trial is necessary, the parties propose the following dates for a trial:

**March 5 – 8, 2007**

**March 12 – 14 & 16, 2007**

The parties anticipate that a trial of this action would last 1-2 days.

- 2 -

WHEREFORE the parties respectfully request that the Court enter an Order setting a schedule for dispositive motions as set forth above and if necessary, a trial to begin on one of the aforementioned dates. A proposed form of Order is attached.

Dated:  January 10, 2007                                Respectfully submitted,


| | |
|---|---|
| s/Peter C. Ibe | s/Brian A. Howie |
| Peter C. Ibe | Brian A. Howie |
| Bar No.: 481265 | Bar No.: 459329 |
| 1717 K Street, NW | HOWREY LLP |
| Suite 600 | 1299 Pennsylvania Ave., N.W. |
| Washington, D.C. 20036 | Washington, D.C. 20004 |
| Telephone: (202) 276-7662 | Telephone: (202) 783-0800 |
| | Facsimile: (202) 383-6610 |
| **Attorney for Peter Amaefule** | **Attorney for Defendant ExxonMobil Oil Corporation** |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER AMAEFULE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-02087-RWR |
| ) | |
| EXXONMOBIL OIL CORPORATION ) | [Proposed] ORDER |
| ) | |
| Defendant. ) | |

## ORDER ON JOINT STATUS REPORT

Upon consideration of Plaintiff Peter Amaefule and Defendant Exxon Mobil Corporation's Amended Joint Status Report, the Court hereby GRANTS the parties' proposed schedule.

Motions for Summary Judgment will be due on **February 8, 2007**

Oppositions to Motions for Summary Judgment will be due on **February 22, 2007**.

Reply Memoranda in Further Support of Motions for Summary Judgment will be due on **February 28, 2007**.

In the event a trial is necessary, it will begin on _____ at _____. Two (2) days are reserved.

_____
Hon. Richard W. Roberts
UNITED STATES DISTRICT JUDGE