IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER AMAEFULE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXXONMOBIL OIL CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06-cv-02087-RWR |

### JOINT MOTION FOR EXTENSION OF DEADLINES FOR BRIEFING OF SUMMARY JUDGMENT MOTIONS

Plaintiff Peter Amaefule ("Plaintiff") and Defendant ExxonMobil Oil Corporation ("ExxonMobil") (together "the parties") hereby jointly request an extension of the summary judgment briefing deadlines set forth in the Court's Order of January 12, 2007 (Dkt. 14). The parties state as follows:

1. Plaintiff filed his complaint in this action on December 7, 2006, alleging an improper termination in violation of the Petroleum Marketing Practices Act ("PMPA"). (*See* Dkt. 1).

2. At the hearing on plaintiff's application for a preliminary injunction on December 13, the Court requested that the parties file a Joint Status Report.

3. On December 18, the parties filed a Joint Status Report, setting forth a proposed schedule for the filing of dispositive (summary judgment) motions. The parties proposed filing summary judgment motions on January 29, 2007.

4. On January 10, 2007 the parties filed a Joint Motion for Leave to File Amended Joint Status Report, setting forth an amended proposed schedule for the filing of dispositive (summary judgment) motions. The parties proposed filing summary judgment motions on February 8, 2007.

DM_US\8421522.v2

5. On January 12, 2007, the Court granted the Joint Motion for Leave and entered an Order adopting the parties' proposed schedule.

6. The parties are still in the process of exchanging documents and scheduling depositions and need additional time to conduct informal discovery. Consequently, the parties have conferred and agree that an extension of the deadlines for summary judgment briefing is necessary. The parties propose the following schedule: Summary judgment motions to be filed by **March 1**, oppositions to be filed by **March 15** and replies to be filed by **March 22**.

WHEREFORE the parties respectfully request that the Court enter an Order granting an extension of the deadlines for briefing of summary judgment motions. A proposed form of Order is attached.

Dated: February 5, 2007                                         Respectfully submitted,


 s/Peter C. Ibe                                                  s/Brian A. Howie
Peter C. Ibe                                                    Brian A. Howie
Bar No.: 481265                                                 Bar No.: 459329
1717 K Street, NW                                               HOWREY LLP
Suite 600                                                       1299 Pennsylvania Ave., N.W.
Washington, D.C. 20036                                          Washington, D.C. 20004
Telephone: (202) 276-7662                                       Telephone: (202) 783-0800
                                                                Facsimile: (202) 383-6610

**Attorney for Peter Amaefule**                                 **Attorney for Defendant ExxonMobil Oil Corporation**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER AMAEFULE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXXONMOBIL OIL CORPORATION ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:06-cv-02087-RWR <br> [Proposed] ORDER |

### ORDER ON JOIN MOTION FOR EXTENSION OF DEADLINES FOR BRIEFING OF SUMMARY JUDGMENT MOTIONS

Upon consideration of Plaintiff Peter Amaefule and Defendant ExxonMobil Oil Corporation's Motion for Extension of Summary Judgment Briefing Deadlines, The Court hereby GRANTS the parties' Motion.

Motions for Summary Judgment will be due on **March 1, 2007.**

Oppositions to Motions for Summary Judgment will be due on **March 15, 2007.**

Reply Memoranda in Further Support of Motions for Summary Judgment will be due on **March 22, 2007.**

_____
Hon. Richard W. Roberts
UNITED STATES DISTRICT JUDGE

DM_US\8421522.v2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

>Peter C. Ibe
>1717 K Street, NW
>Suite 600
>Washington, D.C. 20036
>
>Victor Mba-Jonas
>8020 New Hampshire Ave., Suite 130
>Adelphi, MD  20783

s/Brian A. Howie
BRIAN A. HOWIE
