# AFFIDAVIT

① 

— Exxon refused to switch our fuel storage tanks to match and accommodate the change that occured in our sales pattern — Ratio. This caused us constant runouts on our key product (regular grade) while over stocked us with the least selling product (Supreme). This caused us serious hardship and placed us on struggle to survive for quite a long time. When the new territory manager — Mr. Ron Alexandrowicz arrived and saw the devastating effects of this, he quickly ordered that it be corrected even without my notice. This goes to tell how bad a situation it was on our business. We lost customer base, lost business and our volume sales kept plunging.

— Discrimination on our location in delivery and repair or maintenance response time: that our location is in a tough area (poor neighbourhood), we are placed on a code restricting delivery to us in the late ours of the night and early ours of the day. If we have equipment failour of emmergency status, they refuse to respond at certain ours of the day referencing the code. Where as we are open 24 hrs and whereas no Exxon associate nor their contractors have been harrased or attacked in my 16 years at this location.

this has always caused us shut down periods unnecessarily.

- The effects of immage to our business can not be over emphasised. Exxon had REFUSED to maintain, renovate our station as is required. Our station had been dilaplated for several years with structural decays. Specialised and custom made bricks has fallen off and scraped off by vandals. Dispenser skirts and cover panels has rusted and canopy colums had rusted and one whole side facing our main street - South Capitol Street - had fallen down and Exxon refused to replace them for quite a long time. Exxon's own inspection declared in 1998 that our station was too old and needed renovation. These deplorable conditions of our station has detared our valuable customers and caused us to loose a lot of business to our next door competitors who have renovated their station 3 times or more since I came to this location. It was only in December 2006 after the injunction hearing of this case on the 14th that Exxon came and changed only the dispenser skirts to the new Exxon immage.

— When we are on prepay, Exxon withholds our credit card sales to offset their charges and apply the rest towards future loads of gas. While they have credit balance for us they still draft some items. If these drafts return unpaid because Exxon has our money that should have been in our bank account to clear them, Exxon still penalises us with NSF fees, places us on another term of prepay, and charges us 1.75¢ per gallon more on our gas loads. They would then use our money in their posession to pay for those same drafts where as they could have payed for them from our account from the onset.

PETER AMAEFULE   *Peter Amaefule*

— Overstocking and price gauging of Sept 30th 2006 → Oct 04 2006. Exxon pushed the gas that we didn't need to us when price was falling so that we would bear the loss of price fall, and this really drained us — our money.

PETER AMAEFULE

State of Maryland, Prince George's County,
On this ___1___ day of __MARCH__, 2007
__PETER    AMAEFULE__
personally appeared before me and acknowledged that he/she executed the foregoing instrument.
_____ Notary Public
My Commission Expires __April 8, 2007__