# EXHIBIT 1

# ExxonMobil
## *Fuels Marketing*

3225 Gallows Road
Room 7W910
Fairfax, VA 22037

February 12, 2007

1024481
PETER AMAEFULE
4650 S CAPITOL STREET SE
DC, 20032-0000

Dear ExxonMobil Customer:

KinderMorgan's Newington Distribution Terminals encountered a problem with its regular unleaded product meters between the periods of April 15, 2006 - August 29, 2006. The meters have since been calibrated and KinderMorgan is maintaining these meters to avoid a recurrence.

ExxonMobil will issue customer credits for the volumetric impacts related to the meters. Please find attached a summary of the credit to be applied to your account. The summary includes a listing of the affected bill(s) of lading, the meter error rate, the gallons to be credited and the total credit to be applied to your account. ExxonMobil will begin crediting customer accounts shortly. It is anticipated it will take two to three weeks before all customer accounts are credited.

We apologize for any inconvenience this has caused. Should you have any questions about this correction or your account, please contact our **Customer Service** line at **1-800-947-9147**.

Sincerely,

J.J. MacDonald

Account  1024481

### April 2006  98AW50  87 OCT RFG 3.5W%O2 E

| Date | Ref # | Gross Gallons | Net Gallons | Price | Amount | Correction Factor | Credit Gross Gals | Credit Net Gals | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 4/14/06 | 0375656 | 5300 | 5302 | $2.4460 | $12,963.80 | 0.003 | 15.9 | 15.9 | $38.89 |
| 4/26/06 | 0378471 | 5633 | 5626 | $2.5860 | $14,566.94 | 0.003 | 16.9 | 16.9 | $43.70 |
| Sub-totals | | 10933 | 10928 | | $27,530.74 | 0.003 | 32.8 | 32.8 | $82.59 |

### May 2006  98FH31  87 OCT RFG 3.5%O2 ET

| Date | Ref # | Gross Gallons | Net Gallons | Price | Amount | Correction Factor | Credit Gross Gals | Credit Net Gals | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 5/11/06 | 0382188 | 5300 | 5286 | $2.6460 | $14,023.80 | 0.003 | 15.9 | 15.9 | $42.07 |
| 5/26/06 | 0385518 | 5680 | 5670 | $2.6260 | $14,915.68 | 0.003 | 17.0 | 17.0 | $44.75 |
| Sub-totals | | 10980 | 10956 | $2.6357 | $28,939.48 | 0.003 | 32.9 | 32.9 | $86.82 |

### June 2006  98FH31  87 OCT RFG 3.5%O2 ET

| Date | Ref # | Gross Gallons | Net Gallons | Price | Amount | Correction Factor | Credit Gross Gals | Credit Net Gals | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 6/15/06 | 0389653 | 5001 | 4985 | $2.6160 | $13,082.62 | 0.003 | 15.0 | 15.0 | $39.25 |
| Sub-totals | | 5001 | 4985 | $2.6160 | $13,082.62 | 0.003 | 15.0 | 15.0 | $39.25 |

### July 2006  98FH31  87 OCT RFG 3.5%O2 ET

| Date | Ref # | Gross Gallons | Net Gallons | Price | Amount | Correction Factor | Credit Gross Gals | Credit Net Gals | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 7/08/06 | 0394675 | 5003 | 4947 | $2.6860 | $13,438.06 | 0.003 | 15.0 | 14.8 | $40.31 |
| 7/25/06 | 0398398 | 5679 | 5617 | $2.6860 | $15,253.79 | 0.003 | 17.0 | 16.9 | $45.76 |
| Sub-totals | | 10682 | 10564 | $2.6860 | $28,691.85 | 0.003 | 32.0 | 31.7 | $86.08 |

Account 1024481

| August 2006 | 98FH31 | 87 OCT RFG 3.5%O2 ET | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Ref # | Gross Gallons | Net Gallons | Price | Amount | Correction Factor | Credit Gross Gals | Credit Net Gals | Credit Amount |
| 8/18/06 | 0403805 | 2530 | 2507 | $2.6460 | $6,694.38 | 0.003 | 7.6 | 7.5 | $20.08 |
| Sub-totals | | 2530 | 2507 | $2.6460 | $6,694.38 | 0.003 | 7.6 | 7.5 | $20.08 |

Account Total $314.82