## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER C. AMAEFULE, )<br><br>Plaintiff, )<br><br>v. )<br><br>EXXONMOBIL OIL CORPORATION, )<br><br>Defendant. ) | Case No: 1:06-cv-02087-RWR |

### DEFENDANT EXXONMOBIL OIL CORPORATION'S REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant ExxonMobil Oil Corporation ("ExxonMobil"), through counsel and pursuant to Fed. R. Civ. P. 56 and LCvR 7(h) and 56.1, respectfully submits this reply brief in further support of its motion for summary judgment on the sole count in the verified complaint of plaintiff Peter Amaefule ("plaintiff").

## PRELIMINARY STATEMENT[1]

In its summary judgment motion, ExxonMobil established beyond dispute that (1) plaintiff failed to buy or sell any gasoline for 25 consecutive days; (2) this conduct constitutes a failure to operate the marketing premises for at least 7 consecutive days (justifying termination under Section 2802(b)(2)(C) and (c)(9) of the Petroleum Marketing Practices Act ("PMPA")); and (3) this conduct also constitutes a failure to comply with reasonable and materially significant provisions of his franchise agreement (justifying termination under Section 2802(b)(2)(A) of the PMPA). Rather than come forward with relevant legal authority or evidence to dispute these facts, plaintiff raises a series of arguments that lack legal or factual support – that he "operated" the marketing premises even though he bought and sold no

---

[1] ExxonMobil incorporates by reference the undisputed statement of facts from its motion for summary judgment (*See* EM Mot. for SJ (Dkt. 18) at 4-10).

gasoline; that his failure to buy or sell any gasoline was ExxonMobil's fault and not his own; and that less than 90 days' notice of his termination was not reasonable under the circumstances.

ExxonMobil previously addressed the deficiencies in all of these arguments when plaintiff initially raised them in his motion for a preliminary injunction. (*See* EM Opp. to Pl's Mot. for Prelim. Inj. (Dkt. 4)). At that time, plaintiff's burden of proof was substantially lower; he simply needed to show the existence of sufficiently serious questions going to the merits to make such questions a fair ground for litigation. PMPA, § 2805(b)(2)(A)(ii). At this stage, however, plaintiff faces a much higher burden. He can no longer simply rely on vague allegations in his complaint or unsupported assertions in legal memoranda. Rather, he must come forward with competent evidence to demonstrate the existence of a ***genuine*** issue of ***material*** fact. Fed. R. Civ. P. 56(c). Plaintiff completely fails to meet his burden.

To begin with, his opposition to ExxonMobil's motion for summary judgment is virtually devoid of evidentiary support.[2] Plaintiff incorporates by reference the self-serving "affidavit" that he filed in support of his own summary judgment motion. Aside from its technical deficiencies, that document contains only conclusory and unsupported assertions, almost all of which concern grievances that plaintiff has with ExxonMobil that have nothing to do with this case. The only other piece of evidence that plaintiff submits is a single letter from ExxonMobil, informing plaintiff that his account will be credited ***$314*** for fuel overcharges he incurred from April to August of last year. Plaintiff does not explain how *de minimis* overcharges in mid-2006 caused him to be completely out of gasoline for over three weeks from late October through most of November. The letter is therefore wholly insufficient to defeat summary judgment.

Plaintiff's legal arguments fare no better. His proposed construction of Section 2802(c)(9) – which would permit a franchisee to sell ***no*** gasoline but still be deemed to have

---

[2]    Plaintiff's motion for summary judgment was filed on March 2 (Dkt. 20), after the March 1 deadline (*see* Feb. 12, 2007 Order). His prior summary judgment motion also was filed late, on February 9 (Dkt. 19), after the February 8 deadline (*see* Jan. 12, 2007 Order (Dkt. 14)). Plaintiff has now filed his opposition to ExxonMobil's summary judgment motion late as well – on March 16, after the March 15 deadline. Without waiving any objection as to the lateness of plaintiff's briefings, ExxonMobil responds to plaintiff's opposition brief.

"operated" the station if service bays or a convenience store remains open – ignores the fact that the essential function of a gas station is to sell gasoline. Indeed, the act that defines and creates the franchise relationship is the franchisor allowing the franchisee to use the franchisor's trademark in connection with the sale of the franchisor's branded motor fuel. PMPA, § 2801(1)(A). Likewise, the argument that plaintiff's failure to sell gasoline was beyond his reasonable control and therefore not a "failure" under the PMPA (Pl. Mot. at 17) is illogical and contrary to the record. By his own admission, plaintiff was unable to buy gasoline because he had no money. Plaintiff's finances are certainly within his own control. Moreover, **plaintiff made a profit on the sale of gasoline in 2006**, so his complaint about ExxonMobil's prices is entirely without basis.[3] (March 5, 2007 Deposition of Peter Amaefule, ("Amaefule Dep."), exh. 18 thereto) (attached hereto as Ex. A).

Worse, plaintiff continues to ignore one of the two grounds on which ExxonMobil relies in support of its termination of plaintiff's franchise. ExxonMobil invoked both Section 2802(b)(2)(C) **and** Section 2802(b)(2)(A) of the PMPA. In order to defeat summary judgment, plaintiff must show that there is a genuine issue of material fact on **both** grounds for plaintiff's termination.[4] Plaintiff does not even reference Section 2802(b)(2)(A) in his opposition, let alone address the substance of it. As ExxonMobil has established, plaintiff's failure to buy and sell any gasoline for 25 consecutive days violated numerous reasonable and materially significant provisions of his franchise agreement with ExxonMobil. By completely ignoring this ground, plaintiff appears to concede both that he failed to comply with these provisions and that they are reasonable and of material significance to the franchise relationship. Summary judgment is warranted for this reason alone.

---

[3]  ExxonMobil has established in its other submissions that plaintiff's alleged "hoarding and profiteering" scheme is contrary to the record evidence regarding his DTW prices on the day of and following his fuel deliveries. (*See, e.g.*, EM Mot. for SJ at 14-15; EM Opp. to Pl.'s Mot. for SJ (Dkt. 22) at 7-9).

[4]  Plaintiff previously suggested that ExxonMobil had relied on Section 2802(b)(2)(B). As ExxonMobil explained at the time, it did not rely on that provision. (EM Opp. to Pl.'s Mot. for Prelim. Inj. at 13).

# ARGUMENT

### I.    PLAINTIFF VIOLATED SECTION 2802(b)(2)(C) OF THE PMPA BY FAILING TO OPERATE THE MARKETING PREMISES FOR 7 CONSECUTIVE DAYS

In an effort to escape the consequences of his failure to fulfill the primary function of a motor fuel franchisee, plaintiff continues to maintain that Section 2802(c)(9) does not apply to this situation but instead covers only those circumstances where the entire station is shut down. (Pl. Mot. at 8-16). He ignores the numerous cases in which this provision has been applied to the failure to **sell gasoline**, such as *Smoot v. Mobil Oil Corp.*, 722 F. Supp. 849 (D. Mass. 1989):

> The undisputed, persistent failure of Smoot to have gas for sale at the Franklin Park station was a serious default of the franchise agreement. The fundamental purpose of any Mobil franchise is to sell Mobil products. The PMPA and the agreements between the parties recognize the importance of this. Both provide that termination is reasonable if a franchisee ***fails to sell gasoline for 7 consecutive days*** or any lesser period which in the facts and circumstances constitutes an unreasonable period of time. *See* PMPA § 2802(c)(9) . . . .

*Id.* at 855 (emphasis added); *see Talbert-Siebert Enters., Inc. v. Shell Oil Co.*, 1992 U.S. Dist. Lexis 8033, at *14-17 (M.D. La. May 8, 1992) (granting summary judgment for franchisor where termination under Section 2802(c)(9) was based on franchisee's "hav[ing] had ***no motor fuels for sale*** and hav[ing] ***not sold motor fuels***" for 18 consecutive days) (emphasis added); *see also Dedvukaj v. Equilon Enters., LLC*, 301 F. Supp. 2d 664, 666, 668-69 (E.D. Mich. 2004) (granting franchisor's motion for summary judgment where termination was based on franchisee's "failure to operate the station ***for the sale of gasoline***" for an entire month: "There appears to be no dispute that the plaintiffs failed 'to operate the marketing premises . . . for 7 consecutive days'") (emphasis added); *Shell Oil Co. v. Babalis*, 1994 U.S. Dist. Lexis 10830, at *3 (N.D. Ill. Aug. 4, 1994) (dismissing franchisee's counterclaim for wrongful termination where franchisee "failed to operate the service station ***for the sale of Shell motor fuel*** to the public"; court noted that franchisee's "failure to sell gasoline . . . is a serious violation of . . . the PMPA," citing Section 2802(c)(9)) (emphasis added).

Straining to avoid the impact of this case law, plaintiff spends much of his opposition identifying other places in the PMPA where the terms "motor fuel" and "marketing premises" appear.  (Pl. Opp. at 8-14).  He then argues that because Section 2802(c)(9) uses the term "marketing premises," it must refer to something more than just the sale of motor fuel.[5] Plaintiff's proposed construction of this provision fails for several reasons.

First, if plaintiff's reading were correct, that would mean that ***none*** of the <u>enumerated</u> relevant events in Section 2802(c) would govern the situation presented here – the complete failure of the franchisee to sell the franchisor's motor fuel.  None of the other enumerated events address these facts.  A franchisor would be forced to argue that the franchisee's conduct in such circumstances was an <u>unenumerated</u> relevant event.[6]  It seems difficult to believe that, in illustrating and giving meaning to the term "relevant event" in Section 2802(c), Congress would have excluded an act that breaches the very foundation of the franchise relationship.  There is no event more "relevant" to that relationship than the failure to market petroleum products.  As the statute at issue is the <u>Petroleum</u> <u>Marketing</u> Practices Act, plaintiff's proposed construction – which ignores this essential fact – makes no sense and should be rejected.

The legislative history supports ExxonMobil's position on this point.  The Senate Report on the PMPA states that "the term 'franchise' is defined ***in terms of a motor fuel trademark license***."  S. Rep. No. 95-731, *as reprinted in* 1978 U.S.C.C.A.N. at 888 (emphasis added); *see*

---

[5]    The D.C. Retail Motor Fuel Franchise Act, which governs plaintiff's station, does not use the term "marketing premises" and therefore contains no definition of that term.  The Act, however, does use the term "retail service station" and defines that as "any fixed geographic location, including the real estate and permanent improvements thereon, which is operated for the purpose of storing and selling motor fuel at retail and which has a dispensing system for delivery of motor fuel into the service tanks of motor vehicles, whether or not such location is also operated for the purposes of selling petroleum products, automotive products, or other products at retail or of repairing, maintaining, or servicing motor vehicles."  D.C. Stat. § 36-301.01(15) (2001).

[6]    The distinction between enumerated and unenumerated events is not without consequence.  Many courts have held that the occurrence of an <u>enumerated</u> event constitutes *per se* grounds for termination, with no further inquiry as to reasonableness.  *See, e.g.*, *Patel v. Sun Co.*, 948 F. Supp. 465, 473 (E.D. Pa. 1996) (if ground for termination or non-renewal falls under one of enumerated categories in Section 2802(c), "a court ***may not then independently assess whether that ground is reasonable***") (emphasis added); *Charter Mktg. Co. v. Bergen*, 1989 U.S. Dist. Lexis 18393, at *8 (D. Conn. Oct. 20, 1989); *Roberts v. Amoco Oil Co.*, 740 F.2d 602, 608 (8th Cir. 1984); *Dedvukaj*, 301 F. Supp. 2d at 666, 669.  Those same courts hold that occurrence of an <u>unenumerated</u> relevant event requires a showing of "reasonableness" to support termination.  *See Patel*, 948 F. Supp. at 473.

*also* PMPA, § 2801(1)(B).  That Report goes on to explain that the definition of franchise is "***not*** intended to encompass other contractual arrangements which may exist between a franchisor and a franchisee, e.g., credit card arrangements, contracts relating to financing of equipment, or contracts for purchase and sale of tires, batteries, or automotive accessories."  1978 U.S.C.C.A.N. at 888 (emphasis added).  Because the sale of branded motor fuel defines the franchise relationship and because the marketing premises are to be employed by the franchisee to fulfill that function, *see* PMPA, § 2801(8), it makes no sense to hold that the franchisee has "operated" those premises when the franchisee has completely failed to sell any motor fuel.

Second, plaintiff's interpretation of Section 2802(c)(9) would convert that provision into an abandonment clause (meaning that the station must be completely abandoned for Section 2802(c)(9) to apply).  A franchisee could fail to sell any motor fuel for an indeterminate period of time and not violate the statute, provided some other business on the premises remained "open."  If Congress had intended for Section 2802(c)(9) to be an abandonment clause, they would have clearly stated that abandonment was the issue, not a failure to operate the marketing premises.

Finally, plaintiff cites Section 2802(b)(2)(E), a provision that actually bolsters ExxonMobil's interpretation of Section 2802(c)(9).  Section 2802(b)(2)(E) makes clear that the franchise relationship is based on the sale of ***motor fuel***, not on service bays, convenience stores or other businesses.  That is why when the PMPA speaks to a franchisor "withdraw[ing]" from a geographic market, it does so by referencing its withdrawal from the marketing of ***motor fuel***.  Petroleum franchisors do not withdraw from the provision of automobile repair service.  Section 2802(c)(9) should be interpreted in this light.

## II.    PLAINTIFF IGNORES THE FACT THAT HIS ACTIONS ALSO CONSTITUTE GROUNDS FOR TERMINATION UNDER SECTION 2802(b)(2)(A)

In his opposition, plaintiff completely ignores the fact that ExxonMobil also relies on Section 2802(b)(2)(A).  That section allows for termination where the franchisee fails to comply

with "reasonable" and "material[ly] significan[t]" provisions of the franchise agreement. ExxonMobil has already established that plaintiff had violated a number of provisions in the franchise agreement by failing to purchase or sell any gasoline for 25 consecutive days. Because **all** of these provisions are both reasonable and materially significant, violation of any one of them is, on its own, sufficient grounds for termination under Section 2802(b)(2)(A).

### Article 2.1 – Minimum Purchase Obligations

The franchise agreement contains a minimum purchase obligation, which requires plaintiff to "maximize Product [motor fuel] sales," including by purchasing at least 70% of the "monthly and contract-year quantities" specified in the Purchase Schedule. (Feb. 8, 2007 Declaration of Ron Alexandrowicz ("Alexandrowicz II") (Dkt. 18), exh. 2 thereto, art. 2.1(b) and Purchase Schedule). Plaintiff had to buy 873,600 gallons total in 2006 (70% of 1,248,000 gallons), or 72,800 gallons per a month (70% of 104,000 gallons). (*Id.*). Such provisions are reasonable and material to the franchise agreement. *See Malone v. Crown Cent. Petrol. Corp.*, 474 F. Supp. 306, 310 (D. Md. 1979) ("The minimum gallonage requirement was both an integral and a reasonable part of Crown's marketing strategy"); *see also Mobil Oil Corp. v. Shah*, 671 F. Supp. 503, 507-08 (N.D. Ill. 1987). Plaintiff violated this provision. He purchased only 1,540 gallons of fuel in October 2006 (**2%** of his monthly obligation) and no fuel in November until the 23rd. (*Id.*; Amaefule Dep. at 189-190, 193-194 & exh. 18 thereto). He completely failed to "maximize" gasoline sales in this time period.[7]

---

[7]    In 2004, plaintiff purchased substantially less than his yearly purchase obligation of motor fuel from ExxonMobil, in violation of the franchise agreement. (Amaefule Dep., exh. 8 thereto).

### Article 9.4 – Use of Marketing Premises

The franchise agreement requires that the "Franchise Dealer shall . . . keep the Motor-Fuels business open and in normal operation" 24 hours a day, 7 days a week. (Alexandrowicz II, exh. 2 thereto, arts. 9.3 & 9.4(b)). This provision is reasonable and material to the franchise agreement. (Alexandrowicz II, exh. 2 thereto, art. 9.1(a)). By having no gasoline for 25 consecutive days, plaintiff violated this provision. His motor fuels business was completely closed.

### Article 9.22 – Maintain Inventory

The franchise agreement also provides that: "Franchise Dealer shall maintain an inventory of Products sufficient to serve customers during the hours" that the station is open (in plaintiff's case, 24 hours a day, 7 days a week. (Alexandrowicz II, exh. 2 thereto, arts. 9.3 & 9.22). This provision is reasonable and material to the franchise agreement. *Rodgers v. Sun Ref. & Mktg. Co.*, 772 F.2d 1154, 1157 (3d Cir. 1985) (failure to maintain adequate fuel supplies is reasonable grounds for termination); Alexandrowicz II, exh. 2 thereto, art. 9.1(a). By having no gasoline for 25 consecutive days, plaintiff also violated this provision. His tanks were completely empty and he had no gasoline to sell to customers.

### III.    PLAINTIFF'S FAILURE TO BUY GASOLINE WAS NOT EXXONMOBIL'S FAULT

Plaintiff continues to claim that ExxonMobil is to blame for his failure to comply with his obligations under the PMPA and his franchise agreement. (Pl. Opp. at 17). In support of this argument, plaintiff relies solely on his "affidavit." ExxonMobil respectfully refers the Court to both (1) its motion for summary judgment, in which ExxonMobil establishes that the alleged "hoarding and profiteering" scheme lacks any basis in fact; and (2) its opposition to plaintiff's motion for summary judgment, in which ExxonMobil exhaustively discusses the unsupported assertions in plaintiff's affidavit. (EM Mot. for SJ at 14-15; EM Opp. to Pl's Mot. for SJ at 6-10). A few additional comments are warranted.

First, throughout this case, plaintiff has conceded that his inability to buy gasoline was due to the fact that he had no money to pay for the gas.  (Pl's Mot. for Prelim. Inj. at 5 (Dkt. 2), 12; Pl's Mot for SJ at 3, 12-13 (Dkt. 20), Pl. Opp. at 17; Amaefule Dep. at 238, exh. 22 thereto). Plaintiff's finances, however, are entirely within his own control, and plaintiff has never cited any legal authority or made any argument to the contrary.  A reading of the PMPA that excused failures resulting from franchisees operating their businesses poorly (*i.e.*, at a loss) would lead to the anomalous result of permitting the most poorly run franchises to escape termination.

Second, plaintiff has claimed that ExxonMobil's pricing practices caused him to sell gasoline at a loss or to "bear the risk of price loss."  (March 1, 2007 Affidavit of Peter Amaefule ("Amaefule Aff.") (Dkt. 21) at 4).  Yet plaintiff's own financial records reveal that he earned a gross profit off the sale of motor fuel in 2006.  (Amaefule Dep., exh.18 thereto).  His complaint about ExxonMobil's prices, therefore, rings hollow.

Third, plaintiff's bank statements demonstrate that he had a pattern of bouncing checks. In 2006, plaintiff had no less than *85* items returned for insufficient funds, and plaintiff cannot claim that all of them were ExxonMobil's fault.[8]  (Amaefule Dep., exh. 21 thereto).  In this light, plaintiff's bouncing of drafts for the September 26th and 30th fuel loads are not the result of the alleged "hoarding and profiteering scheme" by ExxonMobil.  Rather, they are part of a larger problem entirely of plaintiff's own making – his inability to keep his financial house in order.

Finally, plaintiff's reference to an isolated instance in which he was accidentally overcharged for motor fuel (Pl. Opp., exh. 1 thereto) is irrelevant.  The amount of the overcharge – incurred months prior to the October 29-November 22 time period – was *$314*.  (*Id.*).  Plaintiff does not explain what this overcharge has to do with his being out of gasoline for 25 consecutive days, and he cannot seriously contend than an overcharge of such a small amount impaired his

---

[8]    It seems likely that many or most of these items were not payable to ExxonMobil, but rather were checks payable to other vendors with whom plaintiff has business dealings.

ability to pay for additional fuel loads. As such, this "evidence" is insufficient to raise a genuine issue of material fact on any aspect of plaintiff's claim.

### IV.      EXXONMOBIL GAVE REASONABLE NOTICE TO PLAINTIFF OF THE TERMINATION

In his opposition, plaintiff offers no new argument or evidence to support his claim that less than 90 days' notice was not reasonable under the circumstances. ExxonMobil has previously established that the 25-day period when plaintiff was completely out of gasoline was not an isolated incident in 2006; in fact, it was the norm. Moreover, plaintiff has continued this course of conduct (being out of all grades) throughout December 2006 and the first three months of 2007. *As of March 21, plaintiff has been out of all grades of gasoline for 31 days since his termination*. Twice, plaintiff has been out for at least seven consecutive days; indeed, plaintiff was completely out of gasoline from March 10 through March 21 of this year (a 12-day stretch). (Alexandrowicz II, exh. 8 thereto; March 15, 2007 Declaration of Ron Alexandrowicz ("Alexandrowicz III") (Dkt. 22), exhs. 1-3 thereto; March 22, 2007 Declaration of Ron Alexandrowicz, ¶ 2 & exh. 1 thereto (attached hereto as Exhibit B)).

It bears emphasizing that ExxonMobil's branded retail service stations are the company's public face. Through these stations, ExxonMobil cultivates public familiarity of and encourages positive association with the "Exxon" and "Mobil" brands. As a result, ExxonMobil suffers great harm to its brand name whenever a customer has a negative experience at one of its stations, such as when the station is chronically out of gasoline. Moreover, because the only ExxonMobil product sold at its service stations is motor fuel, plaintiff's failure to sell any gasoline means that *ExxonMobil is prevented from selling its own product at its own station.*

Plaintiff's complaint that ExxonMobil is relying on "stale events" (Pl. Mot. at 21) is simply untrue. As ExxonMobil made clear in both the Notice of Termination and every brief it has filed in this case, plaintiff's termination is based on the 25-day period (October 29 – November 22) when plaintiff was completely out of fuel. (*See* EM Opp. to Pl's Mot. for Prelim. Inj. at 8; EM Mot. for SJ at 12; EM Opp. to Pl's Mot. for SJ at 2). ExxonMobil is not relying on

any other shortage to justify the termination.[9]  That does not mean, however, that "any references" to plaintiff's failure to sell motor fuel both before and after that 25-day stretch "must be disregarded."  (Pl. Opp. at 21).  A franchisor can give less than 90 days' notice if "reasonable under the circumstances."  15 U.S.C. 2804(b).  In this case, ExxonMobil's determination included some consideration of plaintiff's pattern of <u>prior</u> shortages throughout 2006.  (*See* EM Mot. for SJ at 8-9).  The shortages <u>after</u> termination demonstrate that the decision to give less than 90 days' notice was a reasonable one, as ExxonMobil calculated (correctly) that plaintiff would continue to be out of gasoline, causing additional harm to the "Exxon" brand name.[10]  They also refute plaintiff's claim that he has "cured" the violation.  (Pl. Opp. at 18).

## V.    PLAINTIFF COMPLAINTS ABOUT DISCOVERY ARE MERITLESS

Finally, plaintiff's complaints about ExxonMobil's alleged failure to produce documents – and its request for an "adverse inference" (Pl. Opp. at 21) – are without merit.  ExxonMobil previously responded to this argument when plaintiff made it affirmatively, in his own motion for summary judgment, and plaintiff offers nothing new in this opposition.  ExxonMobil therefore incorporates by reference that portion of its response.  ExxonMobil makes two additional points.

---

[9]  Plaintiff is correct that when a franchisor gives less than 90 days notice (as was the case here) the franchisor must act within 60 days of the events that form the basis for the termination.  *See* PMPA, §§ 2802(b)(2)(A)(ii), 2802(b)(2)(C)(ii).  There is no question that ExxonMobil acted within 60 days; its Notice of Termination was dated November 20, which is only 22 days after October 29 (the first day when plaintiff was completely out).

[10]  Plaintiff's contention that he has been a "solid Exxon dealer" whose "business operations at the marketing premises . . . have been conducted without much incident" (Pl. Opp. at 19), is unsupported by any evidence and is contrary to the record.  Plaintiff has been out of fuel repeatedly throughout 2006.  He bounced checks with ExxonMobil throughout 2005 and 2006 (Alexandrowicz II, exh. 4 thereto; Amaefule Dep., exh. 21 thereto); was on pre-pay (*i.e.*, credit privileges revoked) for at least 9 months in 2005 and 2006 (Alexandrowicz II, exh. 4 thereto; Dec. 8, 2006 Declaration of Ron Alexandrowicz ("Alexandrowicz I") (Dkt. 4), exh. 3 thereto); and was almost terminated in the past for bouncing checks (Amaefule Dep., exh. 4 thereto).  Plaintiff was cited for failure to meet his minimum purchase obligations in 2004.  (Alexandrowicz III, exh. 5 thereto).  And his station got extremely poor marks in an ExxonMobil survey of area stations.  (Amaefule Dep., exh. 7 thereto).  This checkered history is neither the mark of a "solid" dealer nor the track record of a service station business operated "without much incident."

First, plaintiff's failure to seek timely judicial rulings about discovery issues precludes it from raising those issues now. As ExxonMobil previously explained in its opposition to plaintiff's summary judgment motion, plaintiff served overbroad, unduly burdensome and irrelevant informal document requests. (EM Opp. to Pl's Mot. for SJ at 12). ExxonMobil has lodged valid objections to those requests. Plaintiff never attempted to resolve the dispute through the meet-and-confer process and never filed a motion to compel with the Court. (*Id*. at 13). By failing to move to compel, plaintiff denied the Court any opportunity to rule on ExxonMobil's objections.

Even though the parties were proceeding on an expedited basis, under Fed. R. Civ. P. 65(a)(2), there was more than ample time for plaintiff to bring any discovery disputes to the Court's attention. Plaintiff served his informal document requests on January 4 and February 2, and ExxonMobil responded on January 29 and February 3. (Feb. 8, 2007 Declaration of Brian Howie ("Howie I") (Dkt. 18), exhs. 1-4 thereto). ExxonMobil lodged its objections to the requests promptly. (Howie I, ¶ 10; March 15, 2007 Declaration of Brian Howie ("Howie II") (Dkt. 22), exh. 1, 4-6). Plaintiff thus had several weeks during which it could have raised any disputes with the Court. A party may not ignore the procedures set forth in the Federal Rules for obtaining discovery and wait until summary judgment to raise alleged discovery deficiencies. *See, e.g.*, *Kirschner v. Broadhead*, 671 F.2d 1034, 1037-38 (7th Cir. 1981); *Bahamas Agric. Indus. Ltd. v. Riley Stoker Corp.*, 526 F.2d 1174, 1181 (6th Cir. 1975); *Miller v. Bristol-Myers Squibb Co.*, 121 F. Supp. 2d 831, 838 (D. Md. 2000) (granting summary judgment despite plaintiff's claim of inadequate discovery).

Second, plaintiff failed to comply with the requirements of Fed. R. Civ. P. 56(f), which permits a party to respond to a summary judgment motion by pointing out that additional discovery is needed to oppose the motion.[11] To comply with that rule, a party "must state by

---

[11]  Plaintiff, of course, does not request additional discovery to oppose ExxonMobil's motion; rather, he requests that the Court grant him an adverse inference and rule in his favor. (Pl. Mot. at 21-22). Rule 56(f) does not provide for such relief, and plaintiff cites no legal authority supporting his request here.

affidavit why he is unable to present the necessary opposing material." *Cloverleaf Standardbred Owners Ass'n v. Nat'l Bank*, 699 F.2d 1274, 1278 n.6 (D.C. Cir. 1983). The affidavit also must "show a detailed nexus between the information requested and the development of facts essential to justify the party's opposition." *Pro-Football, Inc. v. Harjo*, 2006 U.S. Dist. Lexis 51086, at *9 (D.D.C. July 26, 2006). "Bare, unverified allegations" are not sufficient. *Cloverleaf*, 699 F.2d at 1278 n.6. Specifically, the affidavit must include: (1) the information that is sought and the means to obtain it; (2) the genuine issues of material fact that will be raised by that information; (3) the efforts of the affiant to obtain the information; and (4) the reasons that the affiant's efforts failed.[12] *See Pro-Football, Inc.*, 2006 U.S. Dist. Lexis 51086, at *10. Plaintiff does not cite or even allude to Rule 56(f) in his opposition, let alone provide this information. For example, although he asserts that ExxonMobil has not produced documents, he does not identify them or provide even a general description of them. (Pl. Opp. at 21.) Nor does plaintiff identify any of the document requests that it claims ExxonMobil has not answered, the efforts he undertook to secure compliance with those requests, and the reason(s) those efforts did not succeed.

Under the circumstances, plaintiff's complaints about discovery, as well as his request for an adverse inference, should be rejected.

## CONCLUSION

For all the foregoing reasons, defendant ExxonMobil Oil Corporation's motion for summary judgment should be granted.

---

[12] The D.C. Circuit has emphasized the importance of complying with the terms of Rule 56(f) in order to "prevent fishing expeditions." *Pro-Football*, 2006 U.S. Dist. Lexis 51086, at *9-10, *quoting Hotel & Rest. Employees Union, Local 25 v. Att'y Gen.*, 804 F.2d 1256, 1269 (D.C. Cir. 1986), *vacated on other grounds*, 808 F.2d 847 (D.C. Cir. 1987). For this reason, courts in this District will not deny or postpone summary judgment motions based on speculation that further discovery might be fruitful. *See Bancoult v. McNamara*, 217 F.R.D. 280, 283 (D.D.C. Sept. 30, 2003) (Rule 56(f) may not defeat a motion for summary judgment where the attempt to "obtain further information would be wholly speculative") (citation omitted). After all, the intent of Rule 56(f) is **not** to "preserve purely speculative issues of fact." *Exxon Corp. v. Fed. Trade Comm'n*, 663 F.2d 120, 128 (D.D.C. 1980).

Dated:  March 22, 2007                              Respectfully submitted,


                                                    _____
                                                               s/Brian A. Howie
                                                    Brian A. Howie
                                                    Bar No.:  459329
                                                    HOWREY LLP
                                                    1299 Pennsylvania Ave., N.W.
                                                    Washington, D.C.  20004
                                                    Telephone:  (202) 783-0800
                                                    Facsimile:  (202) 383-6610

                                                    **Attorney for Defendant ExxonMobil Oil
                                                    Corporation**

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 22, 2007, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to

the following:

Peter C. Ibe
1717 K St., N.W., Suite 600
Washington, D.C.  20036

Victor Mba-Jonas
8020 New Hampshire Ave., Suite 130
Adelphi, MD  20783

s/Brian A. Howie
Brian A. Howie

# EXHIBIT A

# (Excerpts from 03-05-07 Amaefule Deposition)

# EXHIBIT A – Part 1

## (Excerpts and Selected Exhibits from Amaefule Deposition)

# Amaefule Deposition Excerpts

Page 1

```
1                 UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF COLUMBIA

3
         ------------------------------x
4    PETER AMAEFULE,                    :
                                        :
5                  Plaintiff,           :      Civil Action No.
                                        :
6          vs.                          :      1:06-CV-02087-RWR
                                        :
7    EXXONMOBIL OIL CORPORATION,        :
                                        :
8                  Defendant.           :
         ------------------------------x
9

10                      Washington, D.C.

11                   Monday, March 5, 2007

12

13   Deposition of:

14                  PETER AMAEFULE,

15   the Plaintiff, was called for examination by counsel
     for the Defendant, pursuant to notice, commencing at
16   11:15 a.m., at the law offices of Howrey LLP,

17   1299 Pennsylvania Avenue, Northwest, Washington,

18   D.C., before Dawn A. Jaques, Certified Shorthand
     Reporter and Notary Public in and for the District
19   of Columbia, when were present on behalf of the
     respective parties:
20   --------------------------------------------------
                    DIGITAL EVIDENCE GROUP
21               1111 16th Street, NW Suite 410
                    Washington, DC  20036
22                    (202) 232-0646
```

3/5/2007                    Peter Amaefule v. ExxonMobil Oil Corporation                    Peter Amaefule

Page 2

```
1     APPEARANCES:
2          On behalf of the Plaintiff:
3              PETER C. IBE, ESQ.
4              Ibe Law Office
5              1717 K Street, N.W.
6              Suite 600
7              Washington, D.C.  20036
8              PHONE:   (202) 275-7662
9              FAX:     (208) 246-7051
10             E-MAIL:  Ibelawoffice@yahoo.com
11                  - and -
12         VICTOR JONAS, ESQ.
13             Jonas Law Firm P.C.
14             8020 New Hampshire Avenue
15             Suite 130
16             Adelphi, Maryland  20783
17             PHONE:   (301) 431-0333
18             FAX:     (301) 431-0335
19             E-MAIL:  Jonaslawfirm@yahoo.com
20
21
22
```

Page 4

```
1                      I-N-D-E-X
2     WITNESS:                        PAGE:
3     PETER AMAEFULE
4         Examination by Mr. Howie ...........   5
5         Examination by Mr. Ibe ..............  310
6
7                  E-X-H-I-B-I-T-S
8     EXHIBIT: PAGE:  EXHIBIT: PAGE:  EXHIBIT: PAGE:
9     No. 1  ...  38   No. 14 ... 170   No. 27  .. 284
10    No. 2  ...  43   No. 15 ... 174   No. 28A .. 301
11    No. 3  ...  45   No. 16 ... 183   No. 28B .. 305
12    No. 4  ...  98   No. 17 ... 185   No. 28C .. 308
13    No. 5  ... 103   No. 18 ... 188   No. 28D .. 308
14    No. 6  ... 105   No. 19 ... 216   No. 28E .. 308
15    No. 7  ... 106   No. 20 ... 229   No. 28F .. 308
16    No. 8  ... 118   No. 21 ... 225   No. 28G .. 308
17    No. 9  ... 129   No. 22 ... 234   No. 28H .. 308
18    No. 10 ... 132   No. 23 ... 230   No. 28I .. 308
19    No. 11 ... 136   No. 24 ... 246   No. 28J .. 308
20    No. 12 ... 139   No. 25 ... 243
21    No. 13 ... 142   No. 26 .. 270
22        (NOTE:  Exhibits 28A-J retained by counsel.)
```

Page 3

```
1     APPEARANCES (Continued):
2          On behalf of the Defendant:
3              BRIAN A. HOWIE, ESQ.
4              RENA ANDOH, ESQ.
5              Howrey LLP
6              1299 Pennsylvania Avenue, N.W.
7              Washington, D.C.  20004-2402
8              PHONE:   (202) 383-6876
9              FAX:     (202) 383-6610
10             E-MAIL:  Howieb@howrey.com
11
12
13
14         ALSO PRESENT:
15             Ron Alexandrowicz, ExxonMobil
16
17
18
19
20
21
22
```

Page 5

```
1                 P R O C E E D I N G S
2     Whereupon,
3                 PETER AMAEFULE,
4         Was called as a witness, after having been
5         first duly sworn by the Notary Public, was
6         examined and testified as follows:
7     EXAMINATION BY COUNSEL FOR THE DEFENDANT
8          BY MR. HOWIE:
9         Q    Sir, can you please state your full name
10    for the record?
11        A    My name is Peter Amaefule.
12        Q    Do you have a middle name?
13        A    Nwankwo.
14        Q    You're going to have to spell that for
15    the court reporter.
16        A    N-W-A-N-K-W-O.
17        Q    And can you give me your current home
18    and business address, please?
19        A    My home address is 8000 Hart Road, Fort
20    Washington, Maryland.  My business address is
21    4650 South Capitol Street, Southeast, Washington,
22    D.C.
```

2 (Pages 2 to 5)

Page 186

1  prepared yourself?
2      A    Yes.
3      Q    And is this a document that you complete
4  and prepare in the ordinary course of your
5  business as a service station operator?
6      A    Yes.
7      Q    Looking at page 1 of Exhibit 17, sir, it
8  appears that your supreme tank was completely
9  empty from December 7th through the 14th; is that
10 correct?
11     A    December 7th through the 14th?  Correct.
12     Q    And it looks like it was empty again on
13 the 25th through at least the 29th, and perhaps on
14 the 30th and 31st as well?
15     A    Yes.
16     Q    And on page 2 of Exhibit 17, it appears
17 that your plus tank in December of 2006 was empty
18 from December 7th through the 14th?
19     A    Yes.
20     Q    And turning to page 3 of Exhibit 17, it
21 appears that your regular tank was empty from
22 December 7th through the 14th, 2006?

Page 187

1          Sorry, page 3 of Exhibit 17, it appears
2  that your regular tank was completely empty from
3  the 7th through the 14th?
4      A    Yes.
5      Q    If I could have you turn back to
6  Exhibit 15?  It's the October inventory.
7      A    Yes.
8      Q    According to page 1 of Exhibit 15, how
9  many gallons of regular gasoline were delivered to
10 your station in October of 2006?
11     A    None.
12     Q    And the column 2 that says Deliveries,
13 that would be fuel delivered to you and purchased
14 by you from ExxonMobil?
15     A    Yes.
16     Q    Page 2 of Exhibit 15, which is the
17 supreme page for October of 2006, how many gallons
18 of fuel did you purchase from ExxonMobil in that
19 month?
20     A    None.
21     Q    On page 3 of Exhibit 15, the plus page,
22 how many gallons of plus gasoline did you purchase

Page 188

1  from ExxonMobil in October of 2006?
2      A    1300.
3      Q    If you could turn to Exhibit 16,
4  according to page 1 of Exhibit 16, how many
5  gallons -- I'm sorry, sir.
6          According to page 1 of Exhibit 16, how
7  many gallons of regular gasoline did you purchase
8  from ExxonMobil in November of 2006?
9      A    5700.
10     Q    And according to page 2, how many
11 gallons of supreme gasoline did you purchase from
12 ExxonMobil in November of 2006?
13     A    1301.
14     Q    And according to page 3 of Exhibit 16,
15 how many gallons of plus gasoline did you purchase
16 from ExxonMobil in November of 2006?
17     A    1801.
18         MR. HOWIE:  Can I get this marked as
19 Exhibit 18?
20         (Amaefule Exhibit No. 18 was marked for
21          identification.)
22         BY MR. HOWIE:

Page 189

1      Q    Exhibit 18, sir, is a document that was
2  produced on your behalf by your counsel.  I've had
3  it Bates labeled Amaefule 00045.  It appears to be
4  a profit or loss statement for the year 2006.
5          Have you seen this before?
6      A    Yes.
7      Q    Did you prepare Exhibit 18?
8      A    Yes, I did.
9      Q    When did you prepare Exhibit 18, sir?
10     A    I don't know what date.  It's in
11 January 2007.
12     Q    Do you generally prepare profit/loss
13 statements for your business yourself?
14     A    Sometimes, yes.
15     Q    When you don't prepare them, who does?
16     A    The bookkeeper will look it over and
17 make corrections or check if it's accurate.
18     Q    At the top of Exhibit 18, sir, it says
19 revenue.  In the first line, it says fuel
20 (gallons), 226,933.
21         Is that the total number of gallons of
22 gasoline that you purchased from ExxonMobil in

3/5/2007                     Peter Amaefule v. ExxonMobil Oil Corporation                     Peter Amaefule

Page 190

1    2006?
2        A    Yes.
3        Q    And the next row over says sales,
4    $602,139.39?
5        A    Yes.
6        Q    Is that your gross revenue from the sale
7    of gasoline in 2006?
8        A    Yes.
9        Q    The next column over says profit, and
10   for fuel, it says $29,770.62.
11            Do I understand that line entry to be
12   your gross profit for the sale of gasoline in
13   2006?
14       A    Yes.
15       Q    So if I subtract the gross profit from
16   your sales, I would get the cost of the gasoline
17   that you paid ExxonMobil for?
18       A    Yes.
19       Q    According to Exhibit 18, your gross
20   profit for the sale of gasoline in 2006 was a
21   positive number.  It was $29,000?
22       A    Yes.

Page 191

1        Q    For groceries, the next line item,
2    according to Exhibit 18, you earned a gross profit
3    in 2006 of $102,716.60?
4        A    Yes.
5        Q    The next line item is repair shop, and
6    it says labor in parentheses?
7        A    Yes.
8        Q    It says that you earned a gross profit
9    of $21,000 in 2006?
10       A    Yes.
11       Q    The difference between your profit and
12   sales for labor on the repair shop appears to be
13   $21,000, if my math is correct; is that right?
14       A    Profit and sale.  That's not the sales
15   line.  That's the labor.
16       Q    I'm sorry, the what?
17       A    That's the labor we charge.
18       Q    Right.  I guess what I'm asking you is
19   the difference between $42,000 and $21,000 is
20   $21,000.
21       A    Yes.
22       Q    That $21,000 difference, is that the

Page 192

1    amount that you pay your mechanic?
2        A    Yes, the mechanic.
3        Q    The next line item, repair shop (sales),
4    would that refer to sales of cigarettes and gum
5    and sodas?
6        A    No.  That's --
7        Q    I'm sorry, sales of tires and batteries?
8        A    -- sales of tires and batteries.  We may
9    have auto parts of any kind, and we have markup on
10   each and we get discounts from the dealers.
11       Q    You mark up the auto parts --
12       A    We get discounts, okay, as dealers.
13       Q    Right.
14       A    Sometimes we pass it on to the
15   customers, sometimes we don't, depending on --
16       Q    The auto parts that you buy and sell to
17   customers, you don't buy those from ExxonMobil,
18   correct?
19       A    No, we don't.
20       Q    And according to Exhibit 18, you earned
21   a gross profit on the sales of auto parts and
22   related items of $6,480?

Page 193

1        A    Yes.
2        Q    The next line item is rebates?
3        A    Yes.
4        Q    It says $5200.  What does that refer to?
5        A    It would include the -- this maintenance
6    contribution that we get, we put it as what we
7    receive as rebates and other rebates that we may
8    get from other distributors.  That's what this is.
9        Q    Sir, if you turn to Exhibit 1 -- I'm
10   sorry, were you finished with your answer?
11       A    Yes.
12       Q    If you turn back to Exhibit 1, page 48,
13   page 00048 --
14       A    Yes.
15       Q    -- page 48 indicates that your minimum
16   purchase obligation in the first year of your
17   Franchise Agreement was 1,248,000 gallons.  And I
18   believe, as we've previously discussed,
19   Article 2.1 required that you purchase 70 percent
20   of that amount.
21            Do you dispute that your purchase of
22   gasoline as reflected in Exhibit 18 is less than

49 (Pages 190 to 193)

Page 194

1  the minimum purchase requirement that you were
2  obligated to make?
3      A   I haven't made that calculation to see
4  if 226,133 gallons is less than 70 percent, but I
5  can see it's less, yes.
6      Q   Sir, if you keep going on Exhibit 18
7  down to the expense category on Exhibit 18, the
8  first line is a little faded, but I will tell you
9  that it says sir --
10     A   Yes.
11     Q   -- $74,700?
12     A   Yes.
13     Q   I believe you had previously testified,
14  if you look at page 64 of the Franchise Agreement,
15  it says that your annual rent was $78,000.
16         Is there a reason why it's listed here
17  as only $74,700?
18     A   Well, yes.  That's from January to
19  December, but the new rent started from April.  So
20  we were paying a different rent, a much lower rent
21  on the previous lease that ended March 31st.
22         So from January to April 1st, we were

Page 195

1  paying different rent.
2      Q   January, February and March of 2006 --
3      A   2006, correct.
4      Q   -- you were paying a different rent?
5      A   Different rent, correct.
6      Q   The next line item down on Exhibit 18 is
7  equipment fees, and it's listed as $7700.
8      A   Uh-huh.
9      Q   What is that?
10     A   Equipment.  We bought a new lift.  On
11  the equipment, we bought a new lift in the shop.
12     Q   And that new lift cost you $7700, or was
13  there other equipment included in that?
14     A   I think it would be that, and I don't
15  know if we bought any other equipment that year.
16         Oh, yes.  We bought other things, like
17  fax machines, things like that, and we add to
18  that, yes.
19     Q   The next line item says accounting and
20  bookkeeping, $5800?
21     A   Uh-huh.
22     Q   What did you pay your accountant -- or

Page 196

1  who is your accountant?
2      A   Nike Associates.
3      Q   Can you spell that?
4      A   N-I-K-E Associates or & Associates.
5      Q   And what services did Nike Associates
6  perform for you?
7      A   They do our tax returns and like this
8  profit and loss statement or any accounting that
9  we need assistance, yes.
10     Q   They didn't prepare Exhibit 18, did
11  they?
12     A   No, they didn't prepare this one.
13     Q   Did they ever prepare financial
14  statements for you?
15     A   Yes.
16     Q   And you said they prepare tax returns
17  for you?
18     A   Yes.
19     Q   Do you still have copies of your tax
20  returns for 2006?
21     A   No.  We haven't prepared the tax return
22  for 2006.

Page 197

1      Q   That one has not been filed yet?
2      A   No.
3      Q   Do you operate on a calendar year or a
4  fiscal year?
5      A   I don't get the question.
6      Q   Don't worry about it.  I'll withdraw it.
7         MR. IBE:  Yeah, he's taxed.
8         BY MR. HOWIE:
9      Q   Did your accountant prepare any
10  tax return -- excuse me -- any financial
11  statements for you in 2006?
12     A   In 2006?  Yes.
13     Q   Were those financial statements
14  collecting data for any part of 2006, or were they
15  for a prior year?
16     A   It would be for a prior year.  I think
17  it was for -- yeah, it would be for in the prior
18  year.
19     Q   And do you anticipate having
20  your accountant --
21     A   The financial statement of the station
22  at a given time.  Yeah, financial statement of the

Page 238

1  to maximize the sale during that time period?
2      A   If we had the product, we would sell.
3      Q   Did you make any effort to acquire the
4  product from ExxonMobil?
5      A   Yes.
6      Q   What steps did you take to acquire
7  product?
8      A   I ordered for the product and sent the
9  money, but they said it wasn't enough to bring a
10  load and they would not bring a partial load.
11      Q   And the reason it was not enough was
12  because you already owed money to ExxonMobil for
13  prior fuel loads?
14      A   Yes.  I owed them money, and I sent
15  money to settle this prior to this time.
16      Q   Did you send enough money to pay for the
17  loads that you had already received, plus the load
18  that you were trying to order?
19      A   Well, the load I was ordering -- I don't
20  know if it would cover everything, but then they
21  applied what they applied, and they said the
22  balance was not enough to bring a load.

Page 239

1      Q   Do you recall that the fuel deliveries
2  you received on September 26th and September 30th,
3  that the drafts for those deliveries were returned
4  for insufficient funds?
5      A   Yes.
6      Q   For both?
7      A   Yes, two drafts.
8      Q   And for that fuel that was delivered,
9  that was fuel that you had in your tanks?
10      A   Well, one of them was the fuel that I
11  didn't need.
12      Q   But it was in your tank, correct?
13      A   Yes.
14      Q   And you agree that you had to pay
15  ExxonMobil for those deliveries?
16      A   Oh, yeah.  Since it was in my tank, I
17  didn't have any objection to paying it.
18      Q   Can you turn back to Exhibit 21?
19          Did you prepare Exhibit 21 in
20  response -- I'm sorry, Exhibit 22.  Sorry.
21          Did you prepare Exhibit 22 in response
22  to Exhibit 20?

Page 240

1      A   Yes.
2      Q   And is Exhibit 22 something that you
3  prepared in the ordinary course of your business
4  as a service station operator?
5      A   Excuse me?
6      Q   Did you prepare Exhibit 22 in the
7  ordinary course of your business?
8      A   Ordinary course of my business?
9  Ordinary course of business doesn't include
10  termination, so it's not ordinary.
11      Q   But it was something that you prepared
12  in connection with your business as a service
13  station operator?
14      A   In answer to the information there, yes.
15      Q   On page 2 of Exhibit 22, sir, at the
16  bottom, there's a paragraph that begins,
17  "Nevertheless, these Exxon's action that
18  precipitated" -- do you see that?
19      A   Yes.
20      Q   If you look three lines down, there's a
21  sentence that reads, "We got well recapitalized
22  and are getting and selling our fuel loads."

Page 241

1          What do you mean when you say we got
2  recapitalized?
3      A   I got recapitalized at that time, and we
4  had ordered our full load and we were selling.
5      Q   By recapitalize, you just mean you had
6  enough funds back to pay ExxonMobil what you owed
7  them?
8      A   Not just enough.  We had more
9  business in the money -- I mean more money in the
10  business to do other things that we were going to
11  do.
12      Q   Is that money that you had used from the
13  line of credit?
14      A   No.
15      Q   Is that money that you just -- where
16  did you get the money to recapitalize?
17      A   From my other business, I borrowed, you
18  know, borrowed.
19      Q   From the plastic recycling business?
20      A   Yes.
21      Q   You also mention further down in that
22  same paragraph that you had funded and embarked on

61 (Pages 238 to 241)



**Page 314**

1    A    No.  I don't know how to put it.  They
2 just draft it and have us to sign it.  If we don't
3 agree with any part of it, you leave the business.
4    Q    Do you know whether or not your verbal
5 communications with Exxon were actually noted or
6 written down by Exxon?
7        MR. HOWIE:  Objection, calls for
8 speculation.
9        THE WITNESS:  I don't know if they write
10 down anything of our verbal communications.
11        BY MR. IBE:
12    Q    When you make phone calls to Exxon, do
13 you ever receive a recording that it warns you
14 that your phone call might be recorded?
15    A    Yes.
16        MR. IBE:  I have nothing further.
17        MR. HOWIE:  Okay.
18        (Whereupon, signature not having been
19        waived, the deposition was adjourned at
20        7:38 p.m.)
21
22

**Page 316**

1        CERTIFICATE OF NOTARY PUBLIC
2        I, DAWN A. JAQUES, a Notary Public in and for
3 the District of Columbia, before whom the foregoing
4 deposition was taken, do hereby certify that witness
5 whose testimony appears in the foregoing pages was
6 duly sworn by me; that the testimony of said witness
7 was taken by me in shorthand at the time and place
8 mentioned in the caption hereof and thereafter
9 reduced to typewriting under my supervision; that
10 said deposition is a true record of the testimony
11 given by said witness; that I am neither counsel
12 for, related to, nor employed by any of the parties
13 to the action in which this deposition is taken;
14 and, further, that I am not a relative or employee
15 of any attorney or counsel employed by the parties
16 thereto, nor financially or otherwise interested in
17 the outcome of the actions.
18
                Dawn A. Jaques, C.S.R.
19              Notary Public in and for
                District of Columbia
20
My commission expires:
21 December 14, 2010
22

**Page 315**

1 Deponent Peter Amaefule c/o
2 Ibe Law Office
3 1717 K Street, N.W.
  Suite 600
4 Washington, D.C.  20036
5 Case: Amaefule v. ExxonMobil
  Date of deposition: 3/5/2007
6 Deponent: Peter Amaefule
7
8    Please be advised that the transcript in the above
9    referenced matter is now complete and ready for signature.
10   The deponent may come to this office to sign the transcript,
11   a copy may be purchased for the witness to review and sign,
12   or the deponent and/or counsel may waive the option of signing.
13   Please advise us of the option selected.
14
15   Please forward the errata sheet and the original signed
16   signature page to counsel noticing the deposition, noting the applicable
17   time period allowed for such by the governing Rules of Procedure.
18
     If you have any questions, please do not hesitate to call our office at
19   202-232-0646.
20 Sincerely,
21 Digital Evidence Group
   Copyright 2007 Digital Evidence Group
22 Copying is forbidden, including electronically, absent express written consent.

**Page 317**

1    Digital Evidence Group, L.L.C.
2    1111 16th Street, Northwest, Suite 410
3    Washington, D.C. 20036
4    (202) 232-0646
5
6        SIGNATURE PAGE
7    Case Name:  Amaefule v. ExxonMobil
8    Witness Name:  Peter Amaefule
9    Deposition Date: 3/5/2007
10
11   I do hereby acknowledge that I have read
     and examined the foregoing pages
12   of the transcript of my deposition and that:
13
14   (Check appropriate box):
15   ( ) The same is a true, correct and
         complete transcription of the answers given by
16       me to the questions therein recorded.
17   ( ) Except for the changes noted in the
         attached Errata Sheet, the same is a true,
18       correct and complete transcription of the
         answers given by me to the questions therein
19       recorded.
20
21
22   _____        _____
     DATE                 WITNESS SIGNATURE

3/5/2007                    Peter Amaefule v. ExxonMobil Oil Corporation                    Peter Amaefule

Page 318

1    Digital Evidence Group, L.L.C.
2    1111 16th Street, Northwest, Suite 410
3    Washington, D.C. 20036
4     (202) 232-0646
5
       E R R A T A   S H E E T
6
     Case Name:  Amaefule v. ExxonMobil
7
     Witness Name:  Peter Amaefule
8
     Deposition Date:  3/5/2007
9
     Page No.   Line No.        Change
10
11
12
13
14
15
16
17
18
19
20
21

22    _____    _____
         Signature                    Date

# EXHIBIT 4

# (To Amaefule Deposition)

**EXXON** COMPANY, U.S.A.

6301 IVY LANE • GREENBELT, MARYLAND 20770

*Dan Busby*

January 26, 1

MARKETING DEPARTMENT

*Peter —*
*this is all*
*that I have*

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

*Dan*
*3/25/98*

Peter Amaefule
Eastover Exxon
4650 South Capitol Street, S.E.
Washington, D.C.  20032

Dear Mr. Amaefule:

We previously warned you, by letters dated (January 3, 1997, March 6, 1997 and October 23, 1997), that your failure to timely pay in accordance with the terms of your Sales Agreement with Exxon could lead to termination and nonrenewal of your franchise agreements and franchise relationship with Exxon.

Despite those warnings the electronic funds transfer (EFT) debit of your bank account for motor fuel invoice number 303063 dated December 10, 1997, was returned unpaid by your bank.

Your failure to pay Exxon per the terms of your franchise agreements is ground for termination and nonrenewal of those agreements and is an event relevant to the franchise relationship for which termination and nonrenewal are reasonable under the Petroleum Marketing Practices Act. Additionally, your failure to pay Exxon per the perms of your sales agreement despite prior written warnings display a lack of good faith by you with respect to those franchise agreements.

For each of the above separate and distinct reasons, please be advised that Exxon hereby cancels, terminates and nonrenews, effective April 30, 1998 your Retail Service Station Lease, Retail Service Station Sales Agreement and related agreements, and the franchise relationship between Exxon company, U.S.A. and yourself relating to the captioned service station locations and the business conducted thereon.

Exxon also demands immediate payment of all sums due and owing by you to Exxon. Furthermore, all future payments for motor fuel purchases must be paid by Prepay Wire Transfer.

Please arrange to meet with your Territory Manager on or before the effective date of terminations and nonrenewal as state above to take the necessary steps to accomplish and orderly termination of our relationship.

A DIVISION OF EXXON CORPORATION

Amaefule
**EXHIBIT**
4   3/5/07
DJ.


RECYCLED

# EXHIBIT 7

# (To Amaefule Deposition)

ExxonMobil Fuels Marketing Company
Mid-Atlantic/South-East Business Unit

**ExxonMobil**
*Fuels Marketing*

June 24, 2005

PETER AMAEFULE
STATION # 25050
4650 S CAPITOL STREET SE
WASHINGTON, DC 20032

Re: Mystery Shopper 2005 YTD Results

Dear PETER AMAEFULE;

You are in receipt of this letter due to the poor performance you have shown regarding the Retail Image of the ExxonMobil facility you are operating. To date you have an average Mystery Shopper score of 39%, versus the Mid-Atlantic area's average score of 82%. These results are completely unacceptable and place you in jeopardy of loosing your franchise.

As outlined in your PMPA Franchise Agreement effective April 1, 2003 ,

Section 9.7:    'Customer Service.'    Franchise Dealer shall provide, and ensure that Franchise Dealer's employees and contractors are in approved uniform, provide, prompt, fair, courteous and efficient service to customers...

Section 9.8:    'Clean, Attractive and Functional Operations.'    Franchise Dealer shall maintain the Marketing Premises and all adjacent areas in clean, attractive and functional condition at all times...

Immediate attention is required by you to enhance the image of your facility. If a substantial improvement is not achieved at this facility, ExxonMobil will proceed with the termination process of your franchise agreement.

I will be contacting you to discuss opportunities on how to improve your Retail Excellence.

Sincerely;

Ron Alexandrowicz
Territory Manager

Cc:    John Bednash
       Paul Caponigro

EXXONMOBIL000231

# EXHIBIT 8

# (To Amaefule Deposition)

**ExxonMobil**
*Fuels Marketing*

3225 Gallows Rd
Fairfax, VA 22037

March 30, 2005

PETER AMAEFULE
EXXON SERVICE STATION
4650 S CAPITOL STREET SE
WASHINGTON, DC 20032

**Location: 25050**
**Minimum Volume Warning Letter**

Dear Dealer.

We are writing on behalf of ExxonMobil Oil Corporation ("ExxonMobil")  As an ExxonMobil franchise dealer, your service station operations are subject to the provisions of your PMPA Franchise Agreement effective 04/01/2003   Article 2 1(b) of your Franchise Agreement contains specific provisions that govern the fuels purchase obligations for your service station

A review of our records indicates that you failed to meet your purchase obligations for the year 2004

| Purchase Obligations | Actual Purchases | % |
|---|---|---|
| 638,400 | 460,972 | 72 |

Your annual purchase obligation of **638,400** gallons represents 70% of your contract volume  ExxonMobil considers the purchase obligation to be a material and significant provision of your Franchise Agreement and the franchise relationship  Furthermore, the sale of a minimum volume of fuels products is an important retailing and customer service aspect of our business

You should take all necessary action to immediately correct this contract violation  Please contact me if you have any questions, or if I can assist you in resolution of this matter .

Sincerely

John Bednash/kba

John R  Bednash
Area Manager
Mid-Atlantic

CC  R  Alexandrowicz
    L  Allam

EXHIBIT
Amaefule
8  3/5/07
O.J.

# EXHIBIT 18

# (To Amaefule Deposition)

Eastover Exxon
4650 South Capitol St, SE.
Washington De 20032.

PROFIT OR LOSS statement for YEAR 2006.

Revenue:

| | | Sales | Profit |
|---|---|---|---|
| Fuel (gallons) | 226,933 | $ 602,139.39 | $29,770.62 |
| Groceries | | 366,845.00 | 102,716.60 |
| Repair Shop (labor) | | 42,000.00 | 21,000.00 |
| Repair Shop (sales) | | 18,000.00 | 6,480.00 |
| Rebates | | 5,200.00 | 5,200.00 |
| | | $ 1,034,184.39 | $165,166.62 |

EXPENSE:

| | |
|---|---|
| Rent | $ 74,700.00 |
| Equipment fees | 7,700.00 |
| Accounting & bookkeeping | 5,800.00 |
| Payroll | 34,200.00 |
| Credit card processing fees | 13,870.00 |
| Insurance | 7,800.00 |
| Legal fees | 7,500.00 |
| Utilities | 18,000.00 |
| Taxes & licenses | 21,540.00 |
| Advertising & promotions | 1,200.00 |
| Miscellaneous | 6,400.00 |
| Repairs | 4,200.00 |
| Equipment purchase | 4,950.00 |
| Credit financing | 11,400.00 |
| Uniforms | 950.00 |
| Cleaning & maintenance | 8,246.00 |
| Damages & losses | 3,100.00 |
| | $231,556.00 |

EXHIBIT
18   3/5/07
Amaefule   O.J.

Amaefule 00045

Net: -$ 66,439.38 loss

# EXHIBIT A – Part 2

## (Excerpts and Selected Exhibits from Amaefule Deposition)

# EXHIBIT 21

# (To Amaefule Deposition)



## Bank of America

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.888.BUSINESS (1.888.287.4637)
www.bankofamerica.com

Page 1 of 3
Account Number: 0020 8663 9945
E0 P 0C Enclosures 17      47
Statement Period
01/01/06 through 01/31/06      0000273

|..|.|||.||..||.....||.....|..||...|.|.||.||.|..|.||...||
01357 001 SCM999      0

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON
4650 S CAPITOL ST SE
WASHINGTON DC 20032-2716

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Full Analysis Business Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 01/01/06 through 01/31/06 | Statement Beginning Balance | 5,168.95 |
| Number of Deposits/Credits | 22 | Amount of Deposits/Credits | 74,628.20 |
| Number of Withdrawals/Debits | 28 | Amount of Withdrawals/Debits | 81,087.25 |
| | | Statement Ending Balance | 1,290.10- |
| Number of Enclosures | 17 | Average Ledger Balance | 3,683.18 |
| Number of Days in Cycle | 31 | Service Charge | 427.75 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 01/03 | | 9,040.00 | Deposit | 813003210074073 |
| 01/03 | | 400.00 | Deposit | 813004210573077 |
| 01/04 | 0000006678 | 1,141.67 | Return Of Posted Check / Item (Received On 01-03) Check #0000006678 | 934001030000986 |
| 01/06 | | 3,350.00 | Deposit | 813003610889800 |
| 01/09 | | 4,570.00 | Deposit | 813003110712730 |
| 01/10 | | 1,515.00 | Deposit | 813003610397243 |
| 01/11 | | 4,500.00 | Counter Credit | 813004210189920 |
| 01/11 | | 1,706.00 | Deposit | 813003610581777 |
| 01/18 | | 7,730.00 | Deposit | 813003410033963 |
| 01/20 | | 2,225.00 | Deposit | 813004010563518 |
| 01/23 | | 4,425.00 | Deposit | 813003910899503 |
| 01/24 | | 6,946.60 | Exxonmobil Corp ;Des=esp Draft ;ID=0001024481 Eff Date: 060124;Indn:Peter Amaefule | 902360240170836 |
| 01/25 | | 2,725.00 | Deposit | 813003310246383 |
| 01/25 | | 400.00 | Deposit | 813003310246370 |
| 01/26 | 0000006691 | 1,586.90 | Return Of Posted Check / Item (Received On 01-25) Check #0000006691 | 934001250000612 |
| 01/26 | | 1,789.91 | Exxonmobil Corp ;Des=esp Draft ;ID=0001024481 Eff Date: 060126;Indn:Peter Amaefule | 902360260119939 |



Amaefule 00001



Page 2 of 3
Account Number: 0020 8663 9945
E0  P  0C Enclosures 17          47
Statement Period
01/01/06 through 01/31/06

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON

## Full Analysis Business Checking

### Deposits and Credits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 01/27 | | 1,627.76 | Exxonmobil Corp ;Des=esp Draft ;ID=0001024481 Eff Date: 060127;Indn:Peter Amaefule | 902360270122313 |
| 01/30 | | 10,420.00 | Deposit | 813004110218746 |
| 01/30 | | 2,997.54 | Exxonmobil Corp ;Des=esp Draft ;ID=0001024481 Eff Date: 060130;Indn:Peter Amaefule | 902360302046869 |
| 01/30 | | 2,369.55 | Exxonmobil Corp ;Des=esp Draft ;ID=0001024481 Eff Date: 060130;Indn:Peter Amaefule | 902360302046872 |
| 01/30 | | 2,162.27 | Exxonmobil Corp ;Des=esp Draft ;ID=0001024481 Eff Date: 060130;Indn:Peter Amaefule | 902360300810742 |
| 01/31 | | 1,000.00 | Deposit | 813003210656092 |

### Withdrawals and Debits

#### Checks

| Check Number | | Amount | Date Posted | Bank Reference | Check Number | | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|---|---|
| 6667 | | 50.00 | 01/10 | 813000792045387 | 6683 | | 133.00 | 01/23 | 813004110786975 |
| 6668 | | 133.00 | 01/23 | 813004110786976 | 6684 | | 1,406.52 | 01/10 | 813000792110989 |
| 6674 | * | 222.92 | 01/03 | 813003410191261 | 6686 | * | 142.11 | 01/12 | 813003810096868 |
| 6675 | | 850.00 | 01/10 | 813003810780643 | 6687 | | 2,192.34 | 01/18 | 813000792593244 |
| 6677 | * | 250.00 | 01/11 | 813003310995683 | 6688 | | 133.78 | 01/31 | 813000892947369 |
| 6678 | | 1,141.67 | 01/03 | 813003810679858 | 6691 | * | 1,586.90 | 01/25 | 813000892234038 |
| 6679 | | 237.73 | 01/05 | 813003110401061 | 6691 | * | 1,586.90 | 01/30 | 813000892584295 |
| 6680 | | 147.91 | 01/06 | 813003310195356 | 6692 | | 113.71 | 01/26 | 813000892409486 |
| 6681 | | 1,250.65 | 01/06 | 813000692822572 | 6693 | §§ | 2,082.12 | 01/31 | 813000892792207 |
| 6682 | | 230.14 | 01/09 | 813003410462627 | | | | | |

* Preceding check (or checks) is outstanding, is included in summary listing, or has been included in a previous statement.

#### Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 01/03 | | 12,500.00 | Wire Type:Wire Out Date:060103 Time:1224 Et Trn:2006103000146315 Service Ref:001910 Bnf:Exxon Mobil ID:40640854 Bnf Bk:Citibank N A ID:021000089 Pmt Det:01060103002674Nn/Acc/Credit D Ealer A/C 1024481 | 903701030146315 |
| 01/03 | | 1,695.00 | Counter Debit | 813004210573076 |
| 01/11 | | 11,600.00 | Wire Type:Wire Out Date:060111 Time:1531 Et Trn:2006011100144579 Service Ref:002148 Bnf:Exxonmobil ID:40640854 Bnf Bk:Citibank N A ID:021000089 Pmt Det:01060111002440Nn/Acc/Credit Deal Er A/C 1024481 | 903701110144579 |
| 01/17 | | 427.75 | 12/05 Acct Analysis Fee | 940301170000001 |
| 01/19 | | 60.00 | Check Order00357;Des=fee       ;ID=0085982680 Eff Date:060119;Indn:Peter N  Amaefule   07 | 902360191690584 |

Amaefule 00002



**Bank of America**

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON

Page 3 of 3
Account Number: 0020 8663 9945
E0  P   0C Enclosures 17          47
Statement Period
01/01/06 through 01/31/06          0000275

## Full Analysis Business Checking

### Withdrawals and Debits - Continued

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 01/25 | | 20,759.65 | Exxonmobil Corp ;Des=esp Draft ;ID=0001024481 Eff Date: 060125;Indn:Peter Amaefule | 902360250174465 |
| 01/25 | | 232.00 | Wells Fargo ;Des=auto Pay ;ID=547464013027310 Eff Date: 060125;Indn:Amaefule,Peter N | 902360250064937 |
| 01/26 | | 361.35 | Exxonmobil Corp ;Des=adds Draft;ID=0001024481 Eff Date: 060126;Indn:Peter Amaefule | 902360260119936 |
| 01/31 | | 19,560.10 | Exxonmobil Corp ;Des=esp Draft ;ID=0001024481 Eff Date: 060131;Indn:Peter Amaefule | 902360310248261 |

### Daily Ledger Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/01 | 5,168.95 | 01/11 | 190.92- | 01/24 | 18,047.48 |
| 01/03 | 950.64- | 01/12 | 333.03- | 01/25 | 1,406.07- |
| 01/04 | 191.03 | 01/17 | 760.78- | 01/26 | 1,495.68 |
| 01/05 | 46.70- | 01/18 | 4,776.88 | 01/27 | 3,123.44 |
| 01/06 | 1,904.74 | 01/19 | 4,716.88 | 01/30 | 19,485.90 |
| 01/09 | 6,244.60 | 01/20 | 6,941.88 | 01/31 | 1,290.10- |
| 01/10 | 5,453.08 | 01/23 | 11,100.88 | | |

**Amaefule 00003**

Recycled Paper

## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ........................................................................................... $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ................... $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ........................... $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ................................................................................................ $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ...................................................................................................... $ _____
2. Add any deposits not shown on this statement ................................................................................................ $ _____

_____

SUBTOTAL ............................................... $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ....................................... $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ............................................................................ $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in y deposit agreement.

### Important Information

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account woul governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your dep account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct dep or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or probl appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you more information.
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the fir days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover error unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or con you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and ⌂ Equal Housing Lender

*Thank You for Choosing Bank of America*

Amaefule 00004

**Bank of America.**

BANK OF AMERICA, N.A. (THE "BANK")                    **Transaction History**

| Date | Amount | Balance | Transaction |
|------|--------|---------|-------------|
| * 1/30/2006 | 1586.90 | 19485.90 | Check 6691 |
| * 1/31/2006 | 1000.00 | 20485.90 | Deposit |
| * 1/31/2006 | 19560.10 | 925.80 | EXXONMOBIL CORP ;DES=ESP |
| * 1/31/2006 | 2082.12 | -1156.32 | Check 6693 |
| * 1/31/2006 | 133.78 | -1290.10 | Check 6688 |
| 2/01/2006 | 2082.12 | 792.02 | RETURN OF POSTED CHECK / 669 |
| 2/01/2006 | 1829.56 | 2621.58 | EXXONMOBIL CORP ;DES=ESP |
| 2/02/2006 | 1876.48 | 4498.06 | EXXONMOBIL CORP ;DES=ESP |
| 2/03/2006 | 1923.23 | 6421.29 | EXXONMOBIL CORP ;DES=ESP |
| 2/03/2006 | 1682.59 | 4738.70 | Check 7002 |
| 2/03/2006 | 299.19 | 4439.51 | Check 7001 |
| 2/06/2006 | 8205.00 | 12644.51 | Deposit |
| 2/06/2006 | 6910.00 | 19554.51 | Deposit |
| 2/06/2006 | 2334.68 | 21889.19 | EXXONMOBIL CORP ;DES=ESP |
| 2/06/2006 | 2194.82 | 24084.01 | EXXONMOBIL CORP ;DES=ESP |
| 2/06/2006 | 1536.06 | 25620.07 | EXXONMOBIL CORP ;DES=ESP |
| 2/06/2006 | 2082.12 | 23537.95 | Check 6693 |
| 2/07/2006 | 2805.00 | 26342.95 | Deposit |
| 2/07/2006 | 19794.84 | 6548.11 | EXXONMOBIL CORP ;DES=ESP |
| 2/07/2006 | 274.70 | 6273.41 | Check 7003 |
| 2/08/2006 | 1820.00 | 8093.41 | Deposit |
| 2/08/2006 | 6540.81 | 1552.60 | EXXONMOBIL CORP ;DES=ESP |
| 2/08/2006 | 2358.62 | -806.02 | Check 6689 |
| 2/08/2006 | 150.00 | -956.02 | Check 7005 |
| 2/09/2006 | 2358.62 | 1402.60 | RETURN OF POSTED CHECK / 668 |
| 2/09/2006 | 2027.20 | 3429.80 | EXXONMOBIL CORP ;DES=ESP |
| 2/10/2006 | 3420.00 | 6849.80 | Deposit |
| 2/10/2006 | 13246.82 | -6397.02 | EXXONMOBIL CORP ;DES=ESP |
| 2/10/2006 | 156.58 | -6553.60 | Check 7004 |
| 2/13/2006 | 13246.82 | 6693.22 | RETURN OF POSTED CHECK / |
| 2/13/2006 | 15435.00 | 22128.22 | Deposit |
| 2/13/2006 | 2566.23 | 24694.45 | EXXONMOBIL CORP ;DES=ESP |
| 2/13/2006 | 2207.86 | 26902.31 | EXXONMOBIL CORP ;DES=ESP |
| 2/13/2006 | 1521.96 | 28424.27 | EXXONMOBIL CORP ;DES=ESP |
| 2/13/2006 | 2358.62 | 26065.65 | Check 6689 |
| 2/13/2006 | 100.00 | 25965.65 | Check 7006 |
| 2/14/2006 | 18897.46 | 7068.19 | EXXONMOBIL CORP ;DES=ESP |
| 2/14/2006 | 2101.29 | 4966.90 | Check 6690 |
| 2/14/2006 | 400.00 | 4566.90 | Check 7007 |
| 2/14/2006 | 260.87 | 4306.03 | Check 7008 |

*** No More Activity For This Account ***

Amaefule 00005                    3

| Date | Amount | Balance | Transaction |
| --- | --- | --- | --- |

Amaefule 00006          4




Posted Transactions Activity - Account 0020-8663-9945

Current Balance $        14,262.31
Available Balance $      16,849.51
Last Statement Date      02/28/06

Posted Transactions Information

| Date | +/- | Amount | Balance | Transaction | Tran # | Reference # |
|------|-----|--------|---------|-------------|--------|-------------|
| 02/17/06 | - | $1,924.99 | $3,667.48 | Check 7011 | 1105 | 81192726989 |
| 02/17/06 | - | $244.44 | $3,423.04 | Check 7012 | 1101 | 83910519768 |
| 02/21/06 | + | $9,010.00 | $12,433.04 | Deposit | 2101 | 83610091066 |
| 02/21/06 | - | $1,701.50 | $14,134.54 | EXXONMOBIL CORP DES-ESP | 2010 | 00090236052 |
| 02/21/06 | - | $1,259.38 | $15,393.92 | EXXONMOBIL CORP DES-ESP | 2010 | 00090236052 |
| 02/21/06 | - | $13,246.82 | $2,147.10 | WIRE TYPE:WIRE OUT | 3051 | 00099370221 |
| 02/21/06 | - | $500.00 | $1,647.10 | Check 7015 | 1101 | 83910959097 |
| 02/22/06 | - | $1,000.00 | $647.10 | EXXONMOBIL CORP DES-ESP | 3904 | 00090236053 |
| 02/22/06 | - | $153.78 | $513.32 | Check 7023 | 1105 | 81292599367 |
| 02/23/06 | + | $6,381.34 | $6,894.66 | EXXONMOBIL CORP DES-ESP | 2010 | 00090236054 |
| 02/23/06 | - | $900.00 | $5,994.66 | Check 7013 | 1101 | 83710307158 |
| 02/24/06 | + | $886.76 | $6,881.42 | EXXONMOBIL CORP DES-ESP | 2010 | 00090236055 |
| 02/24/06 | - | $133.00 | $6,748.42 | Check 7010 | 1102 | 83210175346 |
| 02/24/06 | - | $65.99 | $6,682.43 | Check 7014 | 1104 | 84711367247 |

Reverse Order     More     Search Criteria...     Summary...     Details...     View Image...

Customer Initiated Print

OK     Print     Holds/Memo Credits...     Stop Pay Place...     Help

Solomon.

Amaefule 00007



10,495.
10,500.

## Posted Transactions Activity - Account 0020 8868 9945

Current Balance $        14,202.31
Available Balance $        16,849.51
Last Statement Date        02/28/06

### Posted Transactions Information

| Date | +/- | Amount | Balance | Transaction | Tran # | Reference # |
|------|-----|--------|---------|-------------|--------|-------------|
| 02/24/06 | - | $133.00 | $6,748.42 | Check 7010 | 1102 | 83210175346 |
| 02/24/06 | - | $65.99 | $6,682.43 | Check 7014 | 1104 | 84711367247 |
| 02/27/06 | + | $1,528.13 | $8,210.56 | EXXONMOBIL CORP ;DES-ESP | 2010 | 00090236058 |
| 02/27/06 | + | $1,477.51 | $9,688.07 | EXXONMOBIL CORP ;DES-ESP | 2010 | 00090236058 |
| 02/27/06 | + | $19,430.63 | $9,742.56 | EXXONMOBIL CORP ;DES-ESP | 3004 | 00090236058 |
| 02/27/06 | - | $2,383.48 | $12,076.04 | Check 7024 | 1105 | 81392301168 |
| 02/27/06 | + | $417.00 | $12,493.04 | WELLS FARGO ;DES-AUTO PAY | 3004 | 00090236058 |
| 02/27/06 | - | $276.33 | $12,772.42 | EXXONMOBIL CORP ;DES-ADDS | 3004 | 00090236058 |
| 02/28/06 | - | $19,430.63 | $6,858.21 | RETURN OF POSTED CHECK / | 6002 | 00093400227 |
| 02/28/06 | + | $1,289.52 | $7,947.73 | EXXONMOBIL CORP ;DES-ESP | 2010 | 00090236059 |
| 03/01/06 | + | $11,000.00 | $18,947.73 | Deposit | 2101 | 83810145225 |
| 03/01/06 | + | $62.35 | $19,010.08 | EXXONMOBIL CORP ;DES-ESP | 2010 | 00090236060 |
| 03/01/06 | - | $2,504.75 | $16,505.33 | Counter Debit | 3106 | 83810145224 |
| 03/01/06 | - | $2,303.02 | $14,202.31 | Check 7028 | 1105 | 81492157809 |

Reverse Order    More    Search Criteria...    Summary...    Details...    View Image...

☐ Customer Initiated Print

OK    Print    Holds/Memo Credits...    Stop Pay Place...    Help

??

Amaefule 00008

TO:HELEN WILSON  COMPANY:

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.888.BUSINESS (1.888.287.4637)
www.bankofamerica.com

H

Page 1 of 4
Account Number: 0020 8663 9945
E0 P  0C Enclosures 21        47
Statement Period
03/01/06 through 03/31/06    0061989

03357 001 SCM999 I1 3  C

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON
4650 S CAPITOL ST SE
WASHINGTON DC 20032-2716

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Business Economy Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 03/01/06 through 03/31/06 | Statement Beginning Balance | 7,947.73 |
| Number of Deposits/Credits | 29 | Amount of Deposits/Credits | 114,366.00 |
| Number of Withdrawals/Debits | 40 | Amount of Withdrawals/Debits | 125,053.71 |
| Number of Deposited Items | 4 | Statement Ending Balance | 2,739.98- |
| Number of Enclosures | 21 | Average Ledger Balance | 10,961.96 |
| Number of Days in Cycle | 31 | Service Charge | 270.25 |

### Deposits and Credits

| Date | Amount | Description | Bank Reference |
|---|---|---|---|
| 03/01 | 11,000.00 | Deposit | 813003810145225 |
| 03/01 | 62.35 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 060301;Indn:Peter Amaefule | 902360600128173 |
| 03/02 | 1,350.00 | Deposit | 813003810577375 |
| 03/02 | 1,288.20 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 060302;Indn:Peter Amaefule | 902360610375628 |
| 03/03 | 11,075.00 | Deposit | 813003410860173 |
| 03/06 | 5,670.00 | Deposit | 813003610575936 |
| 03/09 | 3,065.00 | Deposit | 813003610153576 |
| 03/10 | 1,910.00 | Deposit | 813003910539473 |
| 03/13 | 1,559.90 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 060313;Indn:Peter Amaefule | 902360721368053 |
| 03/13 | 1,345.94 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 060313;Indn:Peter Amaefule | 902360721368056 |
| 03/14 | 9,100.00 | Deposit | 813003110240914 |
| 03/15 | 19,848.53 | Return Of Posted Check / Item (Received On 03-14) Electronic Transaction | 934003140000528 |
| 03/15 | 494.86 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 060315;Indn:Peter Amaefule | 902360740155656 |
| 03/16 | 740.17 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 060316;Indn:Peter Amaefule | 902360750267552 |

**Amaefule 00009**

BankofAmericanChoca   1/30/2007 1:55:55 PM    PAGE   467052    ID=0002949606

TO:HELEN WILSON  COMPANY:

H

Page 2 of 4
Account Number: 0020 8663 9945
B0 P  0C Enclosures 21      47
Statement Period
03/01/06 through 03/31/06

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON



### Deposits and Credits - Continued

| Date | Amount | Description | Reference |
|------|--------|-------------|-----------|
| 03/17 | 6,050.00 | Deposit | 813003210991264 |
| 03/17 | 2,211.68 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 | 902360760171014 |
|  |  | Eff Date: 060317;Indn:Peter Amaefule |  |
| 03/20 | 4,250.00 | Deposit | 813003210240574 |
| 03/20 | 1,247.19 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 | 902360791475436 |
|  |  | Eff Date: 060320;Indn:Peter Amaefule |  |
| 03/20 | 1,186.23 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 | 902360791475439 |
|  |  | Eff Date: 060320;Indn:Peter Amaefule |  |
| 03/21 | 1,161.82 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 | 902360800275097 |
|  |  | Eff Date: 060321;Indn:Peter Amaefule |  |
| 03/23 | 6,025.00 | Deposit | 813003810970205 |
| 03/23 | 5,560.00 | Deposit | 813003810970203 |
| 03/24 | 1,320.00 | Deposit | 813003810126271 |
| 03/24 | 850.00 | Deposit | 813003110896129 |
| 03/27 | 1,499.18 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 | 902360860448001 |
|  |  | Eff Date: 060327;Indn:Peter Amaefule |  |
| 03/27 | 1,360.38 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 | 902360861314552 |
|  |  | Eff Date: 060327;Indn:Peter Amaefule |  |
| 03/27 | 914.57 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 | 902360861314555 |
|  |  | Eff Date: 060327;Indn:Peter Amaefule |  |
| 03/28 | 4,120.00 | Deposit | 813003710514317 |
| 03/31 | 8,100.00 | Deposit | 813004010938228 |

### Withdrawals and Debits

#### Checks

| Check | Amount | Date | Bank | Check | Amount | Date | Bank |
|-------|--------|------|------|-------|--------|------|------|
| 7017 | 469.00 | 03/06 | 813003410426903 | 7033 | 282.00 | 03/06 | 813003410425908 |
| 7018 * | 264.71 | 03/20 | 813000692062583 | 7034 | 900.00 | 03/10 | 813003710889343 |
| 7020 * | 205.92 | 03/13 | 813000392572901 | 7035 | 133.00 | 03/23 | 813003310941299 |
| 7021 | 2,359.18 | 03/08 | 813000292360387 | 7036 | 2,013.29 | 03/15 | 813000492718193 |
| 7025 * | 267.04 | 03/09 | 813003910947777 | 7037 | 150.00 | 03/16 | 813003110631031 |
| 7027 * | 826.35 | 03/10 | 813003710889344 | 7038 | 2,339.01 | 03/17 | 813000592592913 |
| 7028 | 2,303.02 | 03/01 | 813001492157800 | 7039 | 2,361.01 | 03/24 | 813000892097580 |
| 7029 | 350.00 | 03/09 | 813003710852535 | 7041 * | 253.10 | 03/28 | 813003910480342 |
| 7030 | 175.00 | 03/06 | 813003410143747 | 7042 §§ | 2,731.77 | 03/31 | 813001092580009 |
| 7031 | 150.00 | 03/03 | 813001492890830 | 7044 * | 157.90 | 03/30 | 813003110747730 |
| 7032 | 600.00 | 03/07 | 813003410680058 |  |  |  |  |

* Preceding check (or checks) is outstanding, is included in summary listing, or has been included in a previous statement.

#### Other Debits

| Date | Amount | Description | Bank |
|------|--------|-------------|------|
| 03/01 | 2,504.75 | Counter Debit | 813003810145224 |
| 03/06 | 19,035.05 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 | 902360650503632 |
|  |  | Eff Date: 060306;Indn:Peter Amaefule |  |

Amaefule 00010

BankofAmerica    1/30/2007 1:03:33 PM    PAGE  49/052    ID=0002949030

TO:HELEN WILSON  COMPANY:

H
Page 3 of 4
Account Number: 0020 8663 9945
EO P  0C Enclosures 21        47
Statement Period
03/01/06 through 03/31/06    0061991

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON

## Business Economy Checking

### Withdrawals and Debits - Continued

**Other Debits**

| Date | Amount | Description | Bank Reference |
|------|--------|-------------|----------------|
| 03/08 | 708.50 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 060308;Indn:Peter Amaefule | 902360670313557 |
| 03/10 | 10,500.00 | Wire Type:Wire Out Date:060310 Time:1519 Et Trn:2006031000201277 Service Ref:003624 Bnf:Exxon Mobil ID:40640854 Bnf Bk:Citibank N A ID:021000089 Pmt Det:0106031000711%Nn/Acc/Credit D Ealer A/C 1024481 | 903703100201277 |
| 03/10 | 25.00 | Wire Transfer Fee | 903703100101205 |
| 03/14 | 19,848.53 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 060314;Indn:Peter Amaefule | 902360730270626 |
| 03/14 | 10.91 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 060314;Indn:Peter Amaefule | 902360730270629 |
| 03/15 | 267.25 | 02/06 Acct Analysis Fee | 940303150000001 |
| 03/15 | 34.00 | Overdraft Fee For Activity Of 03-14 Electronic Transa | 934003140002231 |
| 03/20 | 20,244.57 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 060320;Indn:Peter Amaefule | 902360790488242 |
| 03/22 | 1,000.00 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 060322;Indn:Peter Amaefule | 902360810242972 |
| 03/24 | 13,000.00 | Wire Type:Wire Out Date:060324 Time:1307 Et Trn:2006032400150133 Service Ref:002323 Bnf:Exxon Mobil ID:40640854 Bnf Bk:Citibank N A ID:021000089 Pmt Det:01060324003825Nn/Acc/Credit D Ealer Acct 1024481 | 903703240150133 |
| 03/24 | 25.00 | Wire Transfer Fee | 903703240102479 |
| 03/27 | 443.61 | Exxonmobil Corp ;Des= adds Draft;ID= 0001024481 Eff Date: 060327;Indn:Peter Amaefule | 902360860447998 |
| 03/29 | 277.00 | Wells Fargo  ;Des= auto Pay ;ID= 547464013027310 Eff Date: 060329;Indn:Amaefule,Peter N | 902360880058842 |
| 03/31 | 17,800.00 | Wire Type:Wire Out Date:060331 Time:1039 Et Trn:2006033100138750 Service Ref:002261 Bnf:Exxon Mobil ID:40640854 Bnf Bk:Citibank N A ID:021000089 Pmt Det:01060331001374Nn/Acc/Credit D Ealer A/C 1024481 | 903703310138750 |
| 03/31 | 25.00 | Wire Transfer Fee | 903703310285362 |
| 03/31 | 10.24 | Overdraft Interest Charge | |
| 03/31 | 3.00 | Check Enclosure Fee | |

### Daily Ledger Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 03/01 | 14,202.31 | 03/10 | 1,913.39 | 03/21 | 5,731.52 |
| 03/02 | 16,840.51 | 03/13 | 4,613.31 | 03/22 | 4,731.52 |
| 03/03 | 27,765.51 | 03/14 | 6,146.13 | 03/23 | 16,183.52 |
| 03/06 | 13,474.46 | 03/15 | 11,882.72 | 03/24 | 2,967.51 |
| 03/07 | 12,874.46 | 03/16 | 12,472.89 | 03/27 | 6,298.03 |
| 03/08 | 9,806.78 | 03/17 | 18,395.56 | 03/28 | 10,164.93 |
| 03/09 | 12,254.74 | 03/20 | 4,569.70 | 03/29 | 9,887.93 |

**Amaefule 00011**

BankofAmericaBankoOoa  1730/2007 1:33:33 PM    PAGE  307032   ID=8882343030

TO: HELEN WILSON   COMPANY :

H

Page 4 of 4
Account Number: 0020 8663 9945
E0 P  0C Enclosures 21      47
Statement Period
03/01/06 through 03/31/06

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON



**Daily Ledger Balances - Continued**

| 03/30 | 9,730.03 | 03/31 | 2,739.98- |

### Message Center

*We reviewed our Bank of America Visa Business Check Card benefits and discovered that while some check card benefits are frequently used by our customers, others are not. In an effort to serve you better, we have streamlined our business check card benefits to provide the services used most.*

*With this in mind, Bank of America is making some changes to your Bank of America Visa Business Check Card benefits and we want you to know about these changes which are effective July 1, 2006. At that time, Bank of America Visa Business Check Cards will no longer offer: Price Protection or Concierge Services.*

*Bank of America will continue to offer popular benefits that make a difference to our customers, including Total Security Protection, our standard in check card security. For more information on Total Security Protection or your benefits, refer to the insert included with your statement or go to www.bankofamerica.com/sbcardupdate.*

*For transactions posting to your account on or after May 1, 2006, you will be charged 3% of the US Dollar amount for each converted purchase and 1% for each ATM cash withdrawal when using a Check Card or ATM Card for transactions in currency other than US Dollars. The International Transaction Fee will appear as a separate line item on your bank statement.*

**Amaefule 00012**

BankofAmericaRCHU0a  17s0/2007 1:53:30 PM    PAGE  417032    ID-0002543050

TO:HELEN WILSON   COMPANY:

H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.888.BUSINESS (1.888.287.4637)
www.bankofamerica.com

Page 1 of 4
Account Number: 0020 8663 9945
E0 P   0C Enclosures 18       47
Statement Period
04/01/06 through 04/30/06       0057497

|..|.||..||.....||..||.||.||...|..||..||.|||.||..|.|||

01357 001 SCM999 I1    C

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON
4650 S CAPITOL ST SE
WASHINGTON DC 20032-2716

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Business Economy Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 04/01/06 through 04/30/06 | Statement Beginning Balance | 2,739.98- |
| Number of Deposits/Credits | 23 | Amount of Deposits/Credits | 73,655.71 |
| Number of Withdrawals/Debits | 54 | Amount of Withdrawals/Debits | 73,518.28 |
| Number of Deposited Items | 3 | Statement Ending Balance | 2,602.55- |
| Number of Enclosures | 18 | Average Ledger Balance | 2,746.25 |
| Number of Days in Cycle | 30 | Service Charge | 99.40 |

### Deposits and Credits

| Date | Amount | Description | Bank Reference |
|---|---|---|---|
| 04/03 | 2,731.77 | Return Of Posted Check / Item (Received On 03-31) Check #0000007042 | 934003310000721 |
| 04/04 | 293.10 | Return Of Posted Check / Item (Received On 04-03) Check #0000007043 | 934004030000669 |
| 04/04 | 175.62 | Return Of Posted Check / Item (Received On 04-03) Check #0000007045 | 934004030000668 |
| 04/05 | 235.98 | Return Of Posted Check / Item (Received On 04-04) Check #0000007040 | 934004040000601 |
| 04/05 | 6,594.20 | Deposit | 813003210218477 |
| 04/07 | 6,082.69 | Deposit | 813003910248012 |
| 04/10 | 5,710.00 | Deposit | 813003310350146 |
| 04/13 | 7,000.00 | Counter Credit | 813003910962643 |
| 04/13 | 1,685.00 | Deposit | 813003910939667 |
| 04/17 | 1,584.67 | Return Of Posted Check / Item (Received On 04-14) Check #0000007051 | 934004140000502 |
| 04/17 | 300.00 | Return Of Posted Check / Item (Received On 04-14) Check #0000006548 | 934004140000502 |
| 04/18 | 6,035.00 | Deposit | 813003610034614 |
| 04/20 | 1,480.44 | Return Of Posted Check / Item (Received On 04-19) Check #0000007056 | 934004190000481 |

Amaefule 00013

BankofAmericaAch006   1/30/2007 1:53:55 PM    PAGE  42/052   ID=8862945696

TO:HELEN WILSON  COMPANY:

H
Page 2 of 4
Account Number: 0020 8663 9945
E0 P   0C Enclosures 18        47
Statement Period
04/01/06 through 04/30/06

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON



### Deposits and Credits - Continued

| Date | Amount | Description | Bank Reference |
|------|--------|-------------|----------------|
| 04/21 | 568.17 | Return Of Posted Check / Item (Received On 04-20) Check #0000007059 | 934004200000493 |
| 04/24 | 2,465.25 | Return Of Posted Check / Item (Received On 04-21) Check #0000007058 | 934004210000640 |
| 04/24 | 1,237.70 | Return Of Posted Check / Item (Received On 04-21) Check #0000007060 | 934004210000639 |
| 04/24 | 568.17 | Return Of Posted Check / Item (Received On 04-21) Check #0000007059 | 934004210000638 |
| 04/24 | 5,000.00 | Deposit | 813003710804696 |
| 04/24 | 4,505.00 | Deposit | 813004010414072 |
| 04/25 | 15,000.00 | Wire Type:Wire IN Date: 060425 Time:1605 Et Trn:2006042500219894 Seq:2006135154700004/002432 Orig:K J Plastics Inc ID:000000111351896 Snd Bk:U Nivest National Bank & Trus ID:031913438 | 903704250219894 |
| 04/25 | 700.00 | Counter Credit | 813003410727350 |
| 04/27 | 2,465.25 | Return Of Posted Check / Item (Received On 04-26) Check #0000007058 | 934004260000441 |
| 04/28 | 1,237.70 | Return Of Posted Check / Item (Received On 04-27) Check #0000007060 | 934004270000481 |

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Paid | Bank Reference | Check Number | Amount | Date Paid | Bank Reference |
|---|---|---|---|---|---|---|---|
| | 1,796.82 | 04/19 | 813004510424880 | 7051 * | 1,584.67 | 04/19 | 813000692212411 |
| 6548 | 300.00 | 04/14 | 813000492379858 | 7052 | 228.05 | 04/19 | 813004210488405 |
| 6549 | 2,789.94 | 04/11 | 813000292252223 | 7054 * | 245.73 | 04/18 | 813000592876036 |
| 6663 * | 218.28 | 04/10 | 813003910431164 | 7055 | 1,877.00 | 04/18 | 813004110241778 |
| 7040 * | 235.98 | 04/04 | 813003910872125 | 7056 | 1,480.44 | 04/19 | 813000692594018 |
| 7040 * | 235.98 | 04/12 | 813003110755947 | 7056 * | 1,480.44 | 04/24 | 813000892562910 |
| 7042 * | 2,731.77 | 04/05 | 813001292598455 | 7057 | 1,000.00 | 04/24 | 813003210312051 |
| 7043 | 293.10 | 04/03 | 813003910518378 | 7058 | 2,465.25 | 04/21 | 813000792755195 |
| 7045 * | 175.62 | 04/03 | 813001192105724 | 7058 * | 2,465.25 | 04/26 | 813000992880196 |
| 7046 | 5,436.00 | 04/25 | 813003810914175 | 7059 | 568.17 | 04/20 | 813003410738873 |
| 7047 | 150.00 | 04/11 | 813000292088779 | 7059 * | 568.17 | 04/21 | 813002570216351 |
| 7048 | 133.00 | 04/11 | 813003410755498 | 7060 | 1,237.70 | 04/21 | 813000792691576 |
| 7049 | 1,826.82 | 04/05 | 813001292525230 | 7060 * | 1,237.70 | 04/24 | 813001092781693 |
| 7050 | 288.49 | 04/06 | 813003110875552 | 7061 | 351.63 | 04/27 | 813004110351278 |
| 7051 | 1,584.67 | 04/14 | 813000492382059 | 7062 | 2,692.12 | 04/28 | 813001192546995 |

* Preceding check (or checks) is outstanding, is included in summary listing, or has been included in a previous statement.

Amaefule 00014

TO:HELEN WILSON  COMPANY:

H

Page 3 of 4
Account Number: 0020 8663 9945
E0 P  0C Enclosures 18        47
Statement Period
04/01/06 through 04/30/06        0057499

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON

### Withdrawals and Debits - Continued

**Other Debits**

| Date | Amount | Description | Bank Reference |
|---|---|---|---|
| 04/03 | 34.00 | Overdraft Fee For Activity Of 03-31 Check #0000007042 | 934003310001741 |
| 04/04 | 34.00 | Overdraft Fee For Activity Of 04-03 Check #0000007043 | 934004030003867 |
| 04/04 | 34.00 | Overdraft Fee For Activity Of 04-03 Check #0000007045 | 934004030003866 |
| 04/05 | 34.00 | Overdraft Fee For Activity Of 04-04 Check #0000007040 | 934004040002330 |
| 04/13 | 18,500.00 | Wire Type:Wire Out Date:060413 Time:1626 Et Trn:2006041300220500 Service Ref:004252 BnfExxon Mobil ID:40640854 Bnf Bk:Citibank N A ID:021000089 Pmt Det:0106041300811 6Nn/Acc/N | 903704130220500 |
| 04/13 | 25.00 | Wire Transfer Fee | 903704130102671 |
| 04/17 | 34.00 | Overdraft Fee For Activity Of 04-14 Check #0000006548 | 934004140001814 |
| 04/17 | 34.00 | Overdraft Fee For Activity Of 04-14 Check #0000007051 | 934004140001815 |
| 04/20 | 34.00 | Overdraft Fee For Activity Of 04-19 Check #0000007056 | 934004190002188 |
| 04/21 | 34.00 | Overdraft Fee For Activity Of 04-20 Check #0000007059 | 934004200002257 |
| 04/24 | 34.00 | Overdraft Fee For Activity Of 04-21 Check #0000007058 | 934004210001788 |
| 04/24 | 34.00 | Overdraft Fee For Activity Of 04-21 Check #0000007059 | 934004210001786 |
| 04/24 | 34.00 | Overdraft Fee For Activity Of 04-21 Check #0000007060 | 934004210001787 |
| 04/25 | 10.00 | Wire Transfer Fee | 903704250050173 |
| 04/26 | 16,000.00 | Wire Type:Wire Out Date:060426 Time:0936 Et Trn:2006042600091576 Service Ref:000935 BnfExxon Mobil ID:40640854 Bnf Bk:Citibank N A ID:021000089 Pmt Det:0106042600244Nn/Acc/Credit D Ealer A/C 1024481 | 903704260091576 |
| 04/26 | 447.20 | Exxonmobil Corp ;Des= adds Draft;ID= 0001024481 Eff Date: 060426;Indn:Peter Amaefule | 902361160127587 |
| 04/26 | 287.00 | Wells Fargo     ;Des= auto Pay  ;ID= 547464013027310 Eff Date: 060426;Indn:Amaefule,Peter N | 902361160072812 |
| 04/26 | 25.00 | Wire Transfer Fee | 903704260103028 |
| 04/27 | 34.00 | Overdraft Fee For Activity Of 04-26 Check #0000007058 | 934004260002080 |
| 04/28 | 34.00 | Overdraft Fee For Activity Of 04-27 Check #0000007060 | 934004270002108 |
| 04/28 | 3.89 | Overdraft Interest Charge | |
| 04/28 | 84.40 | Cash Deposit Processing | |
| 04/28 | 3.00 | Check Enclosure Fee | |
| 04/28 | 12.00 | Monthly Maintenance Fee | |

Amaefule 00015

BankofAmericaACH04  1/30/2007 1:55:55 PM    PAGE 447032    ID-0002549698

TO:HELEN WILSON  COMPANY:

H
Page 4 of 4
Account Number: 0020 8663 9945
E0 P  0C Enclosures 18·    47
Statement Period
04/01/06 through 04/30/06

PETER & H ENTERPRISES INC·
T/A EASTOVER EXXON



### Daily Ledger Balances

| | | | | | |
|---|---|---|---|---|---|
| 04/01 | 2,739.98- | 04/11 | 10,104.38 | 04/20 | 339.04- |
| 04/03 | 510.93- | 04/12 | 9,868.40 | 04/21 | 4,075.99- |
| 04/04 | 346.19- | 04/13 | 28.40 | 04/24 | 7,117.69 |
| 04/05 | 1,891.40 | 04/14 | 1,856.27- | 04/25 | 17,371.69 |
| 04/06 | 1,602.91 | 04/17 | 39.60- | 04/26 | 1,852.76- |
| 04/07 | 7,685.60 | 04/18 | 3,872.67 | 04/27 | 1,010.84- |
| 04/10 | 13,177.32 | 04/19 | 1,217.31- | 04/28 | 2,602.55- |

### Message Center

*NOTICE: Effective 6/9/06, fees for overdraft & returned items are changing. The 1st day your account has an occurrence (an occurrence is a day with at least 1 overdraft item or 1 returned item), the fee for each item remains $19.*

*The 2nd day - 4th day that your account has an occurrence during the current month & preceding 12 months, the fee for each overdraft item & each returned item changes to $33. For the 5th & subsequent days that your account has an occurrence during the current month & preceding 12 months, the fee for each overdraft item & each returned item changes to $35.*

*To help you better identify transactions on your account, we are changing the name of this fee. On 5/19/06, "Overdraft Fee" changes to "NSF: Returned Item Fee" if the item is returned unpaid. If the item is paid, the name changes to "Overdraft Item Fee."*

*Quality health insurance for you, your dependents, and your employees offered through Banc of America Insurance Services,Inc. Get free quotes and compare rates and benefits from over 100 leading insurance companies nationwide. Personalized service from a licensed insurance agent fast and easy -- act now! Visit www.bankofamerica.com/bizhealth4 today!*

Amaefule 00016

BankoiAmericaIlankhuua  1/30/2007 1:55:55 PM    PAGE  55/052    ID=0002545656

TO: HELEN WILSON    COMPANY:

H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.888.BUSINESS (1.888.287.4637)
www.bankofamerica.com

Page 1 of 5
Account Number: 0020 8663 9945
H0 P  0C Enclosures 17      47
Statement Period
05/01/06 through 05/31/06    0060270

ɪ.ɪ.ɪɪɪ.ɪɪ.ɪ.ɪɪ.ɪ.ɪ.ɪɪ.ɪɪ.ɪɪ.ɪ.ɪɪ.ɪɪ.ɪɪ.ɪɪɪ.ɪɪ
01357 001 SCM999 I12    C

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON
4650 S CAPITOL ST SE
WASHINGTON DC 20032-2716

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online. .
Enroll at www.bankofamerica.com/smallbusiness.

## Business Economy Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 05/01/06 through 05/31/06 | Statement Beginning Balance | 2,602.55- |
| Number of Deposits/Credits | 19 | Amount of Deposits/Credits | 47,580.89 |
| Number of Withdrawals/Debits | 48 | Amount of Withdrawals/Debits | 42,500.63 |
| Number of Deposited Items | 4 | Statement Ending Balance | 2,477.71 |
| Number of Enclosures | 17 | Average Ledger Balance | 2,030.05 |
| Number of Days in Cycle | 31 | Service Charge | 57.70 |

### Deposits and Credits

| Date | Amount | Description | Bank Reference |
|---|---|---|---|
| 05/01 | 2,692.12 | Return Of Posted Check / Item (Received On 04-28) Check #0000007062 | 934004280000751 |
| 05/01 | 6,570.00 | Deposit | 813003910723831 |
| 05/02 | 555.00 | Deposit | 813003810105661 |
| 05/04 | 2,692.12 | Return Of Posted Check / Item (Received On 05-03) Check #0000007062 | 934005030000625 |
| 05/08 | 2,868.56 | Return Of Posted Check / Item (Received On 05-05) Check #0000007068 | 934005050000754 |
| 05/08 | 8,760.00 | Deposit | 813004010039313 |
| 05/09 | 3,354.30 | Deposit | 813003210489736 |
| 05/10 | 1,000.00 | Deposit | 813004010900457 |
| 05/11 | 600.00 | Deposit | 813004210909697 |
| 05/16 | 250.00 | Return Of Posted Check / Item (Received On 05-15) Check #0000007069 | 934005150000851 |
| 05/16 | 4,666.00 | Deposit | 813003610628905 |
| 05/19 | 156.08 | Return Of Posted Check / Item (Received On 05-18) Check #0000007074 | 934005180000447 |
| 05/19 | 115.59 | Return Of Posted Check / Item (Received On 05-18) Check #0000007075 | 934005180000446 |
| 05/25 | 9,675.50 | Deposit | 813003710597477 |

Amaefule 00017

BankofAmericaRCHU04   1/30/2007 1:55:56 PM   PAGE  56/052   ID=6662546696

TO:HELEN WILSON . COMPANY:

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON

## Business Economy Checking

### Deposits and Credits - Continued

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 05/30 | 328.25 | Return Of Posted Check / Item (Received On 05-26) Check #0000007076 | 934005260000685 |
| 05/30 | 301.50 | Return Of Posted Check / Item (Received On 05-26) Electronic Transaction | 934005260000683 |
| 05/30 | 174.84 | Return Of Posted Check / Item (Received On 05-26) Check #0000007079 | 934005260000682 |
| 05/30 | 131.03 | Return Of Posted Check / Item (Received On 05-26) Check #0000007080 | 934005260000684 |
| 05/31 | 2,690.00 | Deposit | 813004210856695 |

### Withdrawals and Debits

#### Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 6548 | 300.00 | 05/02 | 813001392100673 | 7072 * | 150.00 | 05/15 | 813003410710954 |
| 7062 * | 2,692.12 | 05/03 | 813001492399975 | 7073 | 274.70 | 05/16 | 813001092443406 |
| 7053 | 600.00 | 05/01 | 813003810342509 | 7074 | 156.08 | 05/18 | 813001292210020 |
| 7065 * | 160.87 | 05/03 | 813003710762991 | 7074 * | 156.08 | 05/23 | 813000392090181 |
| 7066 | 275.41 | 05/03 | 813003410491408 | 7075 | 115.59 | 05/18 | 813001292207640 |
| 7057 | 142.35 | 05/03 | 813001492326438 | 7076 | 328.25 | 05/26 | 813003210712100 |
| 7058 | 2,868.56 | 05/05 | 813000292700206 | 7077 | 48.30 | 05/25 | 813003410543494 |
| 7068 * | 2,868.56 | 05/09 | 813000592785291 | 7078 | 1,500.00 | 05/24 | 813000392444075 |
| 7069 | 250.00 | 05/15 | 813004110249254 | 7079 | 174.84 | 05/25 | 813000592110527 |
| 7069 * | 250.00 | 05/17 | 813001192617870 | 7080 | 131.03 | 05/26 | 813003210712268 |
| 7070 | 287.81 | 05/16 | 813003410201447 | | | | |

* Preceding check (or checks) is outstanding, is included in summary listing, or has been included in a previous statement.

#### Other Debits

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 05/01 | 1,780.00 | Counter Debit | 813003391072383Q |
| 05/01 | 34.00 | Overdraft Fee For Activity Of 04-28 Check #0000007062 | 934004280001778 |
| 05/02 | 2,500.00 | Counter Debit | 813003391096528 4 |
| 05/04 | 34.00 | Overdraft Fee For Activity Of 05-03 Check #0000007062 | 934005030002447 |
| 05/08 | 34.00 | Overdraft Fee For Activity Of 05-05 Check #0000007068 | 934005050002197 |
| 05/09 | 81.60 | Counter Debit | 813003210489750 |
| 05/11 | 11,600.00 | Wire Type:Wire Out Date:060511 Time:1037 Et Trn:2006051100109931 Service Ref:001167 Bnf:Exxon Mobil ID:40640854 Bnf Bk:Citibank N A ID:021000089 Pmt Det:0106051100088S Nb/Acc/Credit D Ealer A/C 1024481 | 903705110109931 |
| 05/11 | 25.00 | Wire Transfer Fee | 903705110096343 |

Amaefule 00018

BankofAmericanBank004   1/30/2007 1:55:55 PM   PAGE   577052   ID-0002040606

TO:HELEN WILSON   COMPANY:

H
Page 3 of 5
Account Number: 0020 8663 9945
EO P  OC Enclosures 17        47
Statement Period
05/01/06 through 05/31/06    0060272

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON



### Withdrawals and Debits - Continued

#### Other Debits

| Date | Amount | Description | Bank Reference |
|---|---|---|---|
| 05/15 | 400.00 | Wells Fargo      ;Des= auto Pay  ;ID= 547464013027310 Eff Date: 060515;Indn:Amaefinle,Peter N | 902361350757213 |
| 05/16 | 1,995.00 | Connter Debit | 813003610628904 |
| 05/16 | 34.00 | Overdraft Fee For Activity Of 05-15 Check #0000007069 | 934005150004327 |
| 05/16 | 34.00 | Overdraft Fee For Activity Of 05-15 Check #0000007072 | 934005150001005 |
| 05/19 | 34.00 | Overdraft Fee For Activity Of 05-18 Check #0000007074 | 934005180002065 |
| 05/19 | 34.00 | Overdraft Fee For Activity Of 05-18 Check #0000007075 | 934005180002064 |
| 05/25 | 9,600.00 | Wire Type:Wire Out Date:060525 Time:1621 Et Trn:2006052500222043 Service Ref004124 Bn:Exxon Mobil ID:40640854 Bnf Bk:Citibank N A ID:021000089 Pmt Det:0106052500877&Nn/Acc/Credit D Ealer Account 1024481 | 903705250222043 |
| 05/25 | 30.00 | To Debit Customer Fdes Nfl 0208296 Nbkms95 | 945005252960057 |
| 05/25 | 25.00 | Wire Transfer Fee | 903705250102816 |
| 05/26 | 301.50 | Exxonmobil Corp ;Des= adds Draft;ID= 0001024481 Eff Date: 060526;Indn:Peter Amaefule | 902361460100520 |
| 05/30 | 34.00 | NSF: Returned Item Fee For Activity Of 05-26 Electronic Transa | 934005260002001 |
| 05/30 | 34.00 | NSF: Returned Item Fee For Activity Of 05-26 Check #0000007076 | 934005260002003 |
| 05/30 | 34.00 | NSF: Returned Item Fee For Activity Of 05-26 Check #0000007079 | 934005260002000 |
| 05/30 | 34.00 | NSF: Returned Item Fee For Activity Of 05-26 Check #0000007080 | 934005260002002 |
| 05/31 | 0.28 | Overdraft Interest Charge | |
| 05/31 | 41.00 | Cash Deposit Processing | |
| 05/31 | 1.70 | Cash Deposit Processing | |
| 05/31 | 3.00 | Check Enclosure Fee | |
| 05/31 | 12.00 | Monthly Maintenance Fee | |

### Daily Ledger Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/01 | 4,245.57 | 05/10 | 11,518.08 | 05/23 | 1,509.49 |
| 05/02 | 1,725.16 | 05/11 | 493.08 | 05/24 | 9.49 |
| 05/03 | 1,270.18- | 05/15 | 306.92- | 05/25 | 18.31- |
| 05/04 | 1,387.94 | 05/16 | 1,983.57 | 05/26 | 953.93- |
| 05/05 | 1,480.62- | 05/17 | 1,733.57 | 05/30 | 154.31- |
| 05/08 | 10,113.94 | 05/18 | 1,461.90 | 05/31 | 2,477.71 |
| 05/09 | 10,518.08 | 05/19 | 1,665.57 | | |

Amaefule 00019

BankofAmericaBankNote  1730/2007 1:53:33 PM   PAGE  38/002   ID-6002943098

TO:HELEN WILSON  COMPANY:

H
Page 4 of 5
Account Number: 0020 8663 9945
E0 P  0C Enclosures 17        47
Statement Period
05/01/06 through 05/31/06

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON

#### Message Center

*The Maryland Zoo in Baltimore has more events, programs, promotions and entertainment for the entire family than ever before. A family membership will pay for itself in only 2 visits! For a complete calendar of fun and events or to purchase a membership visit our website at www.marylandzoo.prg or call 443.552.5281. Buy now & save $10. Offer expires 5/31/06.*

*Have you signed up for your FREE access to the Discounts Program? As a Small Business checking customer, you can save 5%-75% at places like Franklin Covey, Staples and Starbucks just to name a few. Visit www.bankofamerica.com/businessdiscounts to begin saving today!*

*Quality health insurance for you, your dependents, and your employees offered through Banc of America Insurance Services, Inc. Get free quotes and compare rates and benefits from over 100 leading insurance companies nationwide. Personalized service from a licensed insurance agent fast and easy - act now! Visit www.bankofamerica.com/bizhealth3 today!*

*With Merchant Service online reports, you save time with 24-hour online access to transaction details and report management. No more waiting for your monthly statement or searching through paperwork to research items. For more information, call 1.877.837.9022 and reference promo code 142.*

Amaefule 00020

BankofAmericaNCoda   1/30/2007 1:53:39 PM    PAGE   517062   ID-0002943090

TO:HELEN WILSON   COMPANY:

H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.888.BUSINESS (1.888.287.4637)
www.bankofamerica.com

Page 1 of 4
Account Number: 0020 8663 9945
E0 P  0C Enclosures 26      47
Statement Period
06/01/06 through 06/30/06    0059402

03357 001 SCM999 I1   C

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON
4650 S CAPITOL ST SE
WASHINGTON DC 20032-2716

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Business Economy Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 06/01/06 through 06/30/06 | Statement Beginning Balance | 2,477.71 |
| Number of Deposits/Credits | 10 | Amount of Deposits/Credits | 49,043.40 |
| Number of Withdrawals/Debits | 46 | Amount of Withdrawals/Debits | 48,533.02 |
| Number of Deposited Items | 2 | Statement Ending Balance | 2,988.09 |
| Number of Enclosures | 26 | Average Ledger Balance | 2,764.97 |
| Number of Days in Cycle | 30 | Service Charge | 48.80 |

### Deposits and Credits

| Date | Amount | Description | Bank Reference |
|---|---|---|---|
| 06/05 | 5,840.00 | Deposit | 813004210920539 |
| 06/12 | 5,310.00 | Deposit | 813003410634889 |
| 06/13 | 9,000.00 | Wire Type:Wire IN Date: 060613 Time:1052 Et Trn:2006061300103725 Seq: /000335 Orig:K J Plastics Inc ID:111351896 Snd Bk:Univest National Bank & Trus ID:031913438 Pmt Det:Ref Purc Hase Of Grinder | 903706130103725 |
| 06/16 | 1,217.32 | Return Of Posted Check / Item (Received On 06-15) Check #0000007094 | 934006150000677 |
| 06/16 | 1,510.00 | Deposit | 813004210922306 |
| 06/20 | 1,490.00 | Return Of Posted Check / Item (Received On 06-19) | 934006190000649 |
| 06/20 | 4,366.08 | Deposit | 813003410923873 |
| 06/22 | 10,000.00 | Return Of Posted Check / Item (Received On 06-21) Check #0000007096 | 934006210000556 |
| 06/23 | 4,645.00 | Deposit | 813003610322320 |
| 06/30 | 5,665.00 | Deposit | 813004210383828 |

Amaefule 00021

BankofAmericanChooa  1730/2007 1:55:55 PM    PAGE  32/052    ID=8882549850

TO:HELEN WILSON  COMPANY:

H
Page 2 of 4
Account Number: 0020 8663 9945
E0 P  0C Enclosures 26    47
Statement Period
06/01/06 through 06/30/06

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON

## Business Company Checking

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 6003 | 300.00 | 06/06 | 813001292949694 | 7092 | 519.28 | 06/15 | 813004210676896 |
| 7071 * | 133.00 | 06/12 | 813003610512411 | 7094 * | 1,217.32 | 06/15 | 813009910089372 |
| 7075 * | 115.59 | 06/01 | 813004210064317 | 7094 * | 1,217.32 | 06/16 | 813000870291770 |
| 7081 * | 500.00 | 06/05 | 813003310085381 | 7095 | 440.00 | 06/21 | 813001392924981 |
| 7082 | 224.75 | 06/06 | 813001292879688 | 7096 | 10,000.00 | 06/21 | 813001492565948 |
| 7083 | 179.62 | 06/05 | 813003210601737 | 7097 | 194.83 | 06/22 | 813003710184054 |
| 7084 | 1,221.43 | 06/05 | 813003210662619 | 7098 | 1,859.68 | 06/22 | 813007710184221 |
| 7085 | 100.00 | 06/20 | 813004210598338 | 7099 | 54.95 | 06/27 | 813000692675736 |
| 7086 | 167.23 | 06/09 | 813000392672046 | 7100 | 2,835.26 | 06/27 | 813003810181733 |
| 7087 | 112.10 | 06/08 | 813003210203358 | 7101 | 45.01 | 06/29 | 813000892773339 |
| 7088 | 1,490.00 | 06/19 | 813001192084884 | 7102 | 455.79 | 06/28 | 813003410741903 |
| 7088 * | 1,490.00 | 06/22 | 813000292230148 | 7103 | 186.01 | 06/28 | 813003410741847 |
| 7089 | 986.44 | 06/09 | 813003310250659 | 7104 | 1,775.00 | 06/30 | 813000992148356 |
| 7090 | 163.44 | 06/09 | 813003310250653 | 7105 | 1,121.43 | 06/30 | 813003110625903 |
| 7091 | 68.75 | 06/21 | 813004210974180 | | | | |

* Preceding check (or checks) is outstanding, is included in summary listing, or has been included in a previous statement.

**Other Debits**

| Date | Amount | Description | Bank Reference |
|---|---|---|---|
| 06/12 | 590.00 | Pepco        ;Des= tel Debit ;ID= 1916406026 Eff Date: 060612;Indn:Peter & H Enterprises | 902361600671568 |
| 06/13 | 17,500.00 | Wire Type:Wire Out Date:060613 Time:1508 Et Trn:2006061300189736 Service Ref:003124 BnfExxon Mobil ID:40640854 Bnf Bk:Citibank N A ID:021000089 Pmt Det:0106061300549&Nn/Acc/Credit D Ealer A/C 1024481 | 903706130189736 |
| 06/13 | 350.00 | DC Tlc cash withdrawal from Chk 9945 Banking Ctr South Capitol        #3018015 DC Confirmation# 0223161237 | 957506139973365 |
| 06/13 | 25.00 | Wire Transfer Fee | 903706130093480 |
| 06/13 | 10.00 | Wire Transfer Fee | 903706130013006 |
| 06/16 | 35.00 | Overdraft Item Fee For Activity Of 06-15 Check #0000007092 | 934006150000780 |
| 06/16 | 35.00 | NSF: Returned Item Fee For Activity Of 06-15 Check #0000007094 | 934006150002544 |
| 06/19 | 35.00 | Overdraft Item Fee For Activity Of 06-16 Check #0000007094 | 934006160000759 |
| 06/20 | 35.00 | NSF: Returned Item Fee For Activity Of 06-19 Check #0000007088 | 934006190004626 |
| 06/22 | 35.00 | NSF: Returned Item Fee For Activity Of 06-21 Check #0000007096 | 934006210002281 |
| 06/23 | 35.00 | Overdraft Item Fee For Activity Of 06-22 Check #0000007097 | 934006220000604 |
| 06/26 | 301.50 | Exxonmobil Corp ;Des= adds Draft;ID= 0001024481 Eff Date: 060626;Indn:Peter Amaefule | 902361770505731 |
| 06/27 | 323.00 | Wells Fargo        ;Des= auto Pay  ;ID= 547464013027310 Eff Date: 060627;Indn:Amaefule,Peter N | 902361780534474 |

Amaefule 00022

BankofAmericaBank00d   1/30/2007 1:55:55 PM    PAGE  337032    ID-8882343098

TO:HELEN WILSON   COMPANY:

H

Page 3 of 4
Account Number: 0020 8663 9945
E0 P  0C Enclosures 26         47
Statement Period
05/01/06 through 05/30/06   0059404

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON

## Withdrawals and Debits - Continued

### Other Debits

| Date | Amount | Transaction Description | Bank Reference |
|---|---|---|---|
| 06/30 | 0.49 | Overdraft Interest Charge | |
| 06/30 | 33.80 | Cash Deposit Processing | |
| 06/30 | 3.00 | Check Enclosure Fee | |
| 06/30 | 12.00 | Monthly Maintenance Fee | |

### Daily Ledger Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/01 | 2,362.12 | 06/15 | 1,687.49- | 06/26 | 4,168.83 |
| 06/05 | 6,301.07 | 06/16 | 247.49- | 06/27 | 955.62 |
| 06/06 | 5,776.32 | 06/19 | 1,772.49- | 06/28 | 313.82 |
| 06/08 | 5,664.22 | 06/20 | 3,948.59 | 06/29 | 268.81 |
| 06/09 | 4,347.11 | 06/21 | 6,560.16- | 06/30 | 2,988.09 |
| 06/12 | 8,934.11 | 06/22 | 139.67- | | |
| 06/13 | 49.11 | 06/23 | 4,470.33 | | |

### Message Center

*Not everyone's life travels the same path. That's why we're bringing you more choices. By offering both High Yield and Risk Free CDs, we're helping you invest your money wisely - no matter what your life may look like. Visit us at your nearest banking center today or call 1.888.827.1812 and see why opening a CD with us is such a smart move.*

*Quality health insurance for you, your dependents, and your employees offered through Banc of America Insurance Services, Inc. Get free quotes and compare rates and benefits from over 100 leading insurance companies nationwide. Personalized service from a licensed insurance agent fast and easy - act now! Visit www.bankofamerica.com/bizhealth5 today!*

*Coming Soon! To help you balance your monthly statements and manage your finances more efficiently, your statement will soon include images of your cancelled checks. An insert will be placed in an upcoming statement with details. For further information visit www.bankofamerica.com/statementQ&A. Questions? Contact your client manager or call (866)872-8034.*

*With Merchant Service online reports, you save time with 24-hour online access to transaction details and report management. No more waiting for your monthly statement or searching through paperwork to research items. For more information, call 1.877.837.9022 and reference promo code 142.*

Amaefule 00023

BankofAmericaarb00d  1730/2007 1:03:33 PM    PAGE  237052    ID-8862945698

TO:HELEN WILSON   COMPANY:

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.888.BUSINESS (1.888.287.4637)
www.bankofamerica.com

H

Page 1 of 5
Account Number: 0020 8663 9945
B0 P  0E Enclosures 13       47
Statement Period
07/01/06 through 07/31/06    0070239

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

01357 001 SCM999 I1    C

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON
4650 S CAPITOL ST SE
WASHINGTON DC 20032-2716

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Business Economy Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 07/01/06 through 07/31/06 | Statement Beginning Balance | 2,988.09 |
| Number of Deposits/Credits | 21 | Amount of Deposits/Credits | 54,409.06 |
| Number of Withdrawals/Debits | 63 | Amount of Withdrawals/Debits | 58,819.13 |
| Number of Deposited Items | 2 | Statement Ending Balance | 1,421.98- |
| Number of Enclosures | 13 | Average Ledger Balance | 1,489.81 |
| Number of Days in Cycle | 31 | Service Charge | 49.40 |

### Deposits and Credits

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 07/06 | 1,710.00 | Deposit | 813004110412829 |
| 07/07 | 12,000.00 | Wire Type:Wire IN Date: 060707 Time:1450 Et Trn:2006070700193379 Seq: /002246 Orig:K. J Plastics Inc ID:111351896 Snd Bk:Univest National Bank & Trus ID:031913438 | 903707070193379 |
| 07/07 | 880.00 | Deposit | 813003710315167 |
| 07/07 | 250.00 | Deposit | 813003410090149 |
| 07/11 | 1,836.33 | Return Of Posted Check / Item (Received On 07-10) Check #0000007115 | 934007100000781 |
| 07/11 | 822.31 | Return Of Posted Check / Item (Received On 07-10) Check #0000007118 | 934007100000780 |
| 07/11 | 400.00 | Return Of Posted Check / Item (Received On 07-10) | 934007100000782 |
| 07/12 | 1,836.33 | Return Of Posted Check / Item (Received On 07-11) Check #0000007117 | 934007110000736 |
| 07/12 | 4,440.00 | Deposit | 813004010958017 |
| 07/13 | 1,684.00 | Deposit | 813003110457967 |
| 07/17 | 2,044.85 | Return Of Posted Check / Item (Received On 07-14) Check #0000007122 | 934007140000993 |
| 07/17 | 4,280.00 | Deposit | 813003910832794 |

Amaefule 00024

BankofAmericahhooa   1730/2007 1:55:55 PM    PAGE  26/052   ID=8862946606

TO: HELEN WILSON  COMPANY:

H

Page 2 of 5
Account Number:  0020 8663 9945
E0 P   0E Enclosures 13        47
Statement Period
07/01/06 through 07/31/06

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON

## Business Summary Checking

### Deposits and Credits - Continued

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 07/24 | 130.98 | Return Of Posted Check / Item (Received On 07-21) Check #0000007129 | 934007210000699 |
| 07/24 | 15,000.00 | Wire Type:Wire IN Date: 060724 Time:1650 Et Trn:2006072400234829 Seq: /003150 Orig:K J Plastics Inc ID:111351896 Snd Bk:Univest National Bank & Trus ID:031913438 | 903707240234829 |
| 07/25 | 1,655.00 | Counter Credit | 813003810833869 |
| 07/27 | 301.50 | Return Of Posted Check / Item (Received On 07-26) Electronic Transaction | 934007260000568 |
| 07/27 | 200.01 | Return Of Posted Check / Item (Received On 07-26) Check #0000007135 | 934007260000567 |
| 07/28 | 408.82 | Return Of Posted Check / Item (Received On 07-27) Check #0000007136 | 934007270000421 |
| 07/28 | 200.01 | Return Of Posted Check / Item (Received On 07-27) Check #0000007135 | 934007270000420 |
| 07/28 | 3,308.92 | Deposit | 813003410567173 |
| 07/31 | 1,020.00 | Deposit | 813004210817533 |

### Withdrawals and Debits

#### Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 7022 | 100.00 | 07/13 | 813003210602769 | 7122 | 2,044.85 | 07/14 | 813000992842132 |
| 7093 * | 133.00 | 07/18 | 813004210077832 | 7123 | 1,435.88 | 07/17 | 813001092847583 |
| 7106 * | 46.57 | 07/05 | 813001292288044 | 7124 | 260.00 | 07/17 | 813001092847587 |
| 7108 * | 700.00 | 07/03 | 813003610764976 | 7126 * | 550.95 | 07/18 | 813001392380150 |
| 7109 | 111.30 | 07/03 | 813004010403171 | 7127 | 133.00 | 07/18 | 813004210077831 |
| 7110 | 126.96 | 07/05 | 813003310303630 | 7129 * | 130.98 | 07/21 | 813000392674231 |
| 7111 | 148.87 | 07/05 | 813004610050181 | 7130 | 2,216.34 | 07/19 | 813001492741120 |
| 7112 | 478.00 | 07/20 | 813000392597935 | 7131 | 126.50 | 07/25 | 813000692601539 |
| 7113 | 810.69 | 07/06 | 813003310661181 | 7132 | 279.99 | 07/20 | 813003110689812 |
| 7114 | 186.85 | 07/06 | 813003310661099 | 7133 | 319.61 | 07/21 | 813000492844615 |
| 7115 | 1,836.33 | 07/10 | 813004110924932 | 7134 | 109.51 | 07/26 | 813004210078879 |
| 7115 * | 1,836.33 | 07/11 | 813000870972572 | 7135 | 200.01 | 07/26 | 813004210078859 |
| 7116 | 273.70 | 07/07 | 813000392364038 | 7135 * | 200.01 | 07/27 | 813000870074017 |
| 7117 | 400.00 | 07/10 | 813003610452011 | 7136 | 408.82 | 07/27 | 813003710618264 |
| 7118 | 822.31 | 07/10 | 813000492438497 | 7136 * | 408.82 | 07/28 | 813000770038036 |
| 7119 | 153.78 | 07/14 | 813000392223212 | 7137 §§ | 1,597.71 | 07/31 | 813004210667263 |
| 7121 * | 995.00 | 07/12 | 813000792222149 | | | | |

* Preceding check (or checks) is outstanding, is included in summary listing, or has been included in a previous statement.

Amaefule 00025

BankOfAmericaNCBDA  1/30/2007 1:55:55 PM  PAGE  27/032  ID=8862549808

TO:HELEN WILSON  COMPANY:

H

Page 3 of 5
Account Number: 0020 8663 9945
EO P  OE Enclosures 13        47
Statement Period
07/01/06 through 07/31/06        0070241

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON

## Business Economy Checking

### Withdrawals and Debits - Continued

**Other Debits**

| Date | Amount | Description | Reference |
|---|---|---|---|
| 07/07 | 15,500.00 | Wire Type:Wire Out Date:060707 Time:1551 Et Trn:2006070700216025 Service Ref:003929 Bnf:Exxon Mobil ID:40640854 Bnf Bk:Citibank N A ID:021000089 Pmt Det:01060707008987Nn/Acc/Credit D Ealer A/C 1024481 | 903707070216025 |
| 07/07 | 25.00 | Wire Transfer Fee | 903707070100846 |
| 07/07 | 10.00 | Wire Transfer Fee | 903707070040130 |
| 07/10 | 35.00 | Overdraft Item Fee For Activity Of 07-07 Check #0000007116 | 934007070000888 |
| 07/11 | 35.00 | NSF: Returned Item Fee For Activity Of 07-10 Check #0000007115 | 934007100004993 |
| 07/11 | 35.00 | NSF: Returned Item Fee For Activity Of 07-10 Check #0000007117 | 934007100004994 |
| 07/11 | 35.00 | NSF: Returned Item Fee For Activity Of 07-10 Check #0000007118 | 934007100004992 |
| 07/12 | 35.00 | NSF: Returned Item Fee For Activity Of 07-11 Check #0000007115 | 934007110002951 |
| 07/13 | 3,450.00 | Counter Debit | 813003710107442 |
| 07/17 | 35.00 | NSF: Returned Item Fee For Activity Of 07-14 Check #0000007122 | 934007140002301 |
| 07/21 | 35.00 | Overdraft Item Fee For Activity Of 07-20 Check #0000007132 | 934007200000726 |
| 07/24 | 10.00 | Wire Transfer Fee | 903707240050665 |
| 07/24 | 35.00 | NSF: Returned Item Fee For Activity Of 07-21 Check #0000007129 | 934007210001596 |
| 07/24 | 35.00 | Overdraft Item Fee For Activity Of 07-21 Check #0000007133 | 934007210000811 |
| 07/25 | 16,000.00 | Wire Type:Wire Out Date:060725 Time:1116 Et Trn:2006072500116221 Service Ref:001331 Bnf:Exxon Mobil ID:40640854 Bnf Bk:Citibank N A ID:021000089 Pmt Det:01060725001702Nn/Acc/Credit D Ealer A/C 1024481 | 903707250116221 |
| 07/25 | 25.00 | Wire Transfer Fee | 903707250097190 |
| 07/26 | 304.00 | Wells Fargo    ;Des= auto Pay  ;ID= 547464013027310 Eff Date: 060726;Indn:Amaefule,Peter N | 902362070041783 |
| 07/26 | 301.50 | Exxonmobil Corp ;Des= adds Draft;ID= 0001024481 Eff Date: 060726;Indn:Peter Amaefule | 902362070088147 |
| 07/26 | 35.00 | Overdraft Item Fee For Activity Of 07-25 Check #0000007131 | 934007250000842 |
| 07/27 | 35.00 | NSF: Returned Item Fee For Activity Of 07-26 Electronic Transa | 934007260002531 |
| 07/27 | 35.00 | Overdraft Item Fee For Activity Of 07-26 Electronic Transa | 934007260000692 |
| 07/27 | 35.00 | Overdraft Item Fee For Activity Of 07-26 Check #0000007134 | 934007260000691 |
| 07/27 | 35.00 | NSF: Returned Item Fee For Activity Of 07-26 Check #0000007135 | 934007260002530 |
| 07/28 | 35.00 | NSF: Returned Item Fee For Activity Of 07-27 Check #0000007135 | 934007270002224 |

Amaefule 00026

BankofAmericaBanchula  1730/2007 1:55:55 PM    PAGE  28/052    ID-8002945858

TO:HELEN WILSON  COMPANY:

H
Page 4 of 5
Account Number: 0020 8563 9945
E0 P  0E Enclosures 13        47
Statement Period
07/01/06 through 07/31/06

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON



**Withdrawals and Debits - Continued**

Other Debits

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 07/28 | 35.00 | NSF: Returned Item Fee For Activity Of 07-27 Check #0000007136 | 934007270002225 |
| 07/31 | 3,000.00 | DC Tlr cash withdrawal from Chk 9945 Banking Ctr Anacostia        #3010015 DC Confirmation# 4365591564 | 957507319975539 |
| 07/31 | 1.56 | Overdraft Interest Charge | |
| 07/31 | 34.40 | Cash Deposit Processing | |
| 07/31 | 3.00 | Check Enclosure Fee | |
| 07/31 | 12.00 | Monthly Maintenance Fee | |

**Daily Ledger Balances**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/01 | 2,988.09 | 07/12 | 3,158.15 | 07/21 | 589.38- |
| 07/03 | 2,176.79 | 07/13 | 1,292.15 | 07/24 | 14,461.60 |
| 07/05 | 1,854.39 | 07/14 | 906.48- | 07/25 | 34.90- |
| 07/05 | 2,566.85 | 07/17 | 3,687.49 | 07/26 | 984.92- |
| 07/07 | 111.85- | 07/18 | 2,870.54 | 07/27 | 1,232.24- |
| 07/10 | 3,205.49- | 07/19 | 654.20 | 07/28 | 2,206.69 |
| 07/11 | 2,088.18- | 07/20 | 103.79- | 07/31 | 1,421.98- |

Message Center

*Quality health insurance for you, your dependents, and your employees offered through Banc of America Insurance Services, Inc. Get free quotes and compare rates and benefits from over 100 leading insurance companies nationwide. Personalized service from a licensed insurance agent fast and easy - act now! Visit www.bankofamerica.com/bizhealth today!*

*Find out more about accepting credit cards, equipment details, reporting features and more. Come visit our new and improved website: www.bankofamerica.com/merchantservices or call 1.877.837.9022 and reference promo code #142.*

Amaefule 00027

BankOfAmericaNCHUUa  1/30/2007 1:55:55 PM    PAGE  19/092   ID-8882545658

TO:HELEN WILSON   COMPANY:

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.888.BUSINESS (1.888.287.4637)
www.bankofamerica.com

B
Page 1 of 5
Account Number: 0029 8663 9945
E0 P  0E Enclosures 5      47
Statement Period
08/01/06 through 08/31/06    0070895

01357 001 SCM999 I12   c

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON
4650 S CAPITOL ST SE
WASHINGTON DC 20032-2716

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Business Economy Checking

### Account Summary Information

| | | | | |
|---|---|---|---|---|
| Statement Period | 08/01/06 through 08/31/06 | | Statement Beginning Balance | 1,421.98- |
| Number of Deposits/Credits | | 17 | Amount of Deposits/Credits | 27,017.04 |
| Number of Withdrawals/Debits | | 38 | Amount of Withdrawals/Debits | 26,131.01 |
| Number of Deposited Items | | 0 | Statement Ending Balance | 535.95- |
| Number of Enclosures | | 5 | Average Ledger Balance | 223.13 |
| Number of Days in Cycle | | 31 | Service Charge | 16.20 |

### Deposits and Credits

| Date | Amount | Description | Bank Reference |
|---|---|---|---|
| 08/01 | 1,597.71 | Return Of Posted Check / Item (Received On 07-31) Check #0000007137 | 934007310000928 |
| 08/02 | 1,597.71 | Return Of Posted Check / Item (Received On 08-01) Check #0000007137 | 934008010000822 |
| 08/07 | 463.49 | Return Of Posted Check / Item (Received On 08-04) Check #0000007139 | 934008040000706 |
| 08/07 | 245.33 | Return Of Posted Check / Item (Received On 08-04) Check #0000007140 | 934008040000705 |
| 08/07 | 2,750.00 | Deposit | 81300341013721 |
| 08/17 | 9,882.10 | Wire Type:Wire IN Date: 060817 Time:1404 Et Trn:2006081700163099 Seq: /001625 Orig:K J Plastics Inc ID:111351896 Snd Bk:Univest National Bank & Trus ID:031913438 | 903708170163099 |
| 08/17 | 3,500.00 | Deposit | 813003410982334 |
| 08/17 | 100.00 | Deposit | 813003110398205 |
| 08/21 | 329.60 | Return Of Posted Check / Item (Received On 08-18) Check #0000007145 | 934008180000696 |
| 08/21 | 317.80 | Return Of Posted Check / Item (Received On 08-18) Electronic Transaction | 934008180000697 |
| 08/21 | 150.00 | Return Of Posted Check / Item (Received On 08-18) Check #0000007142 | 934008180000695 |

Amaefule 00028

BankOfAmericaRch04  1/30/2007 1:53:55 PM    PAGE  26/032    ID=0002940650

TO:HELEN WILSON  COMPANY:

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON

## BUSINESS ECONOMY CHECKING

### Deposits and Credits - Continued

| Date | Amount | Description | Bank Reference |
|------|--------|-------------|----------------|
| 08/23 | 1,445.00 | Return Of Posted Check / Item (Received On 08-22) Check #0000007146 | 934008220000641 |
| 08/24 | 1,640.00 | Deposit | 813003210502541 |
| 08/25 | 317.80 | Return Of Posted Check / Item (Received On 08-24) Electronic Transaction | 934008240000449 |
| 08/29 | 329.00 | Return Of Posted Check / Item (Received On 08-28) Electronic Transaction | 934008280000673 |
| 08/29 | 301.50 | Return Of Posted Check / Item (Received On 08-28) Electronic Transaction | 934008280000672 |
| 08/30 | 2,050.00 | Deposit | 813003910209717 |

### Withdrawals and Debits

#### Checks

| Check Number | Amount | Date | Bank Reference | Check Number | Amount | Date | Bank Reference |
|------|--------|------|----------------|------|--------|------|----------------|
| 1441 | 20.00 | 08/16 | 813000992252768 | 7142 | 150.00 | 08/18 | 813001192871583 |
| 7137 * | 1,597.71 | 08/01 | 813001170268929 | 7143 | 143.38 | 08/16 | 813000892137068 |
| 7139 * | 463.49 | 08/04 | 813004210873084 | 7145 * | 329.60 | 08/18 | 813001192316818 |
| 7139 * | 463.49 | 08/07 | 813001470406214 | 7146 | 1,445.00 | 08/22 | 813001492742878 |
| 7140 | 245.33 | 08/04 | 813004210872940 | 7146 * | 1,445.00 | 08/24 | 813000692427173 |
| 7140 * | 245.33 | 08/07 | 813001470406213 | 7147 | 800.00 | 08/30 | 813004010366995 |
| 7141 | 1,212.96 | 08/07 | 813004010863868 | | | | |

* Preceding check (or checks) is outstanding, is included in summary listing, or has been included in a previous statement.

#### Other Debits

| Date | Amount | Description | Bank Reference |
|------|--------|-------------|----------------|
| 08/01 | 35.00 | NSF: Returned Item Fee For Activity Of 07-31 Check #0000007137 | 934007310004947 |
| 08/02 | 35.00 | NSF: Returned Item Fee For Activity Of 08-01 Check #0000007137 | 934008010002720 |
| 08/07 | 35.00 | NSF: Returned Item Fee For Activity Of 08-04 Check #0000007139 | 934008040002050 |
| 08/07 | 35.00 | NSF: Returned Item Fee For Activity Of 08-04 Check #0000007140 | 934008040002049 |
| 08/08 | 130.98 | Pep Boys 073    ;Des= redepcheck;ID= 7129 Eff Date: 060808;Indn:Amaefule 1393 45861960 | 902362191965914 |
| 08/17 | 14,000.00 | Wire Type:Wire Out Date:060817 Time:1527 Et Trn:2006081700191502 Service Ref:003092 Bnf:Exxon Mobil ID:40640854 Bnf Bk:Citibank N A ID:021000089 Pmt Det:01060817007227Nn/Acc/Credit D Ealer Acct 1024481 | 903708170191502 |
| 08/17 | 25.00 | Wire Transfer Fee | 903708170091201 |
| 08/17 | 10.00 | Wire Transfer Fee | 903708170030172 |

Amaefule 00029

BankofAmerica.BankofAmerica    1/30/2007 1:55:55 PM    PAGE  21/052   ID-0002945050

TO:HELEN WILSON   COMPANY:

H
Page 3 of 5
Account Number: 0020 8663 9945
EO P  0E Enclosures 5      47
Statement Period
08/01/06 through 08/31/06   0070897

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON

**Business Economy Checking**

### Withdrawals and Debits – Continued

**Other Debits**

| Date | Amount | Description | Bank Reference |
|---|---|---|---|
| 08/18 | 317.80 | Washington Post ;Des= advtg   ;ID=<br>Eff Date: 060818;Indn:Peter N. *amaefule | 90236230031804 |
| 08/21 | 35.00 | NSF: Returned Item Fee For Activity Of 08-18<br>Electronic Transa | 934008180001885 |
| 08/21 | 35.00 | NSF: Returned Item Fee For Activity Of 08-18<br>Check #0000007142 | 934008180001883 |
| 08/21 | 35.00 | NSF: Returned Item Fee For Activity Of 08-18<br>Check #0000007145 | 934008180001884 |
| 08/23 | 35.00 | NSF: Returned Item Fee For Activity Of 08-22<br>Check #0000007146 | 934008220002848 |
| 08/24 | 317.80 | Washington Post ;Des= advtg    ;ID=<br>Eff Date: 060824;Indn:Peter N. *amaefule | 902362360012310 |
| 08/25 | 35.00 | NSF: Returned Item Fee For Activity Of 08-24<br>Electronic Transa | 934008240002083 |
| 08/28 | 329.00 | Wells Fargo    ;Des= auto Pay ;ID= 547464013027310<br>Eff Date: 060828;Indn:Amaefile,Peter N | 902362401004780 |
| 08/28 | 301.50 | Exxonmobil Corp ;Des= adds Draft;ID= 0001024481<br>Eff Date: 060828;Indn:Peter Amaefule | 902362400514313 |
| 08/29 | 35.00 | NSF: Returned Item Fee For Activity Of 08-28<br>Electronic Transa | 934008280004440 |
| 08/29 | 35.00 | NSF: Returned Item Fee For Activity Of 08-28<br>Electronic Transa | 934008280004441 |
| 08/30 | 1,700.00 | Counter Debit | 813003910209716 |
| 08/31 | 35.00 | Overdraft Item Fee For Activity Of 08-30<br>Check #0000007147 | 934008300000719 |
| 08/31 | 1.44 | Overdraft Interest Charge | |
| 08/31 | 1.20 | Cash Deposit Processing | |
| 08/31 | 3.00 | Check Enclosure Fee | |
| 08/31 | 12.00 | Monthly Maintenance Fee | |

### Daily Ledger Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/01 | 1,456.98- | 08/17 | 16.69 | 08/25 | 36.69 |
| 08/02 | 105.73 | 08/18 | 780.71- | 08/28 | 593.81- |
| 08/04 | 603.09- | 08/21 | 88.31- | 08/29 | 33.31- |
| 08/07 | 863.95 | 08/22 | 1,533.31- | 08/30 | 483.31- |
| 08/08 | 732.97 | 08/23 | 123.31- | 08/31 | 535.95- |
| 08/16 | 569.59 | 08/24 | 246.11- | | |

Amaefule 00030

BankofAmericaBank0ua  1730/2007 1:55:55 PM    PAGE  13/052    ID-8882945658

TO:HELEN WILSON  COMPANY:

H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.888.BUSINESS (1.888.287.4637)
www.bankofamerica.com

Page 1 of 4
Account Number: 0028 8663 9945
E0 P  0E Enclosures 3        47
Statement Period
09/01/06 through 09/30/06        0069773

00059773

02357 001 SCN999 I1    C

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON
4650 S CAPITOL ST SE
WASHINGTON DC 20032-2716

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Business Economy Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 09/01/06 through 09/30/06 | Statement Beginning Balance | 535.95- |
| Number of Deposits/Credits | 17 | Amount of Deposits/Credits | 31,024.59 |
| Number of Withdrawals/Debits | 37 | Amount of Withdrawals/Debits | 26,652.03 |
| Number of Deposited Items | 0 | Statement Ending Balance | 3,836.61 |
| Number of Enclosures | 3 | Average Ledger Balance | 657.60 |
| Number of Days in Cycle | 30 | Service Charge | 15.00 |

### Deposits and Credits

| Date | Amount | Description | Bank Reference |
|---|---|---|---|
| 09/06 | 2,600.00 | Deposit | 813003610408363 |
| 09/11 | 1,500.00 | Deposit | 813003110222581 |
| 09/13 | 500.00 | Return Of Posted Check / Item (Received On 09-12) Check #0000007150 | 934009120000564 |
| 09/13 | 350.00 | Return Of Posted Check / Item (Received On 09-12) Check #0000007151 | 934009120000563 |
| 09/14 | 300.00 | Return Of Posted Check / Item (Received On 09-13) Electronic Transaction | 934009130000541 |
| 09/14 | 16,000.00 | Wire Type:Wire IN Date: 060914 Time:1319 Et Trn:2006091400154474 Seq: /001416 Orig:K J Plastics Inc ID:111351896 Snd Bk:Univest National Bank & Trus ID:031913438 | 903709140154474 |
| 09/15 | 650.00 | Return Of Posted Check / Item (Received On 09-14) Check #0000007153 | 934009140000546 |
| 09/18 | 350.00 | Return Of Posted Check / Item (Received On 09-15) Check #0000007151 | 934009150000941 |
| 09/19 | 500.00 | Deposit | 813004010790892 |
| 09/22 | 300.00 | Return Of Posted Check / Item (Received On 09-21) Electronic Transaction | 934009210000518 |
| 09/22 | 78.00 | Counter Credit | 813003910523192 |

Amaefule 00031

BankofAmericaNA004  1/30/2007 1:55:35 PM  PAGE  14/032  ID-8882949690

TO:HELEN WILSON  COMPANY:

H

Page 2 of 4
Account Number: 0020 8663 9945
EO P  0E Enclosures 3          47
Statement Period
09/01/06 through 09/30/06

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON

## Business Economy Checking

### Deposits and Credits - Continued

| Date | Amount | Description | Bank Reference |
|------|--------|-------------|----------------|
| 09/25 | 981.00 | Return Of Posted Check / Item (Received On 09-22) Check #0000007148 | 934009220000610 |
| 09/25 | 1,100.00 | Deposit | 813003110543684 |
| 09/27 | 200.67 | Return Of Posted Check / Item (Received On 09-26) Check #0000007159 | 934009260000611 |
| 09/27 | 3,032.84 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 060927;Indn:Peter Amaefule | 902362700281437 |
| 09/28 | 1,022.08 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 060928;Indn:Peter Amaefule | 902362710196036 |
| 09/29 | 1,560.00 | Deposit | 813003810440697 |

### Withdrawals and Debits

#### Checks

| Check Number | Amount | Date Paid | Bank Reference | Check Number | Amount | Date Paid | Bank Reference |
|------|--------|-----------|----------------|------|--------|-----------|----------------|
| 7138 | 133.00 | 09/14 | 813003910021494 | 7153 * | 650.00 | 09/25 | 813001292278059 |
| 7148 * | 981.00 | 09/22 | 813004010517264 | 7154 | 200.00 | 09/14 | 813000992121474 |
| 7149 | 133.00 | 09/14 | 813003910021493 | 7156 * | 180.61 | 09/19 | 813000292792705 |
| 7150 | 500.00 | 09/12 | 813003710580757 | 7158 * | 115.00 | 09/25 | 813001192923601 |
| 7151 | 350.00 | 09/12 | 813000492560260 | 7159 | 200.67 | 09/26 | 813001492434615 |
| 7151 * | 350.00 | 09/15 | 813001192094070 | 7159 * | 200.67 | 09/29 | 813000992145800 |
| 7152 | 285.00 | 09/20 | 813000792170910 | 7162 * | 947.96 | 09/27 | 813000392590703 |
| 7153 | 650.00 | 09/14 | 813000992577426 | | | | |

* Preceding check (or checks) is outstanding, is included in summary listing, or has been included in a previous statement.

#### Other Debits

| Date | Amount | Description | Bank Reference |
|------|--------|-------------|----------------|
| 09/06 | 329.00 | Wells Fargo ;Des= auto Pay ;ID= 547464013027310 Eff Date: 060906;Indn:Amaefule,Peter N | 902362483493218 |
| 09/07 | 60.00 | Check Order 00357;Des= fee ;ID= 0097443253 Eff Date: 060907;Indn:Peter N Amaefule  07 | 902362501964341 |
| 09/11 | 3,000.00 | Counter Debit | 813003110222580 |
| 09/13 | 300.00 | Wf Bus Credit ;Des= auto Pay ;ID= 90382130273104 Eff Date: 060913;Indn:Amaefule,Peter N | 902362560400494 |
| 09/13 | 35.00 | NSF: Returned Item Fee For Activity Of 09-12 Check #0000007150 | 934009120002748 |
| 09/13 | 35.00 | NSF: Returned Item Fee For Activity Of 09-12 Check #0000007151 | 934009120002747 |
| 09/14 | 15,500.00 | Wire Type:Wire Out Date:060914 Time:1540 Et Trn:2006091400203513 Service Ref:003432 BnfExxonmobile ID:40640854 Bnf Bk:Citibank N A ID:021000089 Pmt Det:01060914007512Nn/Acc/Credit D Ealer A/C 1024481 | 903709140203513 |
| 09/14 | 25.00 | Wire Transfer Fee | 903709140091350 |

Amaefule 00032

BankofAmericaKnoos   1/30/2007 1:55:55 PM   PAGE   15/052   ID=0002949050

TO:HELEN WILSON   COMPANY:

H
Page 3 of 4
Account Number: 0020 8663 9945
H0 P   0E Enclosures 3         47
Statement Period
09/01/06 through 09/30/06      0069775

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON

| Business Economy Checking |
| --- |

## Withdrawals and Debits - Continued

**Other Debits**

| Posting Date | Amount | Description | Bank Reference |
|---|---|---|---|
| 09/14 | 10.00 | Wire Transfer Fee | 903709140026179 |
| 09/14 | 35.00 | NSF: Returned Item Fee For Activity Of 09-13 Electronic Transa | 934009130002476 |
| 09/15 | 35.00 | NSF: Returned Item Fee For Activity Of 09-14 Check #0000007153 | 934009140002530 |
| 09/18 | 35.00 | NSF: Returned Item Fee For Activity Of 09-15 Check #0000007151 | 934009150002380 |
| 09/21 | 300.00 | Wf Bus Credit   ;Des= auto Pay   ;ID= 90382130273104 Eff Date: 060921;Indn:Amaefule,Peter N | 902362631322453 |
| 09/22 | 35.00 | NSF: Returned Item Fee For Activity Of 09-21 Electronic Transa | 934009210002385 |
| 09/25 | 35.00 | NSF: Returned Item Fee For Activity Of 09-22 Check #0000007148 | 934009220001939 |
| 09/26 | 308.26 | Exxonmobil Corp ;Des= adds Draft;ID= 0001024481 Eff Date: 060926;Indn:Peter Amaefule | 902362690397349 |
| 09/27 | 338.00 | Wf Bus Credit   ;Des= auto Pay   ;ID= 90382130273104 Eff Date: 060927;Indn:Amaefule,Peter N | 902362700235313 |
| 09/27 | 35.00 | NSF: Returned Item Fee For Activity Of 09-26 Check #0000007159 | 934009260002738 |
| 09/29 | 308.52 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 060929;Indn:Peter Amaefule | 902362720122841 |
| 09/29 | 1.34 | Overdraft Interest Charge | |
| 09/29 | 3.00 | Check Enclosure Fee | |
| 09/29 | 12.00 | Monthly Maintenance Fee | |

## Daily Ledger Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/01 | 535.95- | 09/14 | 580.95- | 09/22 | 904.56- |
| 09/06 | 1,735.05 | 09/15 | 315.95- | 09/25 | 376.44 |
| 09/07 | 1,675.05 | 09/18 | 0.95- | 09/26 | 132.49- |
| 09/11 | 175.05 | 09/19 | 318.44 | 09/27 | 1,780.06 |
| 09/12 | 674.95- | 09/20 | 33.44 | 09/28 | 2,802.14 |
| 09/13 | 194.95- | 09/21 | 266.56- | 09/29 | 3,836.61 |

### Message Center

*Simplify your business operations and increase customer base by accepting credit and debit cards and expanding your customers' payment options. Call 1.877.837.9022 or visit www.bankofamerica.com/merchantservices and reference promo code #142.*

*Quality health insurance for you, your dependents, and your employees offered through Banc of America Insurance Services, Inc. Get free quotes and compare rates and benefits from over 100 leading insurance companies nationwide. Personalized service from a licensed insurance agent fast and easy - act now! Visit www.bankofamerica.com/bizhealth2 today!*

Amaefule 00033

BankofAmericaBancroftd 1/30/2007 1:03:35 PM    PAGE    7/032    ID=0002949050

TO:HELEN WILSON  COMPANY:

H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.888.BUSINESS (1.888.287.4637)
www.bankofamerica.com

Page 1 of 4
Account Number: 0020 8663 9945
E0 PI 0E Enclosures 0        47
Statement Period
10/01/06 through 10/31/06      0084248

01357 001 SCM999 I1    C

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON
4650 S CAPITOL ST SE
WASHINGTON DC 20032-2716

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Business Economy Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 10/01/06 through 10/31/06 | Statement Beginning Balance | 3,836.61 |
| Number of Deposits/Credits | 17 | Amount of Deposits/Credits | 65,724.23 |
| Number of Withdrawals/Debits | 32 | Amount of Withdrawals/Debits | 69,788.22 |
| Number of Deposited Items | 0 | Statement Ending Balance | 227.38 |
| Number of Enclosures | 0 | Average Ledger Balance | 4,141.47 |
| Number of Days in Cycle | 31 | Service Charge | 15.00 |

### Deposits and Credits

| Date | Amount | Description | Reference |
|---|---|---|---|
| 10/02 | 3,110.00 | Deposit | 813004010714004 |
| 10/02 | 1,312.09 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 061002;Indn:Peter Amaefule | 902362752798637 |
| 10/02 | 1,047.55 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 061002;Indn:Peter Amaefule | 902362752798640 |
| 10/03 | 19,817.14 | Return Of Posted Check / Item (Received On 10-02) Electronic Transaction | 934010020000953 |
| 10/03 | 746.41 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 061003;Indn:Peter Amaefule | 902362760433691 |
| 10/05 | 19,070.52 | Return Of Posted Check / Item (Received On 10-04) Electronic Transaction | 934010040000549 |
| 10/05 | 962.60 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 061005;Indn:Peter Amaefule | 902362780211142 |
| 10/11 | 1,552.64 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 061011;Indn:Peter Amaefule | 902362840334509 |
| 10/12 | 5,525.00 | Deposit | 813003610164969 |
| 10/17 | 1,500.00 | Return Of Posted Check / Item (Received On 10-16) Check #0000007166 | 934010160000703 |
| 10/17 | 320.33 | Return Of Posted Check / Item (Received On 10-16) Check #0000007167 | 934010160000704 |
| 10/17 | 3,660.00 | Deposit | 813003810594246 |

Amaefule 00034

BankOfAmericaChuba  17/30/2007 1:55:55 PM    PAGE  67/02    ID=0002945656

TO:HELEN WILSON   COMPANY:

H

Page 2 of 4
Account Number: 0020 8663 9945
EO PI 0E Enclosures 0        47
Statement Period
10/01/06 through 10/31/06

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON

## Business Economy Checking

### Deposits and Credits - Continued

| Date | Amount | Description | Bank Reference |
|------|--------|-------------|----------------|
| 10/24 | 5,400.00 | Deposit | 813004010482141. |
| 10/26 | 488.00 | Return Of Posted Check / Item (Received On 10-25) Electronic Transaction | 934010250000495 |
| 10/27 | 433.69 | Return Of Posted Check / Item (Received On 10-26) Check #0000007170 | 934010260000519 |
| 10/27 | 344.57 | Return Of Posted Check / Item (Received On 10-26) Electronic Transaction | 934010260000520 |
| 10/30 | 433.69 | Return Of Posted Check / Item (Received On 10-27) Check #0000007170 | 934010270000642 |

### Withdrawals and Debits

#### Checks

| Number | Amount | Date | Bank Reference | Number | Amount | Date | Bank Reference |
|--------|--------|------|----------------|--------|--------|------|----------------|
| 7161 | 70.67 | 10/03 | 813001492203100 | 7168 | 130.00 | 10/17 | 813000292899226 |
| 7165 * | 274.70 | 10/11 | 813001492366983 | 7169 | 235.75 | 10/23 | 813001292118075 |
| 7166 * | 1,500.00 | 10/16 | 813001292504856 | 7170 | 433.69 | 10/26 | 813003010189748 |
| 7166 * | 1,500.00 | 10/19 | 813000692826367 | 7170 * | 433.69 | 10/27 | 813001092842294 |
| 7167 | 320.33 | 10/16 | 813003310942043 | 7171 §§ | 80.00 | 10/31 | 813003410827609 |
| 7167 * | 320.33 | 10/17 | 813000392282632 | | | | |

* Preceding check (or checks) is outstanding, is included in summary listing, or has been included in a previous statement.

#### Other Debits

| Date | Amount | Description | Bank Reference |
|------|--------|-------------|----------------|
| 10/02 | 19,817.14 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 061002;Indn:Peter Amaefule | 902362750510825 |
| 10/03 | 35.00 | NSF: Returned Item Fee For Activity Of 10-02 Electronic Transa | 934010020004485 |
| 10/04 | 19,070.52 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 061004;Indn:Peter Amaefule | 902362770237660 |
| 10/05 | 35.00 | NSF: Returned Item Fee For Activity Of 10-04 Electronic Transa | 934010040002481 |
| 10/10 | 2,975.70 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 061010;Indn:Peter Amaefule | 902362830526289 |
| 10/10 | 1,625.00 | Exxonmobil Corp ;Des= esp Draft ;ID= 0001024481 Eff Date: 061010;Indn:Peter Amaefule | 902362832362020 |
| 10/13 | 13,000.00 | Wire Type:Wire Out Date:061013 Time:1211 Et Trn:2006101300146223 Service Ref:001931 Bnf:Exxon Mobil ID:40640854 Bnf Bk:Citibank N A ID:021000089 Pmt Det:0106101300186Nn/Acc/Credit D Ealer A/C 1024481 | 903710130146223 |
| 10/13 | 25.00 | Wire Transfer Fee | 903710130103638 |
| 10/17 | 35.00 | NSF: Returned Item Fee For Activity Of 10-16 Check #0000007166 | 934010160004310 |

Amaefule 00035

BankofAmerica Bank4002   1/30/2007 1:53:55 PM    PAGE    5/002   ID=0002545050

TO:HELEN WILSON  COMPANY:

H

Page 3 of 4
Account Number: 0020 8663 9945
E0 PI 0E Enclosures 0          47
Statement Period
10/01/06 through 10/31/06     0084250

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON

## Business Economy Checking

### Withdrawals and Debits - Continued

**Other Debits**

| Date | Amount | Description | Bank Reference |
|---|---|---|---|
| 10/17 | 35.00 | NSF: Returned Item Fee For Activity Of 10-16 Check #0000007167 | 934010160004311 |
| 10/24 | 6,800.00 | Wire Type:Wire Out Date:061024 Time:1521 Et Trn:2006102400181111 Service Ref:002950 BnfExxon Mobil ID:40640854 Bnf Bk:Citibank N A ID:021000089 Pmt Det:0106102400688l Nn/Acc/Credit D Baler A/C 1024481 | 903710240181111 |
| 10/24 | 25.00 | Wire Transfer Fee | 903710240083627 |
| 10/25 | 488.00 | Wf Bus Credit  ;Des= auto Pay  ;ID= 90382130273104 Eff Date: 061025;Indn:Amaefule,Peter N | 902362980334492 |
| 10/26 | 344.57 | Exxonmobil Corp ;Des= adds Draft;ID= 0001024481 Eff Date: 061026;Indn:Peter Amaefule | 902362990108041 |
| 10/26 | 35.00 | NSF: Returned Item Fee For Activity Of 10-25 Electronic Transa | 934010250002239 |
| 10/27 | 35.00 | NSF: Returned Item Fee For Activity Of 10-26 Electronic Transa | 934010260002354 |
| 10/27 | 35.00 | NSF: Returned Item Fee For Activity Of 10-26 Check #0000007170 | 934010260002353 |
| 10/30 | 35.00 | NSF: Returned Item Fee For Activity Of 10-27 Check #0000007170 | 934010270001973 |
| 10/31 | 23.13 | Overdraft Interest Charge | |
| 10/31 | 3.00 | Check Enclosure Fee | |
| 10/31 | 12.00 | Monthly Maintenance Fee | |

### Daily Ledger Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/01 | 3,836.61 | 10/12 | 13,076.83 | 10/25 | 457.25- |
| 10/02 | 10,510.89- | 10/13 | 51.83 | 10/26 | 782.51- |
| 10/03 | 9,946.99 | 10/16 | 1,768.50- | 10/27 | 507.94- |
| 10/04 | 9,123.53- | 10/17 | 3,191.50 | 10/30 | 109.25- |
| 10/05 | 10,874.59 | 10/19 | 1,691.50 | 10/31 | 227.38- |
| 10/10 | 6,273.89 | 10/23 | 1,455.75 | | |
| 10/11 | 7,551.83 | 10/24 | 30.75 | | |

### Message Center

*Learn about card processing basics, how to switch your service, terminal processing solutions, obtaining online transaction reports anytime you want them, and more. Visit www.bankofamerica.com/merchantservices or call 1.877.837.9022 and reference promo code #142. Be sure to ask us about our Meet or Beat Offer.*

*Quality health insurance for you, your dependents, and your employees offered through Banc of America Insurance Services, Inc. Get free quotes and compare rates and benefits from over 100 leading insurance companies nationwide. Personalized service from a licensed insurance agent fast and easy - act now! Visit www.bankofamerica.com/bizhealth4 today!*

Amaefule 00036

BankOfAmericanNooa  1730/2007 1:93:35 PM    PAGE   17002   ID-0002949000

TO:HELEN WILSON  COMPANY:

H

Page 1 of 5
Account Number: 0020 8663 9945
E0 P  0E Enclosures 0       47
Statement Period
11/01/06 through 11/30/06     0066570

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.888.BUSINESS (1.888.287.4637)
www.bankofamerica.com

01357 001 SCM999 I123  C

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON
4650 S CAPITOL ST SE
WASHINGTON DC 20032-2716

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Business Economy Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 11/01/06 through 11/30/06 | Statement Beginning Balance | 227.38- |
| Number of Deposits/Credits | 16 | Amount of Deposits/Credits | 36,857.87 |
| Number of Withdrawals/Debits | 35 | Amount of Withdrawals/Debits | 37,785.75 |
| Number of Deposited Items | 0 | Statement Ending Balance | 1,155.26- |
| Number of Enclosures | 0 | Average Ledger Balance | 2,330.88 |
| Number of Days in Cycle | 30 | Service Charge | 20.00 |

### Deposits and Credits

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 11/01 | 80.00 | Return Of Posted Check / Item (Received On 10-31) Check #0000007171 | 934010310000941 |
| 11/02 | 80.00 | Return Of Posted Check / Item (Received On 11-01) Check #0000007171 | 934011010000690 |
| 11/03 | 488.00 | Return Of Posted Check / Item (Received On 11-02) Electronic Transaction | 934011020000486 |
| 11/03 | 10,000.00 | Wire Type:Wire IN Date: 061103 Time:1330 Et Trn:2006110300163209 Seq: /001893 Orig:K J Plastics Inc ID:111351896 Snd Bk:Univest National Bank & Trus ID:031913438 | 903711030163209 |
| 11/10 | 3,943.00 | Wire Type:Wire IN Date: 061110 Time:1614 Et Trn:2006111000224705 Seq: /003311 Orig:K J Plastics Inc ID:111351896 Snd Bk:Univest National Bank & Trus ID:031913438 | 903711100224705 |
| 11/10 | 570.00 | Deposit | 813003610470819 |
| 11/22 | 12,000.00 | Wire Type:Wire IN Date: 061122 Time:1454 Et Trn:2006112200219225 Seq: /002949 Orig:K J Plastics Inc ID:111351896 Snd Bk:Univest National Bank & Trus ID:031913438 | 903711220219225 |
| 11/24 | 3,154.80 | Return Of Posted Check / Item (Received On 11-22) Check #0000007173 | 934011220000418 |

Amaefule 00037

BankofAmerica:nooa   1/30/2007 1:55:55 PM   PAGE   27/052   ID=0002949060

TO:HELEN WILSON   COMPANY:

H
Page 2 of 5
Account Number: 0020 8663 9945
B0 P  0E Enclosures 0      47
Statement Period
11/01/06 through 11/30/06

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON



**Deposits and Credits – Continued**

| Date | Amount | Description | Bank Reference |
|---|---|---|---|
| 11/24 | 575.00 | Return Of Posted Check / Item (Received On 11-22) Check #0000007174 | 934011220000417 |
| 11/28 | 348.00 | Return Of Posted Check / Item (Received On 11-27) Electronic Transaction | 934011270000532 |
| 11/28 | 320.46 | Return Of Posted Check / Item (Received On 11-27) Electronic Transaction | 934011270000531 |
| 11/28 | 233.65 | Return Of Posted Check / Item (Received On 11-27) Check #0000007175 | 934011270000530 |
| 11/29 | 3,154.80 | Return Of Posted Check / Item (Received On 11-28) Check #0000007173 | 934011280000719 |
| 11/29 | 575.00 | Return Of Posted Check / Item (Received On 11-28) Check #0000007174 | 934011280000718 |
| 11/29 | 530.16 | Return Of Posted Check / Item (Received On 11-28) Check #0000007179 | 934011280000720 |
| 11/30 | 805.00 | Return Of Posted Check / Item (Received On 11-29) Check #0000007177 | 934011290000653 |

**Withdrawals and Debits**

**Checks**

| Check | Amount | Date Paid | Bank Reference | Check | Amount | Date Paid | Bank Reference |
|---|---|---|---|---|---|---|---|
| 7171 | 80.00 | 11/01 | 813000792594518 | 7175 | 233.65 | 11/27 | 813000592193199 |
| 7173 * | 3,154.80 | 11/22 | 813001292719082 | 7177 * | 805.00 | 11/29 | 813001092313783 |
| 7173 * | 3,154.80 | 11/28 | 813000892089189 | 7178 §§ | 500.00 | 11/30 | 813001392833990 |
| 7174 | 575.00 | 11/22 | 813001292719083 | 7179 | 530.16 | 11/28 | 813004103534246 |
| 7174 * | 575.00 | 11/28 | 813000892089150 | | | | |

* Preceding check (or checks) is outstanding, is included in summary listing, or has been included in a previous statement.

**Other Debits**

| Date | Amount | Description | Bank Reference |
|---|---|---|---|
| 11/01 | 35.00 | NSF: Returned Item Fee For Activity Of 10-31 Check #0000007171 | 934010310003064 |
| 11/02 | 488.00 | Wf Bus Credit  ;Des= auto Pay  ;ID= 90382130273104 Eff Date: 061102;Indn:Amaefule,Peter N | 902363052809493 |
| 11/02 | 35.00 | NSF: Returned Item Fee For Activity Of 11-01 Check #0000007171 | 934011010002471 |
| 11/03 | 10.00 | Wire Transfer Fee | 903711030028312 |
| 11/03 | 35.00 | NSF: Returned Item Fee For Activity Of 11-02 Electronic Transa | 934011020002359 |
| 11/10 | 14,000.00 | Wire Type:Wire Out Date:061110 Time:1647 Et Trn:200611100235661 Service Ref:004114 BnfExxon Mobil ID:40640854 Bnf Bk:Citibank N A ID:021000089 Pmt Det:01061110009255;Nn/Acc/Credit D Ealer Acct 1024481 | 903711100235661 |

Amaefule 00038

BankOfAmericaBANK002   1/30/2007 1:53:56 PM   PAGE   37/052   ID=8882949656

TO:HELEN WILSON  COMPANY:

H
Page 3 of 5
Account Number: 0020 8663 9945
E0 P  0E Enclosures 0        47
Statement Period
11/01/06 through 11/30/06    0066572

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON

### Business Economy Checking

#### Withdrawals and Debits - Continued

**Other Debits**

| Date Posted | Amount | Transaction | Bank Reference |
|---|---|---|---|
| 11/10 | 25.00 | Wire Transfer Fee | 903711100088839 |
| 11/10 | 10.00 | Wire Transfer Fee | 903711100042974 |
| 11/22 | 12,000.00 | Wire Type:Wire Ont Date:061122 Time:1648 Et Trn:2006112200263903 Service Ref:004983 Bnf:Exxon Mobil ID:40640854 Bnf Bk:Citibank N A ID:021000089 Pmt Det:01061122009020Nn/Acc/Credit D Ealer A/C 1024481 | 903711220263903 |
| 11/22 | 25.00 | Wire Transfer Fee | 903711220109535 |
| 11/22 | 10.00 | Wire Transfer Fee | 903711220044355 |
| 11/24 | 35.00 | NSF: Returned Item Fee For Activity Of 11-22 Check #0000007173 | 934011220002154 |
| 11/24 | 35.00 | NSF: Returned Item Fee For Activity Of 11-22 Check #0000007174 | 934011220002153 |
| 11/27 | 348.00 | Wf Bus Credit   ;Des= auto Pay  ;ID= 90382130273104 Eff Date: 061127;Indn:Amaefule,Peter N | 902363310551212 |
| 11/27 | 320.46 | Exxonmobil Corp ;Des= adds Draft;ID= 0001024481 Eff Date: 061127;Indn:Peter Amaefule | 902363310313754 |
| 11/28 | 35.00 | NSF: Returned Item Fee For Activity Of 11-27 Electronic Transa | 934011270004166 |
| 11/28 | 35.00 | NSF: Returned Item Fee For Activity Of 11-27 Electronic Transa | 934011270004167 |
| 11/28 | 35.00 | NSF: Returned Item Fee For Activity Of 11-27 Check #0000007175 | 934011270004165 |
| 11/29 | 35.00 | NSF: Returned Item Fee For Activity Of 11-28 Check #0000007173 | 934011280002895 |
| 11/29 | 35.00 | NSF: Returned Item Fee For Activity Of 11-28 Check #0000007174 | 934011280002894 |
| 11/29 | 35.00 | NSF: Returned Item Fee For Activity Of 11-28 Check #0000007179 | 934011280002896 |
| 11/30 | 500.00 | Wf Bus Credit   ;Des= auto Pay  ;ID= 90382130273104 Eff Date: 061130;Indn:Amaefule,Peter N | 902363340415295 |
| 11/30 | 35.00 | NSF: Returned Item Fee For Activity Of 11-29 Check #0000007177 | 934011290002835 |
| 11/30 | 0.88 | Overdraft Interest Charge | |
| 11/30 | 8.00 | Cash Deposit Processing | |
| 11/30 | 12.00 | Monthly Maintenance Fee | |

#### Daily Ledger Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/01 | 262.38- | 11/22 | 3,549.18- | 11/29 | 904.38- |
| 11/02 | 705.38- | 11/24 | 110.62 | 11/30 | 1,155.26- |
| 11/03 | 9,737.62 | 11/27 | 791.49- | | |
| 11/10 | 215.62 | 11/28 | 4,254.34- | | |

Amaefule 00039



**BankofAmerica**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.888.BUSINESS (1.888.287.4637)
www.bankofamerica.com

Page 1 of 5
Account Number: 0020 8663 9945
ED P  0E Enclosures 2          47
Statement Period
12/01/06 through 12/31/06      0028213

 || |||||| ||| ||| |||| ||||||| |||||| |||||||| ||||||||

00004232 01 SP   0.390 13    30357 601 SCM999 I1
PETER & H ENTERPRISES INC
T/A EASTOVER EXXON
4650 S CAPITOL ST SE
WASHINGTON DC 20032-2716

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Business Economy Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 12/01/06 through 12/31/06 | Statement Beginning Balance | 1,155.26- |
| Number of Deposits/Credits | 17 | Amount of Deposits/Credits | 33,294.07 |
| Number of Withdrawals/Debits | 30 | Amount of Withdrawals/Debits | 32,151.91 |
| Number of Deposited Items | 0 | Statement Ending Balance | 13.10- |
| Number of Enclosures | 2 | Average Ledger Balance | 298.47 |
| Number of Days in Cycle | 31 | Service Charge | 15.00 |

### Deposits and Credits

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 12/01 | 500.00 | Return Of Posted Check / Item (Received On 11-30) Electronic Transaction | 934011300000648 |
| 12/01 | 500.00 | Return Of Posted Check / Item (Received On 11-30) Check #0000007178 | 934011300000647 |
| 12/04 | 440.99 | Deposit | 813003810742344 |
| 12/05 | 805.00 | Return Of Posted Check / Item (Received On 12-04) Check #0000007177 | 934012040000718 |
| 12/05 | 300.00 | Return Of Posted Check / Item (Received On 12-04) Check #0000007182 | 934012040000719 |
| 12/05 | 4,560.00 | Deposit | 813003610361513 |
| 12/05 | 800.00 | Deposit | 813003610361451 |
| 12/12 | 500.00 | Return Of Posted Check / Item (Received On 12-11) Check #0000007178 | 934012110000582 |
| 12/14 | 12,000.00 | Wire Type:Wire IN Date: 061214 Time:1618 Et Trn:2006121400238921 Seq: /003455 Orig:K J Plastics Inc ID:111351896 Snd Bk:Univest National Bank & Trus ID:031913438 | 903712140238921 |
| 12/14 | 1,100.00 | Deposit | 813004110384403 |
| 12/21 | 1,459.78 | Return Of Posted Check / Item (Received On 12-20) Check #0000007185 | 934012200000536 |

Amaefule 00040

Page 2 of 5
Account Number: 0020 8663 9945
E0 P 0E Enclosures 2          47
Statement Period
12/01/06 through 12/31/06

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON

## Business Economy Checking

### Deposits and Credits - Continued

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 12/27 | 1,537.51 | Return Of Posted Check / Item (Received On 12-26) Electronic Transaction | 934012260000634 |
| 12/27 | 1,459.78 | Return Of Posted Check / Item (Received On 12-26) Check #0000007185 | 934012260000635 |
| 12/27 | 120.00 | Return Of Posted Check / Item (Received On 12-26) Check #0000007184 | 934012260000633 |
| 12/28 | 6,535.00 | Deposit | 813004110706487 |
| 12/28 | 177.00 | Deposit | 813003310881413 |
| 12/29 | 500.00 | Deposit | 813003210863159 |

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 7177 | 805.00 | 12/04 | 813000392620569 | 7183 | 165.16 | 12/19 | 813000392591325 |
| 7178 | 500.00 | 12/11 | 813000792663963 | 7184 | 120.00 | 12/26 | 813001392317616 |
| 7179 | 530.16 | 12/06 | 813003410454120 | 7185 | 1,459.78 | 12/20 | 813000592091681 |
| 7181 * | 4,000.00 | 12/05 | 813003410354831 | 7185 * | 1,459.78 | 12/26 | 813003410577027 |
| 7182 | 300.00 | 12/04 | 813003610996446 | | | | |

\* Preceding check (or checks) is outstanding, is included in summary listing, or has been included in a previous statement.

**Other Debits**

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 12/01 | 35.00 | NSF: Returned Item Fee For Activity Of 11-30 Electronic Transa | 934011300002444 |
| 12/01 | 35.00 | NSF: Returned Item Fee For Activity Of 11-30 Check #0000007178 | 934011300002443 |
| 12/05 | 348.00 | Wf Bus Credit  ;Des=auto Pay  ;ID=90382130273104 Eff Date: 061205;Indn:Amaefule,Peter N | 902363382872860 |
| 12/05 | 35.00 | NSF: Returned Item Fee For Activity Of 12-04 Check #0000007177 | 934012040004310 |
| 12/05 | 35.00 | NSF: Returned Item Fee For Activity Of 12-04 Check #0000007182 | 934012040004311 |
| 12/08 | 500.00 | Wf Bus Credit  ;Des=auto Pay  ;ID=90382130273104 Eff Date: 061208;Indn:Amaefule,Peter N | 902363411735778 |
| 12/12 | 35.00 | NSF: Returned Item Fee For Activity Of 12-11 Check #0000007178 | 934012110004696 |
| 12/14 | 13,000.00 | Wire Type:Wire Out Date:061214 Time:1701 Et Trn:2006121400255690 Service Ref:004621 Bnf:Exxon Mobil ID:40640854 Bnf Bk:Citibank N A ID:021000089 Pmt Det:01061214010439Nn/Acc/Credit D Ealer A/C 1024481 | 903712140255690 |
| 12/14 | 25.00 | Wire Transfer Fee | 903712140100454 |
| 12/14 | 10.00 | Wire Transfer Fee | 903712140047832 |

Amaefule 00041



**Bank of America** ®

PETER & H ENTERPRISES INC
T/A EASTOVER EXXON

Page 3 of 5
Account Number: 0020 8663 9945
ED P 0E Enclosures 2          47
Statement Period
12/01/06 through 12/31/06     0028218

| Business Economy Checking |
|---|

### Withdrawals and Debits - Continued

**Other Debits**

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 12/20 | 35.00 | Overdraft Item Fee For Activity Of 12-19 Check #0000007183 | 934012190000686 |
| 12/21 | 35.00 | NSF: Returned Item Fee For Activity Of 12-20 Check #0000007185 | 934012200002513 |
| 12/26 | 1,537.51 | Exxonmobil Corp ;Des = adds Draft;ID = 0001024481 Eff Date: 061226;Indn:Peter Amaefule | 902363600478406 |
| 12/27 | 35.00 | NSF: Returned Item Fee For Activity Of 12-26 Electronic Transa | 934012260006600 |
| 12/27 | 35.00 | NSF: Returned Item Fee For Activity Of 12-26 Check #0000007184 | 934012260006599 |
| 12/27 | 35.00 | NSF: Returned Item Fee For Activity Of 12-26 Check #0000007185 | 934012260006601 |
| 12/29 | 7,000.00 | Wire Type:Wire Out Date:061229 Time:1230 Et Trn:2006122900204888 Service Ref:004958 Bnf:Exxon Mobil ID:40640854 Bnf Bk:Citibank N A ID:021000089 Pmt Det:01061229004021Nn/Acc/Credit D Ealer A/C 1024481 | 903712290204888 |
| 12/29 | 25.00 | Wire Transfer Fee | 903712290277518 |
| 12/29 | 1.52 | Overdraft Interest Charge | |
| 12/29 | 3.00 | Check Enclosure Fee | |
| 12/29 | 12.00 | Monthly Maintenance Fee | |

### Daily Ledger Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/01 | 225.26- | 12/11 | 373.42- | 12/21 | 78.58- |
| 12/04 | 890.26- | 12/12 | 91.58 | 12/26 | 3,195.87- |
| 12/05 | 1,156.74 | 12/14 | 156.58 | 12/27 | 183.58- |
| 12/06 | 626.58 | 12/19 | 8.58- | 12/28 | 6,528.42 |
| 12/08 | 126.58 | 12/20 | 1,503.36- | 12/29 | 13.10- |

### Message Center

*Effective with statement cycles beginning on or after 2/1/2007, the monthly maintenance fee for this account changes to $13. You can avoid the monthly maintenance fee by maintaining either a minimum daily balance of $3,000; an average monthly balance of $10,000; a combined minimum daily balance of $10,000, or a combined average monthly balance of $20,000.*

*Effective 2-16-07, the fee for overdraft and returned items is changing. For the first day your account has an occurrence (a day with at least 1 overdraft item or 1 returned item), the fee for each item is $20. For the second day, and subsequent days your account has an occurrence during the current month and preceding 12 months the fee for each item is $35*

*Fee applies to each overdraft item and each returned item with a maximum of 10 items each day. Sign up for our Overdraft Protection service to transfer available funds from your Bank of America credit card, line of credit, or savings account to help cover an overdraft.*

Recycled Pa

## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ................................................ $ _____

2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ................. $ _____

3. Add any credits not previously recorded that are listed on this statement (for example interest) ................. $ _____

4. This is your NEW ACCOUNT REGISTER BALANCE ................................................ $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ................................................ $ _____

2. Add any deposits not shown on this statement ................................................ $ _____

_____

_____

SUBTOTAL ................................................ $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ................. $ _____

5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ................. $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in you deposit agreement.

### Important Information

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would l governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your depos account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and f schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic transfers: In case of errors or questions about your electronic transfers.**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposi or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of th statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you nee more information.
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any err promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you wi have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**eporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors an unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the tin periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cas are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or compan you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and ⌂ Equal Housing Lender
*Thank You for Choosing Bank of America*

Amaefule 00043



## Bank of America

Page 5 of 5

### Check Image

0028217

ccount Number: 0020 8663 9945





ef. No: 813003410454120   Amount: 530.16





ef. No: 813003410354831   Amount: 4,000.00

ef. No: 813000392591325   Amount: 165.16

END OF CHECK IMAGE

# EXHIBIT 22

# (To Amaefule Deposition)

Peter Amaefule #35050
Eastover Exxon
4650 South capitol St.se
Wash. De. 20032
11/24/06

Area 5428
Exxon CODO
Ron Alexandracsicz
Emilie 506-389-4233

John Bednash,
Area Manager— mid-Atlantic
Exxon Mobil
3225 Gallows Road
Fair fax, Va 22037.

Dear John,
I am writting to respond to your notice, dated
November 20 2006, of termination of my PMPA
franchise agreement and franchise relationship
with Exxon Mobil to take effect on December
08/2006.

My failure to sell motor fuel at the station
for more then seven consecutive days may well be
grounds for termination of our franchise agreement
but the reason does not underscore the justificatio
We were facing a terrible market condition due to
aggressive competition from the new Lowest price bran
that oppened across from our premises. I had discussed
their effect to with you and you promised to assist us with
pricing to enable us stand the competion. We have
been surviving it on our own while preparing to

Amaefule
EXHIBIT
22   3/5/07
D.J.

EXXONMOBIL000254

recapitalise to enable us embark on our aggressive plan to combat this new challenge.

On September 30 and October 4 Exxon supplied us with two unwanted loads of motor fuel which overstocked our inventory. Price was falling at a fast rate at this time and this fuel was still in our ground for the next weeks. The market was then selling much below the cost price you charged me at the loading time and we lost a lot of our capital. I discussed this with the TM, Mr. Ken Alexandrowicz and sought for remedies but he declined. Following this incident, I sent money for the next load but Exxon desk said that after some deductions they didn't have enough fund for a full load and they would not bring me a partial load; whereas they could. We wouldn't have been out of gas for more than seven days. →

Nevertheless these Exxon's actions that precipitated to our not having gas for more that seven days. We got well recapitalised and are getting and selling our fuel loads. Moreover we have been able to fund and embark on our improvement plans which include completion of repairs and painting of the premises; promotions that target pulling the traffic to our doors on two fronts — auto service tied with fuel sales., plan to expand our vending and snack shop which I will submit for your approval and aggressive pricing.

In light of these situations, I hereby request

EXXONMOBIL000255

that you, Please, rescind your letter of termination; and review the overstocking incident and price those made at the prevailing lower cost on the appropriate dates we would have needed them As shown by our inventory records.

Your coporation in this matter will be greatly appreciated.

Thanks,
Sincerely,

Peter Amaefule

# EXHIBIT B

## (Declaration of Ron Alexandrowicz)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER AMAEFULE, <br><br> Plaintiff, <br><br> v. <br><br> EXXONMOBIL OIL CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 1:06CV02087 <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF RON ALEXANDROWICZ

I, **Ron Alexandrowicz**, under penalty of perjury, declare as follows:

1.    I am a Territory Manger with ExxonMobil Oil Corporation ("ExxonMobil"), a subsidiary of Exxon Mobil Corporation. In that capacity, I have responsibility for Exxon-branded dealer franchisees in Washington, D.C. and portions of Maryland. I have held my current position since January 1, 2005, and I have worked for ExxonMobil for over ten years. I have previously submitted declarations in this case on three occasions: on December 11, 2006 in support of ExxonMobil's Opposition to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, on February 8, 2007 in support of ExxonMobil's Motion for Summary Judgment, and on March 15, 2007 in support of ExxonMobil's Oppositon to Plaintiff's Motion for Summary Judgment. I submit this declaration in support of ExxonMobil's Reply in Further Support of its Motion for Summary Judgment. This declaration is based on my personal knowledge.

2.    Attached as Exhibit 1 to my declaration is a true and correct copy of a summary Inventory Management Report for March 1-22, 2007 for Mr. Amaefule's station, reflecting the daily inventory levels in each of his three underground storage tanks. The report reflects that Mr.

Amaefule has been completely out of all three grades of gasoline for 13 days this month (March 2, March 9-20), including one stretch of 12 consecutive days.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 22, 2007.

Ron Alexandrowicz

# Performance Analysis: Inventory Management

**03/01/2007 – 03/22/2007**

| | |
|---|---|
| **Customer:** | **ExxonMobil** |
| | **3225 Gallows Rd** |
| | **Fairfax** |
| | **VA** |
| | **22037** |

**Created:**    **03/22/2007 04:54 PM**

## Performanance Analysis
### Other Id(s): 25050



| Product | Date | Read (Average) |
|---|---|---|
| PLUS | 02/28/2007 | 441 |
| | 03/01/2007 | 331 |
| | 03/02/2007 | 330 |
| | 03/03/2007 | 331 |
| | 03/04/2007 | 331 |
| | 03/05/2007 | 331 |
| | 03/06/2007 | 330 |
| | 03/07/2007 | 330 |
| | 03/08/2007 | 330 |
| | 03/09/2007 | 330 |
| | 03/10/2007 | 330 |
| | 03/11/2007 | 330 |
| | 03/12/2007 | 330 |
| | 03/13/2007 | 330 |
| | 03/14/2007 | 330 |
| | 03/15/2007 | 330 |
| | 03/16/2007 | 330 |

# Performance Analysis: Inventory Management

### 03/01/2007 – 03/22/2007

**Customer:** ExxonMobil
3225 Gallows Rd
Fairfax
VA
22037

**Created:** 03/22/2007 04:54 PM

| Product | Date | Read (Average) |
|---------|------|----------------|
| | 03/17/2007 | 330 |
| | 03/18/2007 | 330 |
| | 03/19/2007 | 330 |
| | 03/20/2007 | 330 |
| | 03/21/2007 | 1611 |
| | 03/22/2007 | 1412 |
| REGULAR | 02/28/2007 | 408 |
| | 03/01/2007 | 404 |
| | 03/02/2007 | 404 |
| | 03/03/2007 | 1561 |
| | 03/04/2007 | 1654 |
| | 03/05/2007 | 1340 |
| | 03/06/2007 | 937 |
| | 03/07/2007 | 549 |
| | 03/08/2007 | 405 |
| | 03/09/2007 | 405 |
| | 03/10/2007 | 404 |
| | 03/11/2007 | 404 |
| | 03/12/2007 | 404 |
| | 03/13/2007 | 404 |
| | 03/14/2007 | 404 |
| | 03/15/2007 | 404 |
| | 03/16/2007 | 404 |
| | 03/17/2007 | 404 |
| | 03/18/2007 | 404 |
| | 03/19/2007 | 404 |
| | 03/20/2007 | 404 |
| | 03/21/2007 | 6004 |
| | 03/22/2007 | 5369 |
| SUPREME | 02/28/2007 | 1094 |
| | 03/01/2007 | 626 |
| | 03/02/2007 | 243 |
| | 03/03/2007 | 1079 |
| | 03/04/2007 | 1343 |
| | 03/05/2007 | 1157 |
| | 03/06/2007 | 885 |
| | 03/07/2007 | 581 |
| | 03/08/2007 | 322 |
| | 03/09/2007 | 246 |
| | 03/10/2007 | 246 |
| | 03/11/2007 | 247 |

Veeder–Root Company     125 Powder Forest Drive     Simsbury, CT 06070–2003     1–800–997–7725

# Performance Analysis: Inventory Management

| | |
|---|---|
| 03/01/2007 – 03/22/2007 | **Customer:**  **ExxonMobil** |
| | **3225 Gallows Rd** |
| | **Fairfax** |
| | **VA** |
| | **22037** |
| | |
| | **Created:**    **03/22/2007 04:54 PM** |

| Product | Date | Read (Average) |
|---|---|---|
| | 03/12/2007 | 247 |
| | 03/13/2007 | 247 |
| | 03/14/2007 | 247 |
| | 03/15/2007 | 247 |
| | 03/16/2007 | 247 |
| | 03/17/2007 | 247 |
| | 03/18/2007 | 247 |
| | 03/19/2007 | 247 |
| | 03/20/2007 | 247 |
| | 03/21/2007 | 2040 |
| | 03/22/2007 | 1936 |

**Veeder–Root Company    125 Powder Forest Drive    Simsbury, CT 06070–2003    1–800–997–7725**