IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER AMAEFULE** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No: 1:06-cv-02087-RWR |
| | ) |
| **EXXONMOBIL OIL CORPORATION** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**NOTICE OF CHANGE OF ADDRESS, PHONE NUMBER AND E-MAIL ADDRESS**

The Clerk of Courts will please take notice of the change of address, phone number, and e-mail address for the undersigned counsel, Peter C. Ibe, Esq.

**NEW ADDRESS**:

Peter C. Ibe, Esq.

1629 K Street, NW

Suite 300

Washington, DC 20006

**NEW PHONE NUMBER**: (202) 276-7662

**NEW E-MAIL ADDRESS**: ibelawoffices@yahoo.com

Respectfully submitted,

_____
PETER C. IBE, D.C. BAR # 481265
1629 K Street, NW,
Suite 300
Washington, DC 20006
Phone: (202) 276-7662

Counsel for Plaintiff