UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER C. AMAEFULE,<br><br>Plaintiff,<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION,<br><br>Defendant. | Case No: 1:06-cv-02087-RWR |

**NOTICE OF APPEARANCE**

Notice is hereby given that Rena Andoh, of Howrey LLP, 1299 Pennsylvania Ave., N.W., Washington, D.C., 20004, is appearing as additional counsel on behalf of defendant ExxonMobil Oil Corporation.

Ms. Andoh is a member in good standing of the bar of the United States District Court for the District of Columbia.

Dated:  May 16, 2007

Respectfully submitted,

s/Brian Howie
_____
Brian A. Howie
Bar No.: 459329
Rena Andoh
Bar No.: 500287
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

**Attorneys for Defendant ExxonMobil Oil Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

>Peter C. Ibe
>1629 K St., N.W., Suite 300
>Washington, D.C. 20006
>
>Victor Mba-Jonas
>8020 New Hampshire Ave., Suite 130
>Adelphi, MD 20783

>_____s/Rena Andoh_____
>RENA ANDOH