UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER C. AMAEFULE,<br><br>    Plaintiff,<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No: 1:06-cv-02087-RWR<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Notice is hereby given that, pursuant to Local Rule 83.6(b), Brian A. Howie of Howrey LLP, 1299 Pennsylvania Ave., N.W., Washington, D.C., 20004, is withdrawing as counsel for defendant ExxonMobil Oil Corporation ("ExxonMobil"). Mr. Howie is leaving the firm of Howrey and re-locating to Phoenix, Arizona. ExxonMobil consents to this withdrawal, as indicated below.

Co-counsel Rena Andoh, who previously entered an appearance in this matter (Dkt. 28) on behalf of defendant ExxonMobil, will continue to represent ExxonMobil.

- 2 -

Dated: September 14, 2007

Respectfully submitted,

s/Brian Howie
Brian A. Howie
Bar No.: 459329
Rena Andoh
Bar No.: 500287
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Craig J. Whitney
Counsel, Fuels Marketing
ExxonMobil Oil Corporation
800 Bell Street
Houston, TX 77002
Telephone: (713) 656-9258
Facsimile: (262) 313-5181

**Attorneys for Defendant ExxonMobil Oil Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Peter C. Ibe
1629 K St., N.W., Suite 300
Washington, D.C. 20006

Victor Mba-Jonas
8020 New Hampshire Ave., Suite 130
Adelphi, MD 20783

                                                                   s/Rena Andoh
                                                                   RENA ANDOH