UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER C. AMAEFULE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:06-cv-02087-RWR |
| ) | |
| EXXONMOBIL OIL CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF APPEARANCE

Notice is hereby given that Mark Klapow, of Howrey LLP, 1299 Pennsylvania Ave., N.W., Washington, D.C., 20004, is appearing as lead counsel on behalf of defendant ExxonMobil Oil Corporation.

Mr. Klapow is a member in good standing of the bar of the United States District Court for the District of Columbia.

Dated:  October 8, 2007

Respectfully submitted,

s/Rena Andoh
_____
Mark Klapow
Bar No.: 474646
Rena Andoh
Bar No.: 500287
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610

**Attorneys for Defendant ExxonMobil Oil Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

>Peter C. Ibe
>1629 K St., N.W., Suite 300
>Washington, D.C.  20006

_s/Rena Andoh_
RENA ANDOH
