UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

OCT 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PETER C. AMAEFULE　　　　　*
　　　　　　　　　　　　　　　*
　　　　Plaintiff,　　　　　　　*
　　　　　　　　　　　　　　　*
v.　　　　　　　　　　　　　　* 　Case No:　　1:06-cv-02087-RWR
　　　　　　　　　　　　　　　*
EXXONMOBIL OIL CORPORATION,　*
　　　　　　　　　　　　　　　*
　　　　Defendant.　　　　　　*

NOTICE OF WITHDRWAL

Notice is hereby given that I am no longer authorized to practice in this Court. I have the consent of the Plaintiff to withdraw. I have also informed Mr. Peter Ibe my co-counsel.

I therefore respectfully request to withdraw.

Respectfully submitted,

Victor Mba-Jonas
8020 New Hampshire Avenue,
Suite 130, Adelphi, MD 20783
Tel: (301) 431-0333
Fax: (301) 431-0335

CERTIFICATE OF SERVICE

I hereby certify that I sent first class mail, postage prepaid a copy of the foregoing to the Plaintiff, Peter Amaefule, Exxon Service Station, 4650 South Capitol Street, S.E., Washington, D.C. 20032; to co counsel Pete Ibe, Esq., 1629 K Street, N.W., Suite 300, Washington D.C. 20006; to counsel for Defendant, Mark Klapow, Esq., Howery LLP, 1299 Pennsylvania Avenue, N.W., Washington, D.C. 20004.

Victor Mba-Jonas

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETER C. AMAEFULE | * | |
| Plaintiff, | * | |
| v | * | Case No:   1:06-cv-02087-RWR |
| EXXONMOBIL OIL CORPORATION, | * | |
| Defendant. | * | |

ORDER

Upon consideration of Victor Mba-Jonas motion to withdraw as co-counsel for the Plaintiff, the record herein and any opposition thereto, it is this _____ day of _____, 2007, hereby ORDERED, that said motion be GRANTED.


Hon. Judge of the Court