IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER AMAEFULE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXXONMOBIL OIL CORPORATION )<br>)<br>Defendant. )<br>_____) | Civil Action No: 1:06-cv-02087-RWR |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISSOLVE THE
PRELIMINARY INJUNCTION**

**AND NOW COMES** Plaintiff, Peter Amaefule, through undersigned counsel, Peter C. Ibe, Esq., pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and respectfully moves this Court for additional time until March 19, 2008, to file his response and opposition to the Defendant's Motion to Dissolve the Preliminary Injunction.

In support of this motion, counsel states the following:

1. Plaintiff's counsel has spoken with the Defendant's counsel, Attorney Rena Andoh, and she gave her consent to this request for extension of time.

2. Plaintiff's counsel is involved in a trial at the DC Superior Court which, in addition to the trial preparations, entails a lot of time, effort, and dedication. As such, Plaintiff's counsel has been unable to draft a response to the Defendant's Motion to Dissolve the Preliminary Injunction.

3. Plaintiff's counsel needs this additional time (until March 19, 2008) in order to properly respond to the Defendant's motion.

4. This extension of time is not sought for purposes of delay but for good cause shown.

For the above reasons, Plaintiff, with the consent of the Defendant, respectfully requests that this Court grant this motion for an extension of time to file the opposition to Defendant's Motion to Dissolve the Preliminary Injunction and permit Plaintiff to file this opposition not later than March 19, 2008.

Respectfully submitted,

_____
PETER C. IBE, D.C. BAR # 481265
1629 K Street, NW,
Suite 300
Washington, DC 20006
Phone: (202) 276-7662

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER AMAEFULE | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 1:06-cv-02087-RWR |
| | ) |
| EXXONMOBIL OIL CORPORATION | ) |
| | ) |
|       Defendant. | ) |
| _____ | ) |

### PROPOSED ORDER

Upon consideration of the Plaintiff's unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dissolve the Preliminary Injunction, it is this _____ day of March, 2008,

**ORDERED** and **DECREED**, that the motion is hereby **GRANTED**. Plaintiff's response to the Defendant's motion is due not later than March 19, 2008.

_____

Hon. Richard W. Roberts,
United States District Judge.

3