## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER C. AMAEFULE, | ) |
| Plaintiff, | ) |
| v. | )   Case No:  1:06-cv-02087-RWR |
| EXXONMOBIL OIL CORPORATION, | ) |
| Defendant. | ) |

### NOTICE OF WITHDRAWAL OF COUNSEL

Notice is hereby given that, pursuant to Local Rule 83.6(b), Rena Andoh of Howrey LLP, 1299 Pennsylvania Ave., N.W., Washington, D.C., 20004, is withdrawing as counsel for defendant ExxonMobil Oil Corporation ("ExxonMobil"). Ms. Andoh is leaving Howrey and re-locating to New York.  ExxonMobil consents to this withdrawal, as indicated below.

Co-counsel Mark Klapow, who previously entered an appearance in this matter (Dkt. 31) on behalf of defendant ExxonMobil, will continue to represent ExxonMobil.

Dated:  April 22, 2008

Respectfully submitted,

s/Rena Andoh

Mark A. Klapow
Bar No.:  474646
Rena Andoh
Bar No.:  500287
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610

Craig J. Whitney
Counsel, Fuels Marketing
ExxonMobil Oil Corporation
800 Bell Street
Houston, TX  77002
Telephone:  (713) 656-9258
Facsimile:  (262) 313-5181

Attorneys for Defendant ExxonMobil Oil
Corporation

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court

by using the CM/ECF system, which will send notice of electronic filing to the following:

Peter C. Ibe
1629 K St., N.W., Suite 300
Washington, D.C.  20006

s/Rena Andoh
RENA ANDOH